## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

WENDELL "JD" HOUSTON
            Plaintiff             Case Action No. 303CV0130 (AWT)

vs

INFINITY RADIO LICENSE, INC.
D/b/a/ WZMX/FM HOT 93.7, VIACOM, INC.
INFINITY BROADCASTING
INFINITY RADIO, INC, INFINITY MEDIA
CORPORATION AND CBS RADIO, INC.
            Defendants         October 16th, 2003



## MOTION FOR ADDITIONAL TIME FOR PRO SE PLAINTIFF
## TO SECURE NEW LEGAL REPRESENTATION

I am hereby requesting an additional 30 days (until November 15th, 2003), to secure proper legal representation for my case #303CV0130 (AWT), against Viacom/ Infinity Broadcasting.

My former attorney George Springer Jr..unfortunately had to withdraw and I am temporarily acting on my own behalf. I am currently interviewing new legal counsel and the process should be completed within the requested time.

**THE PLAINTIFF,**

**WENDELL "JD" HOUSTON**

_____     Date October 16th 2003

## CERTIFICATION

I hereby certify that a copy of the foregoing has been served this 16th day of October, 2003 via first class mail. to Bingham and McCutchen LLP % Mark Batten, Esq 150 Federal St Boston, MA 02110-1726

_____
Wendell "JD" Houston, Pro Se