UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WENDELL "JD" HOUSTON | CIVIL ACTION NO: 3:03CV0130(AWT) |
| V. | |
| INFINITY RADIO LICENSE INC. d/b/a WZMX HOT 93.7, VIACOM, INC. INFINITY BROADCASTING CORP., INFINITY RADION, INC., INFINITY MEDIA CORPORATION AND CBS RADIO, INC. | OCTOBER 24, 2003 |

## PLAINTIFF'S MOTION FOR MODIFICATION OF SCHEDULING ORDER

The Plaintiff moves this Court to modify the Court's Scheduling Order dated June 23, 2003. Plaintiff has recently retained new counsel in this matter. The Plaintiff respectfully seeks modification of the Scheduling Order as follows:

1. A damages analysis due on December 1, 2003.

2. Plaintiff's disclosure of experts by January 15, 2004.

3. Defendant's disclosure of experts by February 15, 2004.

4. All discovery must be completed, not propounded by March 31, 2004,

5. All dispositive motions must be filed by April 30, 2004.

6. Joint Trial Memo due June 30, 2004 or 30 days after the ruling on the dispositive motion.

This is the first request for modification of the Court's Scheduling Order. Defense counsel has been contacted and at this time he has not objected to the granting of the instant motion.

THE PLAINTIFF

BY_____
Francis A. Miniter, his attorney
Miniter & Associates
147 Charter Oak Avenue
Hartford, CT 06106
860-560-2590 ct09566

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed to the following counsel of record this 24th day of October, 2004:

Mark W. Batten
Bingham McCutchen, LLP
150 Federal Street
Boston, MA 02110

_____
Francis A. Miniter