UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 OCT 24  P 12: 07

DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| WENDELL "JD" HUSTON<br>    Plaintiff | No. 303CV0130 (AWT) |
| vs. | |
| INFINITY RADIO LICENSE, INC., dba<br>WZMX/FM HOT 93.7; VIACOM, INC., INFINITY<br>BROADCASTING CORPORATION; INFINITY<br>RADIO, INC.; INFINITY MEDIA<br>CORPORATION; and CBS RADIO, INC.<br>    Defendants | APPEARANCE |

PLEASE enter the appearance of the following counsel on behalf of Plaintiff:

    Francis A. Miniter
    Miniter and Associates
    147 Charter Oak Avenue
    Hartford, CT 06106
    Fed ID: CT09566
    860-560-2590

    _____
    Francis A. Miniter
    Miniter and Associates
    147 Charter Oak Avenue
    Hartford, CT 06106
    Fed ID: CT09566
    860-560-2590

## CERTIFICATION

      This is to Certify that a copy of the foregoing has been mailed to the following counsel of record this 22nd day of October, 2003

Attorney: Mark W. Batten
Attorney: Bingham McCutchen LLP
150 Federal Street
Boston, Massachusetts 02110-1726

_____
Francis A. Miniter