UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

WENDELL J.D. HOUSTON,  :
    Plaintiff,  :
  :
v.  :   CASE NO. 3:03CV130 (AWT)
  :
INFINITY RADIO LICENSE, INC.,  :
    Defendant.  :

ORDER

On June 24, 2003, this case was referred to the undersigned for the purpose of conducting a settlement conference. A settlement conference was scheduled for September 30, 2003. At the request of Attorney George C. Springer, Jr., plaintiff's counsel, the conference was canceled. On October 2, 2003, Attorney Springer filed a motion to withdraw his appearance. On the same day the plaintiff filed a pro se appearance. On October 7, 2003, the court (Thompson, J.) granted Attorney Springer's motion to withdraw. Accordingly, it is hereby ORDERED:

    1. A telephonic status conference shall be held with the undersigned on **November 19, 2003 at 10:30 a.m.** The purpose of the conference call will be to discuss the rescheduling of the settlement conference.

    2. To facilitate the telephonic status conference, by **November 14, 2003,** the plaintiff shall provide the court with a telephone number where he may be reached on the morning of November 19.

Because the plaintiff has filed a pro se appearance and, therefore, is serving as his own counsel, the court hereby notifies

the plaintiff that pursuant to Local Rule 5(a), he must provide the Clerk of the Court with a current mailing address and telephone number. Local Rule 5 states in pertinent part:

> Counsel entering a case after the filing of the complaint, whether on behalf of the plaintiff or the defendant, shall file with the Clerk and serve on all parties or their counsel a notice of appearance. The appearance shall include counsel's name, address, zip code, [and] ... telephone number ..., if available.

D.Conn.L.Civ.R. 5(a).

SO ORDERED this 28th day of October, 2003 at Hartford, Connecticut.

DONNA F. MARTINEZ
UNITED STATES MAGISTRATE JUDGE