FILED

2003 OCT 28  A 10: 56

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| WENDELL "JD" HOUSTON,<br><br>       Plaintiff,<br>   v.<br><br>INFINITY RADIO LICENSE, INC.,<br>d/b/a WZMX/FM HOT 93.7, VIACOM, INC.,<br>INFINITY BROADCASTING CORPORATION,<br>INFINITY RADIO, INC., INFINITY MEDIA<br>CORPORATION and CBS RADIO, INC.,<br><br>       Defendants. | CIVIL ACTION<br>NO. 303-CV-0130 (AWT)<br><br><br><br><br><br><br><br>October 28, 2003 |

**DEFENDANTS' LIMITED OPPOSITION TO
PLAINTIFF'S AMENDED MOTION FOR
MODIFICATION OF SCHEDULING ORDER**

Defendants respectfully oppose plaintiff's amended motion to extend discovery in this case by five months. At the time that plaintiff and his former counsel elected to part company, in late September 2003, there was approximately one month left until the conclusion of discovery under the schedule to which the parties had agreed and which the Court had entered. Defendants propose to resume that schedule now that new counsel has entered his appearance, and extend the discovery deadline through the end of November, with corresponding changes to the other dates in the scheduling order.

**ORAL ARGUMENT NOT REQUESTED**

LITDOCS:522554.1

To grant plaintiff an additional five months, however, would unfairly prejudice the defendants. Defendants bear no responsibility for the withdrawal of plaintiff's former counsel, and have a substantial interest in the speedy resolution of plaintiff's claims of discrimination. The scheduling order as entered permitted less than five months of discovery, from June 1 to October 24. Almost four months of that time had expired before plaintiff's counsel withdrew. There is no justification to more than double that discovery period now merely because plaintiff changed counsel as discovery was about to close.[1]

Further, the deadline for plaintiff to identify expert witnesses has long ago passed: it was August 1, 2003. By the time plaintiff and his counsel severed their relationship, in late September 2003, the deadline was almost two months old. Plaintiff should be bound by his failure to identify expert witnesses, since that decision had nothing to do with his attorney's withdrawal. Local Rule 16(b) requires "good cause" for an amendment to a scheduling order, and there is no "good cause" to grant plaintiff another bite at the apple in designating experts. To renew plaintiff's opportunity to designate experts now would grant the plaintiff an unfair advantage without any justification. Defendants would be substantially prejudiced by such a revision.

---

[1] Such a change would grant the plaintiff a ten-month discovery period, as compared to the presumptive six-month period in the Standing Order on Scheduling in Civil Cases, for a case that has no unusual discovery needs nor any great number of witnesses.

LITDOCS:522554.1

Plaintiff, by contrast, would not be prejudiced by the one-month extension that defendants propose; the same amount of time would be left as there was when his counsel withdrew. He would still benefit from the same discovery period that the parties originally agreed to, and the time necessary for him to identify new counsel would not be counted

A one-month extension is accordingly the fairest approach. Defendants therefore propose that discovery be extended through November 24 (the original date for dispositive motions); that the deadline for dispositive motions be moved to December 24, 2003; and that the joint trial memorandum, as required by the Standing Order on Trial Memoranda in Civil Cases, be filed by the later of April 1, 2004 or 75 days after the ruling on any dispositive motion, at which date the case will also be ready for trial.

Respectfully submitted,

INFINITY RADIO LICENSE, INC.,
d/b/a WZMX/FM HOT 93.7, VIACOM, INC.,
INFINITY BROADCASTING CORPORATION,
INFINITY RADIO, INC., INFINITY MEDIA
CORPORATION and CBS RADIO, INC.

By _Nicole Anker_
Mark W. Batten [ct24751]
Nicole J. Anker [ct20110]
BINGHAM MCCUTCHEN LLP
One State Street
Hartford, CT 06103
By their attorneys
(860) 240-2700
(860) 240-2818 (fax)

## CERTIFICATION OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served via facsimile and first-class mail, postage prepaid, on the following counsel of record this 28th day of October, 2003:

Francis A. Miniter, Esq.
Miniter & Associates
147 Charter Oak Avenue
Hartford, CT 06106
(860) 560-2590 phone
(860) 560-3238 fax

_____
Nicole J. Anker