UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------x
WENDELL HOUSTON,                 :
                                 :
         Plaintiff,              :
v.                               :    Civ No. 3:03CV00130(AWT)
                                 :
INFINITY RADIO LICENSE, et al    :
                                 :
         Defendants.             :
---------------------------------x

## REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge <u>Donna F. Martinez</u> for the following purposes:

_____  All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

_____  A ruling on all pretrial motions, except dispositive motions (orefmisc./dscv)

_____  To supervise discovery and resolve discovery disputes (orefmisc./dscv)

__X__   A ruling on the following motions, which are currently pending:(orefm.)
- Doc.# <u>21 Motion for Additional Time for Pro Se Plaintiff to Secure New Legal representation</u>
- Doc.# <u>22 Plaintiff's Motion for Modification of Scheduling Order</u>
- Doc.# <u>25 Plaintiff's Amended Motion for Modification of Scheduling Order</u>

_____  A settlement conference (orefmisc./cnf)

_____  A conference to discuss the following:  (orefmisc./cnf)
_____

_____  Other:  (orefmisc./misc)_____

SO ORDERED this 20th day of November, 2003, at Hartford, Connecticut.

                                     _____
                                     Alvin W. Thompson
                                     United States District Judge