UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

WENDELL J.D. HOUSTON,         :
    Plaintiff,                :
                              :
    v.                        :    CASE NO. 3:03CV130 (AWT)
                              :
INFINITY RADIO LICENSE, INC., :
    Defendant.                :

### RULING ON PENDING MOTIONS

    A telephonic status conference was held with the undersigned on November 19, 2003. The plaintiff was represented by Attorneys Francis A. Miniter and Christine Corvo and the defendant was represented by Attorney Mark Batten. Pending before the court are the plaintiff's Motion for Additional Time for Pro Se Plaintiff to Secure New Legal Representation (doc. #21), Plaintiff's Motion for Modification of Scheduling Order (doc. #22) and Plaintiff's Amended Motion for Modification fo Scheduling Order (doc. #25). The motion for additional time to secure legal representation (doc. #21) is DENIED as moot, new counsel having appeared for the plaintiff. The motion for modification of scheduling order (doc. #22) is DENIED as moot based on the plaintiff's subsequently filed amended motion to modify scheduling order (doc. #25) and the court's ruling thereon. The amended motion for modification of scheduling order (doc. #25) is GRANTED as follows:

    1. All discovery shall be completed (not propounded) by **January 26, 2004.**

    2. A settlement conference shall be held with the undersigned on **February 25, 2004 at 1:00 p.m.** See Calendar and

Settlement Conference Order entered on this date.

3.  Dispositive motions shall be filed by **March 26, 2004.**

4.  If no dispositive motion is filed, the parties shall jointly file a Trial Memorandum for approval by the court on or before **April 26, 2004.** A courtesy copy shall be submitted to the chambers of the Honorable Alvin W. Thompson at 450 Main Street, Hartford, CT 06106. If a dispositive motion is filed, the joint trial memorandum shall be filed 30 days after the court rules on the dispositive motion.

SO ORDERED this 19th day of November, 2003 at Hartford, Connecticut.

DONNA F. MARTINEZ
UNITED STATES MAGISTRATE JUDGE