FILED

2003 NOV 24  A 11: 05

DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WENDELL "JD" HOUSTON, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CIVIL ACTION |
| ) | NO. 303-CV-0130 (AWT) |
| INFINITY RADIO LICENSE, INC., ) | |
| d/b/a WZMX/FM HOT 93.7, VIACOM, INC., ) | |
| INFINITY BROADCASTING CORPORATION, ) | |
| INFINITY RADIO, INC., INFINITY MEDIA ) | |
| CORPORATION and CBS RADIO, INC., ) | |
| ) | |
| Defendants. ) | November 20, 2003 |

## APPEARANCE

To the Clerk of this Court and all parties of record:

     Please enter my appearance as counsel in this case for Defendants Infinity Radio License,

Inc., d/b/a WZMX/FM HOT 93.7, Viacom, Inc., Infinity Broadcasting Corporation, Infinity Radio,

Inc., Infinity Media Corporation, and CBS Radio, Inc.

LITDOCS:526013.1

Respectfully submitted,

INFINITY RADIO LICENSE, INC.,
d/b/a WZMX/FM HOT 93.7, VIACOM, INC.,
INFINITY BROADCASTING CORPORATION,
INFINITY RADIO, INC., INFINITY MEDIA
CORPORATION and CBS RADIO, INC.

By _____

Mark W. Batten [ct24751]
BINGHAM MCCUTCHEN LLP
One State Street
Hartford, CT 06103
By their attorneys
(860) 240-2700
(860) 240-2818 (fax)

## CERTIFICATION OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served via

~~facsimile and~~ first-class mail, postage prepaid, on the following counsel of record this 20th

day of November, 2003:

Francis A. Miniter, Esq.
Miniter & Associates
147 Charter Oak Avenue
Hartford, CT  06106
(860) 560-2590 phone
(860) 560-3238 fax

_____

Mark W. Batten

LITDOCS:526013.1