

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WENDELL "JD" HOUSTON, | CIVIL ACTION NO.<br>3:03 CV 0130 (DFM) |
| Plaintiff, | |
| v. | |
| INFINITY RADIO LICENSE, INC.<br>d/b/a WZMX/FM HOT 93.7,<br>VIACOM, INC., INFINITY<br>BROADCASTING CORPORATION,<br>INFINITY RADIO, INC., INFINITY<br>MEDIA CORPORATION and CBS<br>RADIO, INC., | |
| Defendants. | December 11, 2003 |

## APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for the Defendants, Infinity Radio License, Inc. d/b/a WZMX/FM Hot 93.7, Viacom, Inc., Infinity Broadcasting Corporation,

CTDOCS:1570673.1

Infinity Radio, Inc., Infinity Media Corporation and CBS Radio, Inc.

                                  **THE DEFENDANTS**
                                  **INFINITY RADIO LICENSE, INC.**
                                  **d/b/a WZMX/FM HOT 93.7,**
                                  **VIACOM, INC., INFINITY**
                                  **BROADCASTING CORPORATION,**
                                  **INFINITY RADIO, INC., INFINITY**
                                  **MEDIA CORPORATION and CBS**
                                  **RADIO, INC.,**

By *Kimberly M. White*
    Kimberly M. White [ct24375]
    **Bingham McCutchen LLP**
    One State Street
    Hartford, CT 06103
    (860) 240-2700
    (860) 240-2818 – fax
    Their Attorney

2

## CERTIFICATION

I hereby certify that a copy of the foregoing Appearance has been forwarded this 11th day of December, 2003 via first-class mail, postage prepaid, to the following counsel of record:

>George C. Springer, Jr., Esq.
>Butler Norris & Gold
>254 Prospect Avenue
>Hartford, CT 06016

*Kimberly M. White*
Kimberly M. White

3