FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2003 DEC 17 A 11: 30

US DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| WENDELL "JD" HOUSTON, | CIVIL ACTION NO. |
| Plaintiff, | 3:03 CV 0130 (DFM) |
| v. | |
| INFINITY RADIO LICENSE, INC. d/b/a WZMX/FM HOT 93.7, VIACOM, INC INFINITY BROADCASTING CORPORATION INFINITY RADIO, INC. INFINITY MEDIA CORPORATION and CBS RADIO, INC. | |
| Defendants. | December 11, 2003 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 15 of the Local Civil Rules of the United States District Court for the District of Connecticut, the undersigned respectfully moves to withdraw her appearance on behalf of the Defendants, Infinity Radio License, Inc. d/b/a WZMX/FM Hot 93.7, Viacom, Inc. Infinity Broadcasting Corporation, Infinity Radio, Inc., Infinity Media Corporation and CBS Radio, Inc. There is good cause for the Court to grant this Motion because the undersigned has resigned from her position with Bingham McCutchen LLP. Defendants will continue to be represented in this action by Mark Batten, Esq. of Bingham McCutchen LLP who previously entered his appearance in this action and by Kimberly White, Esq. of Bingham McCutchen LLP who is admitted to practice in this Court and is entering her appearance which is attached hereto for filing.

CTDOCS:1570111.1

WHEREFORE, the undersigned respectfully requests that the Court grant this Motion.

*Nicole Anker*
Nicole J. Anker (CT20110)
BINGHAM McCutchen LLP
One State Street
Hartford, CT 06103-3178
Tel.: (860) 240-2700
Fax: (860) 240-2818

## CERTIFICATION

This is to certify that a copy of the foregoing Motion has been served this ~~14~~ 12th day of December 2003, via first-class mail, postage prepaid, upon the following counsel of record:

George C. Springer, Jr., Esq.
Butler Norris & Gold
254 Prospect Avenue
Hartford, CT 06016

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Nicole J. Anker

-3-