FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2003 DEC 17 A II: 30

WENDELL "JD" HOUSTON,                    :        CIVIL ACTION NO. DISTRICT COURT
                                                                HARTFORD CT
                        Plaintiff,       :        3:03 CV 0130 (DFM)

        v.                               :

INFINITY RADIO LICENSE, INC.             :
d/b/a WZMX/FM HOT 93.7, VIACOM, INC      :
INFINITY BROADCASTING                    :
CORPORATION INFINITY RADIO, INC.         :
INFINITY MEDIA CORPORATION and           :
CBS RADIO, INC.                          :

                        Defendants.      :        December 11, 2003


## MOTION TO WITHDRAW APPEARANCE

        Pursuant to Rule 15 of the Local Civil Rules of the United States District Court for the

District of Connecticut, the undersigned respectfully moves to withdraw her appearance on

behalf of the Defendants, Infinity Radio License, Inc. d/b/a WZMX/FM Hot 93.7, Viacom, Inc.

Infinity Broadcasting Corporation, Infinity Radio, Inc., Infinity Media Corporation and CBS

Radio, Inc. There is good cause for the Court to grant this Motion because the undersigned has

resigned from her position with Bingham McCutchen LLP. Defendants will continue to be

represented in this action by Mark Batten, Esq. of Bingham McCutchen LLP who previously

entered his appearance in this action and by Kimberly White, Esq. of Bingham McCutchen LLP

who is admitted to practice in this Court and is entering her appearance which is attached hereto

for filing.

2003 DEC 22
U.S. DISTRICT COURT

GRANTED. So ORDERED 12/22/03

CTDOCS:1570111.1