UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WENDELL "JD" HOUSTON, <br><br> Plaintiff, <br><br> v. <br><br> INFINITY RADIO LICENSE, INC., <br> d/b/a WZMX/FM HOT 93.7, VIACOM, INC., <br> INFINITY BROADCASTING CORPORATION, <br> INFINITY RADIO, INC., INFINITY MEDIA <br> CORPORATION and CBS RADIO, INC., <br><br> Defendants. | CIVIL ACTION <br> NO. 303-CV-0130 (AWT) <br><br><br><br><br><br><br><br> January 5, 2004 |

## MOTION ON CONSENT TO APPROVE
## STIPULATION AND CONFIDENTIALITY ORDER

Pursuant to the Federal Rules of Civil Procedure, Defendants, Infinity Radio License, Inc., d/b/a WZMX/FM Hot 93.7, Viacom, Inc., Infinity Broadcasting Corporation, Infinity Radio, Inc., Infinity Media Corporation, and CBS Radio, Inc. ("Infinity"), hereby moves for the entry of a confidentiality order in accordance with the attached Stipulation and Confidentiality Order ("Stipulation"), which Stipulation has been executed by counsel for Plaintiff, Wendell "J.D." Houston, and counsel for Infinity.

The undersigned represents that Plaintiff has consented to the granting of this Motion.

CTDOCS:1572970.1

WHEREFORE, Defendants respectfully request that this Court grant the instant motion.

        DEFENDANTS, INFINITY RADIO
        LICENSE, INC., D/B/A WZMX/FM HOT
        93.7, VIACOM, INC., INFINITY
        BROADCASTING CORPORATION,
        INFINITY RADIO, INC., INFINITY
        MEDIA CORPORATION, AND CBS
        RADIO. INC.

        By: _____
           Mark W. Batten [ct 24751]
           Kimberly M. White [ct 24375]
           BINGHAM McCUTCHEN LLP
           One State Street
           Hartford, Connecticut 06103
           Tel: (860) 240-2700
           Fax: (860) 240-2818
           Its Attorneys

## **ORDER**

The foregoing Motion, having been heard by the Court, it is hereby ORDERED:

GRANTED/DENIED

                            BY THE COURT

                            _____
                            Judge/Clerk
                            Date:

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent on this 5th day of January, 2004 to all counsel and pro se parties of record, as follows:

Francis A. Miniter
Miniter & Associates
147 Charter Oak Avenue
Hartford, Connecticut 06106

_____
Kimberly M. White