UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WENDELL "JD" HOUSTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO. 303-CV-0130 (AWT) |
| INFINITY RADIO LICENSE, INC., | ) | |
| d/b/a WZMX/FM HOT 93.7, VIACOM, INC., | ) | |
| INFINITY BROADCASTING CORPORATION, | ) | |
| INFINITY RADIO, INC., INFINITY MEDIA | ) | |
| CORPORATION and CBS RADIO, INC., | ) | |
| | ) | |
| Defendants. | ) | January 5, 2004 |
| | ) | |

## MOTION ON CONSENT TO APPROVE
## STIPULATION AND CONFIDENTIALITY ORDER

Pursuant to the Federal Rules of Civil Procedure, Defendants, Infinity Radio License, Inc., d/b/a WZMX/FM Hot 93.7, Viacom, Inc., Infinity Broadcasting Corporation, Infinity Radio, Inc., Infinity Media Corporation, and CBS Radio, Inc. ("Infinity"), hereby moves for the entry of a confidentiality order in accordance with the attached Stipulation and Confidentiality Order ("Stipulation"), which Stipulation has been executed by counsel for Plaintiff, Wendell "J.D." Houston, and counsel for Infinity.

The undersigned represents that Plaintiff has consented to the granting of this Motion.

**GRANTED. It is so ordered.**

Alvin W. Thompson, U.S.D.J.
Hartford, CT    1 8 04

CTDOCS:1572970.1