UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 JAN 27 P 1: 44

US DISTRICT COURT
HARTFORD, CT

| | |
|---|---|
| WENDELL "JD" HOUSTON | CIVIL ACTION NO.: 3:03CV0130(AWT) |
| V. | |
| INFINITY RADIO LICENSE INC.<br>d/b/a WZMX HOT 93.7, VIACOM, INC.<br>INFINITY BROADCASTING CORP.,<br>INFINITY RADION, INC., INFINITY<br>MEDIA CORPORATION AND CBS<br>RADIO, INC. | JANUARY 26, 2004 |

## PLAINTIFF'S MOTION FOR
## MODIFICATION OF SCHEDULING ORDER

The Plaintiff moves this Court to modify the Court's most recent Scheduling Order extending discovery by 30 days to March 1, 2004. Despite the parties' diligent efforts, they have not been able to complete discovery in the time allotted. The Plaintiff requests that all other deadlines for the Scheduling Order be adjusted accordingly by 30 days.

This is the second request for modification of the Court's Scheduling Order. Defense counsel has been contacted and consents to the granting of a 30 day extension.

THE PLAINTIFF

BY_____
Francis A. Miniter, his attorney
Miniter & Associates
100 Wells Street Unit 1D
Hartford, CT 06103
860-560-2590 ct09566

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed to the following counsel of record this 26th day of January, 2004:

Mark W. Batten
Bingham McCutchen, LLP
150 Federal Street
Boston, MA 02110

_____
Francis A. Miniter