**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------x
WENDELL HOUSTON,               :
                               :
        Plaintiff,             :
v.                             :    Civ No. 3:03CV00130(AWT)
                               :
INFINITY RADIO LICENSE, et al  :
                               :
        Defendants.            :
-------------------------------x
```

**REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge <u>Donna F. Martinez</u> for the following purposes:

\_\_\_\_\_    All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

\_\_\_\_\_    A ruling on all pretrial motions, except dispositive motions (orefmisc./dscv)

\_\_\_\_\_    To supervise discovery and resolve discovery disputes (orefmisc./dscv)

__X__    A ruling on the following motions, which are currently pending:(orefm.)
  • Doc.#<u> 37</u> <u>Plaintiff's Motion for Modification of Scheduling Order</u>

\_\_\_\_\_    A settlement conference (orefmisc./cnf)

\_\_\_\_\_    A conference to discuss the following: (orefmisc./cnf) _____

\_\_\_\_\_    Other: (orefmisc./misc)_____

SO ORDERED this 30th day of January, 2004, at Hartford, Connecticut.

/s/
Alvin W. Thompson
United States District Judge