UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

WENDELL J.D. HOUSTON,
    Plaintiff,

v.    CASE NO. 3:03CV130 (AWT)

INFINITY RADIO LICENSE, INC.,
    Defendant.

FILED 2004 FEB 13 A 11: 39 DISTRICT COURT HARTFORD, CT.

### ENDORSEMENT RULING

The Plaintiff's Motion for Modification of Scheduling Order (doc. #37) is GRANTED.  It is hereby ORDERED that:

1. A settlement conference shall be held with the undersigned on **February 25, 2004 at 1:00 p.m.**  See Calendar and Settlement Conference Order entered on November 19, 2003.  (Doc. #29.)

2. All discovery shall be completed (not propounded) by **March 1, 2004.**

3. Dispositive motions shall be filed by **April 26, 2004.**

4. If no dispositive motion is filed, the parties shall jointly file a Trial Memorandum for approval by the court on or before **May 26, 2004.**  A courtesy copy shall be submitted to the chambers of the Honorable Alvin W. Thompson at 450 Main Street, Hartford, CT 06106.  If a dispositive motion is filed, the joint trial memorandum shall be filed 30 days after the court rules on the dispositive motion.

SO ORDERED this 12th day of February, 2004 at Hartford, Connecticut.

DONNA F. MARTINEZ
UNITED STATES MAGISTRATE JUDGE