*Held
Not Settled
3.5 Hours*

                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

                    Settlement Conference Calendar

         Honorable Donna F. Martinez, U. S. Magistrate Judge
                           450 Main Street
                              Hartford
                         Chambers Room 262

                         February 25, 2004

                             1:00 p.m.

---

CASE NO. **3:03CV130 (AWT)**    **Houston v. Infinity**

---

COUNSEL OF RECORD:

Nicole J. Anker                 Bingham McCutchen
                                One State St.
                                Hartford, CT 06103-3178
                                860-240-2739
                                860-240-2818 (fax)
                                nicole.anker@bingham.com

✓ Mark Batten                   Bingham McCutchen
                                150 Federal Street
                                Boston, MA 02110-1726
                                617-951-8000

✓ Francis A. Miniter            Miniter & Associates
                                147 Charter Oak Ave.
                                Hartford, CT 06106-5100
                                860-560-2590

Wendell JD Houston              48 Avonwood Road, No. 102
                                Avon, CT


                                BY ORDER OF THE COURT
                                KEVIN F. ROWE, CLERK