UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 APR 27 A 11: 15

U.S. DISTRICT COURT
HARTFORD, CT.

WENDELL "JD" HOUSTON,

         Plaintiff,

v.

INFINITY RADIO LICENSE, INC.,
d/b/a WZMX/FM HOT 93.7, VIACOM, INC.,
INFINITY BROADCASTING CORPORATION,
INFINITY RADIO, INC., INFINITY MEDIA
CORPORATION and CBS RADIO, INC.,

         Defendants.

CIVIL ACTION
NO. 303-CV-0130 (AWT)

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56 and Local Rule 56(a)1, defendants Infinity Radio License, Inc., Viacom, Inc., Infinity Broadcasting Corporation, Infinity Radio, Inc., Infinity Media Corporation and CBS Radio, Inc. respectfully move for summary judgment on all counts of the Complaint in this action.

Briefly, plaintiff was employed as an announcer on the morning show of WZMX, a Hartford-area radio station owned by the defendants. He was employed pursuant to a two-year written contract that granted defendants a unilateral option to employ him for a third year. At the expiration of the two-year term, defendants elected not to renew the contract. Defendants did so because of plaintiff's chronic inability to get along with his co-workers or his supervisors.

Plaintiff has no evidence on which a reasonable jury could find such reasons to be pretextual. He has no direct evidence; no colleague or supervisor, let alone any decisionmaker, ever mentioned plaintiff's age or race or otherwise indicated any prohibited motivation for the non-renewal decision. Nor does plaintiff have any evidence that the reasons defendants have articulated are pretexts for unlawful

**ORAL ARGUMENT REQUESTED**

LITDOCS/547953.1

discrimination.

There are no genuine disputes of material fact, and defendants are entitled to judgment as a matter of law. The grounds for this motion are more fully set forth in the accompanying Local Rule 56(a)1 Statement, memorandum of law, and affidavits of counsel and of Suzanne McDonald.

WHEREFORE, defendants respectfully request that their motion be granted, and that the Court enter judgment on behalf of defendants on all counts of the Complaint.

    Respectfully submitted,

    **INFINITY RADIO LICENSE, INC.,**
    **d/b/a WZMX/FM HOT 93.7**
    **VIACOM, INC.**
    **INFINITY BROADCASTING CORP.**
    **INFINITY RADIO, INC.**
    **INFINITY MEDIA CORP.**
    **CBS RADIO, INC.**

    By their attorneys,

    _/s/ Mark W. Batten_
    Mark W. Batten [ct24751]
    Kimberly M. White [ct24375]
    **BINGHAM MCCUTCHEN LLP**
    One State Street
    Hartford, CT 06103
    (860) 240-2700

Dated: April 26, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served, by Federal Express this 26th day of April, 2004 on the following:

    Francis A. Miniter, Esq.
    Miniter and Associates
    100 Wells Street - Suite 1D
    Hartford, CT 06103

    _/s/ Mark W. Batten_
    Mark W. Batten