UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 APR 27  A II: 15

U.S. DISTRICT COURT
HARTFORD, CT.

WENDELL "JD" HOUSTON,
         Plaintiff,

v.

INFINITY RADIO LICENSE, INC.,
d/b/a WZMX/FM HOT 93.7, VIACOM, INC.,
INFINITY BROADCASTING CORPORATION,
INFINITY RADIO, INC., INFINITY MEDIA
CORPORATION and CBS RADIO, INC.,

         Defendants.

CIVIL ACTION
NO. 303-CV-0130 (AWT)

## DECLARATION OF COUNSEL IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

I, Mark W. Batten, hereby depose and state:

1.  I am counsel for defendants in this action. I make this declaration on personal knowedge.

2.  Attached hereto as Exhibit A are true and correct copies of excerpts from the deposition transcript of the plaintiff, Wendell "J.D." Houston.

3.  Attached hereto as Exhibit B are true and correct copies of excerpts from the deposition transcript of Suzanne McDonald.

4.  Attached hereto as Exhibit C are true and correct copies of excerpts from the deposition transcript of Nancy Barrow.

5.  Attached hereto as Exhibit D are true and correct copies of excerpts from the deposition transcript of Steven Salhany.

LITDOCS/547843.1

- 2 -

I declare under penalty of perjury that the foregoing is true and correct.

4/26/04
Date

Mark W. Batten

LITDOCS/547843.1