B

```
 1              UNITED STATES DISTRICT COURT
                DISTRICT OF CONNECTICUT
 2
    WENDELL "JD" HOUSTON           CIVIL ACTION NO.
 3
    VS                            3:03CV0130 (AWT)
 4
    INFINITY RADIO LICENSE,
 5  INC. D/b/a WZMX HOT 93.7
    VIACOM, INC., INFINITY
 6  BROADCASTING CORP., INFINITY
    RADIO, INC., INFINITY
 7  MEDIA COROPRATION AND
    CBS RADIO, INC.               FEBRUARY 11, 2004
 8

 9        DEPOSITION OF SUZANNE MCDONALD

10
    A P P E A R A N C E S:
11
          MINITER & ASSOCIATES
12             Attorneys for the Plaintiff
               100 Wells Street
13             Hartford, Connecticut 06106
          BY:  FRANCIS A. MINITER, ESQ.
14

15        BINGHAM MCCUTCHEN
               Attorneys for the Defendants
16             150 Federal Street
               Boston, Massachusetts 02110
17        BY:  MARK W. BATTEN, ESQ.

18
    ALSO PRESENT:  Wendell "JD" Houston, Plaintiff
19

20             REPORTED BY:

21             GWENDOLYN WILLIAMS
          CERTIFIED PROFESSIONAL REPORTER
22

23        NIZIANKIEWICZ & MILLER
             REPORTING SERVICES
24           972 Tolland Street
       East Hartford, Connecticut 06108
25        Telephone (203) 291-9191
```

```
 1   S U Z A N N E    M C D O N A L D,

 2            called as a witness, having first been

 3            duly sworn to tell the truth, the whole

 4            truth and nothing but the truth,

 5            testified as follows:

 6                 THE NOTARY:  Please state your name and

 7   address for the record.

 8                 THE WITNESS:  Suzanne, S-U-Z-A-N-N-E.

 9   McDonald, M-C-D-O-N-A-L-D.  And my address is 37

10   Cobblestone, C-O-B-B-L-E-S-T-O-N-E.  Avon, Connecticut,

11   06001.

12

13   DIRECT EXAMINATION

14   BY MR. MINITER:

15       Q.   Could you state your current employer please?

16       A.   I am the Senior Vice-President and Market

17   Manager for Infinity Broadcasting in Hartford.

18       Q.   So I understand, wherever Infinity has

19   stations, does it have a Senior Vice-President?  How

20   does that work?

21       A.   Not necessarily.  It depends on the market.

22   Every market is configured a little differently.

23       Q.   Okay.  How many Senior Vice-Presidents are

24   there around the country?

25       A.   I don't know.
```

1   supervisor for anything involving department heads

2   hiring and firing.

3       Q.    Okay.   What departments are there that you

4   oversee?

5       A.    Sales, business, programming, and

6   engineering.

7       Q.    Are those two different departments or what?

8       A.    Un hun.   All different departments.

9       Q.    Sales, business, programming and

10  engineering.   Any others?

11      A.    No.

12      Q.    And in the year 2000, who were the department

13  heads?

14      A.    I couldn't tell you.   I'd have to look.

15      Q.    Okay.

16      A.    Seriously.

17      Q.    Okay.

18      A.    Ten years and a lot of configurations, so I

19  couldn't tell you them.

20      Q.    Is Steve Salhany a department head?

21      A.    Yes.

22      Q.    What department?

23      A.    He's the Operations Manager.

24      Q.    Is that the same as business?   Or is this a

25  new one that you didn't mention before?

1    Q.    What was the outcome of that week of guest

2  hosting?

3    A.    I don't know what the outcome of the week

4  was.  I know ultimately Steve decided to hire him.

5  But--

6    Q.    And when Steve decided to hire him, did he

7  consult with you?

8    A.    Yeah.

9    Q.    And, did you consult with anyone above you?

10   A.    Yes.

11   Q.    With whom did you consult?

12   A.    David Pearlman.

13   Q.    Okay.  And what was the nature of Steve

14  Salhany's consultation with you regarding hiring Mr.

15  Houston?

16   A.    Basically that that was the person that he

17  wanted to hire, and I said check his references.  And

18  he said that he, that JD had worked for Dan

19  Mason(Phonetic) previously, who is the President of our

20  company.  And so I called my boss and asked him to ask

21  Dan Mason, who is his boss, for a reference, because I

22  figured that was a pretty good one, and relayed that

23  information back to Steve.  And Steve decided

24  ultimately to hire JD.  Not based solely on that but--

25   Q.    What was the recommendation that you got from

```
 1        A.    The station was not doing well from a

 2   financial standpoint, and I asked Steve Salhany as the

 3   Operations Manager for all four stations and he had had

 4   that station a year, whatever, to tell me, you know, in

 5   order to be successful, you know, what would he do with

 6   the station.  And that format was his suggestion.

 7             (Whereupon the Court Reporter changed the

 8        tape.)

 9             MR. MINITER:  Off the record.

10             (Whereupon Counsel went off the record.)

11             MR. MINITER:   Back on the record.    Read

12        back the last question.

13             (Whereupon the above question and answer were

14        read back by the Court Reporter as follows: "Q

15        And, how did that change come about?

16        A.    The station was not doing well from a

17        financial standpoint, and I asked Steve Salhaney

18        as the Operations Manager for all four stations

19        and he had had that station a year, whatever, to

20        tell me, you know, in order to be successful, you

21        know, what would he do with the station.  And that

22        format was his suggestion.")

23

24   BY MR. MINITER:

25        Q.    Did you only consult with Steve Salhany?  Did
```

1   verbal proposal, was that Hip Hop and R&B had been

2   around for twenty years and it was an extremely

3   mainstream popular format, and that no one in Hartford

4   was playing it, and that it was a great opportunity.

5   And, I don't recall all of the other discussion that

6   ensued.  But at the end of the conference call everyone

7   agreed that we would change the format of the radio

8   station to Hip Hop and R&B.

9          Q.    Do you know how Steve Salhany came to make

10  this recommendation?

11         A.    No, I don't know.  It was his opinion.

12         Q.    Do you know whether he consulted with

13  anybody?

14         A.    Not that I am aware of.

15         Q.    Do you know whether or not Steve Salhany had

16  any personal familiarity with the format?

17         A.    I don't.

18         Q.    Do you know whether or not Mr. Salhany had

19  done any market surveys as to demand for it?

20         A.    Not that I am aware of.

21         Q.    Had anyone in the company engaged in market

22  surveys for demand?

23         A.    No, not that I'm aware of.

24         Q.    Had anyone engaged, looked at demographics of

25  the urban trends to see what markets were being served?

1      Q.    Now, the information she gave out turned out

2    to be inaccurate; right?

3      A.    Right.

4      Q.    Were you concerned about her blemishing the

5    reputation of the station for giving out false

6    information?

7      A.    Those things happen from time to time.  I was

8    concerned that she didn't use good judgment.

9      Q.    Did you speak to her about that?

10     A.    Steve did.  That would be something her

11   programming supervisor would speak to her about.

12     Q.    And after, why did she speak to you about her

13   concerns rather than Mr. Salhany?

14     A.    I don't know.  But because she did, you know,

15   speak to me directly, I needed to respond.

16     Q.    Did you say to her at any point you should

17   speak to either Mr. Salhany or to Human Resources, but

18   not to me?

19     A.    I called Human Resources and asked them how I

20   should respond to Nancy.

21     Q.    And, what advice did you receive?

22     A.    They told me to assure her that, you know,

23   she would have a safe workplace, and they asked me to

24   give Mr. Houston information in writing, asking him not

25   to act in that manner.

1    revenues were?

2         A.    I don't know what you mean by order of

3    magnitude exactly.

4         Q.    Were they in the six figures, seven figures,

5    eight figures?

6         A.    I don't know the specific number.  I mean

7    they all bill, you know, over a million dollars, but I

8    don't know the exact numbers for any given year for

9    each of the four stations.  I couldn't quote them to

10   you.  I can, you know, tell you the highest billing

11   station is RCH; the second highest is the AM; the third

12   is the FM; and ZMX bills the least.  I know the order.

13        Q.    And, is there a difference in customers for

14   billing on each of the stations?

15        A.    Specifically customers.  I didn't understand

16   that question.

17        Q.    The customers being the people who buy ad

18   time.

19        A.    Not necessarily.  Some of the stations have

20   some of the same customers, some of them have different

21   customers.  Stations are usually purchased because

22   people want to reach a certain age group.

23        Q.    And, were the stations reaching the same age

24   groups or different age groups?

25        A.    All of the stations reach some of the same

C

**1/15/2004 Barrow, Nancy**

```
1              UNITED STATES DISTRICT COURT
                  DISTRICT OF CONNECTICUT
2
3     WENDELL "JD" HOUSTON       CIVIL ACTION NO.
4                                3:03CV0130(AWT)
5          VS.                   JANUARY 15, 2004
6
      INFINITY RADIO LICENSE INC.
7     d/b/a WZMX HOT 93.7,
      VIACOM, INC., INFINITY
8     BROADCASTING CORP.,
      INFINITY RADION, INC.,
9     INFINITY MEDIA CORPORATION
      AND CBS RADIO, INC.
10
11             DEPOSITION OF: NANCY BARROW
12
13    APPEARANCES:
14
       MINITER & ASSOCIATES
15        100 Wells Street - Suite D
          Hartford, Connecticut 06103
16        (860) 560-2590
       BY: FRANCIS A. MINITER, ESQUIRE
17
18     BINGHAM McCUTCHEN
          150 Federal Street
19        Boston, Massachusetts 02110-1726
          (617) 951-8457
20     BY: MARK W. BATTEN, ESQUIRE
21    Also Present:  Wendell Houston
22                  Wendy J. Leard
                  Registered Merit Reporter
23                  CSR # 00039
24    NIZIANKIEWICZ & MILLER REPORTING SERVICES
                  972 Tolland Street
25        East Hartford, Connecticut 06108-1533
                  (860) 291-9191
```

```
1    five years.  Elton John.

2             And during the morning show -- see, the

3    morning show we didn't play any music, so . . .

4             I wasn't really too, too aware of what we

5    were doing in the rest of the day part.

6        Q    Okay.  So at that time, 1998, the morning

7    show included no music?

8        A    Mm-hmm.

9        Q    It was just talk?

10       A    Mm-hmm.

11       Q    Did there come a point when the morning

12   show included music?

13       A    They tried to have us play like two songs

14   an hour, but Sebastian was kind of -- he didn't

15   really want to do that.  He wanted to keep it

16   pretty much all talk.

17       Q    And there came a point when Sebastian left

18   the show?

19       A    Yes.

20       Q    When was that?

21       A    It was like six months after I got there.

22   I don't know the particular date.

23       Q    Spring 1999, more or less?

24       A    Yes.

25       Q    And how was the show hosted after that?
```

**1/15/2004 Barrow, Nancy**

1    A    Me.

2    Q    Until what period of time?

3    A    Until JD got there.

4    Q    Okay.  Do you recall when JD got there?

5    A    March of the following year, I think, or

6    maybe a little earlier.

7    Q    And in that year or so that you were doing

8    it alone, did the content of the morning show

9    change?

10    A    Not really.  It was pretty music

11    intensive.

12    Q    So you added more music?

13    A    Yeah.  It was -- they had changed the

14    format at the station; that's why they got rid of

15    Sebastian.

16    Q    So they got rid of Sebastian because there

17    was a change of format?

18    A    Mm-hmm.

19    Q    Okay.  And can I infer correctly from that

20    they did not think Sebastian and the new format

21    were compatible?

22    A    I don't know what they were thinking,

23    quite frankly, but . . .

24    Q    You were not informed?

25    A    No.  They just said that's it.

### 1/15/2004 Barrow, Nancy

```
1        Q    Could you tell me when that occurred, to

2    the best of your recollection.

3        A    I don't know the date.  I really don't.

4        Q    Okay.  And what is your recollection of

5    what occurred?

6        A    There was a story about Janet adding a

7    date to her tour that came on Metro, which is our

8    news source.

9        Q    Okay.  First of all, let's go back to, she

10   was going to have a concert in the Hartford area,

11   I take it.

12       A    Yes.  And I think --

13       Q    Do you remember where in Hartford that

14   concert was going to be?

15       A    I think it was the Meadows.  I think.

16       Q    Okay.

17       A    I didn't go to the show, so I can't

18   remember.

19       Q    Okay.  And she was going to be here

20   originally for how many days?

21       A    One day.

22       Q    Okay.  And then you got some information

23   about a change in the schedule, to add a date?

24       A    Add a date, yeah.

25       Q    And where did that information come from?
```

1      A    Metro Source, which is where the news

2   comes, our news source.

3      Q    And how did this information come from

4   Metro Source?

5      A    It's printed.  So it's on the screen, but

6   then I print it so it's on paper so I can read it.

7      Q    Okay.  When you say "it's on the screen,"

8   is this an Internet-type connection or something?

9      A    Yeah.  They have their own computer in the

10   studio.  It's a Metro Source computer.

11      Q    Okay.  So it's hooked directly into the

12   Metro Source.  That computer only provides Metro

13   Source information?

14      A    The computer was provided by Metro to

15   us --

16      Q    Okay.

17      A    -- for us to gather -- get their news.

18      Q    And when this item came up on the screen,

19   you printed it out?

20      A    It comes as a whole -- like a whole title.

21   There's a heading that -- it just says "Morning

22   Show Prep," and so I print that out.  And there's

23   a bunch of stories.

24      Q    Now, when exactly was her concert supposed

25   to be?

**1/15/2004 Barrow, Nancy**

1    Q    What then happened?

2    A    He got very angry.

3    Q    What do you mean by "very angry"?

4    A    Yelling at me.

5    Q    What words did he say?

6    A    I think that he was just yelling very

7    loudly, "Why did you do that story?"

8    Q    What did you respond?

9    A    That I didn't want our competitor at the

10   time, KISS, to be able to have that information

11   and us not having that information.

12   Q    Did the story turn out to be true?

13   A    No.

14   Q    So you went on-air with false information.

15   A    I went on with information that I was

16   given.

17   Q    Without verifying it.

18   A    I don't verify everything that -- I assume

19   that Metro news is right on what they do;

20   otherwise, I wouldn't get any news.

21   Q    I'm sorry.  Say that again?

22   A    Otherwise I wouldn't get any news.  I

23   mean, if I was double-checking everything.

24   Q    If you were going to verify the story, do

25   you know how -- would you have known how to go

D

```
 1              UNITED STATES DISTRICT COURT
                 DISTRICT OF CONNECTICUT
 2
 3    WENDELL "JD" HOUSTON      CIVIL ACTION NO.
 4                             3:03CV0130(AWT)
 5         VS.                 JANUARY 16, 2004
 6
      INFINITY RADIO LICENSE INC.
 7    d/b/a WZMX HOT 93.7,
      VIACOM, INC., INFINITY
 8    BROADCASTING CORP.,
      INFINITY RADION, INC.,
 9    INFINITY MEDIA CORPORATION
      AND CBS RADIO, INC.
10
11            DEPOSITION OF: STEVEN SALHANY
12
13    APPEARANCES:
14
         MINITER & ASSOCIATES
15          100 Wells Street - Suite D
            Hartford, Connecticut 06103
16          (860) 560-2590
         BY: FRANCIS A. MINITER, ESQUIRE
17
18       BINGHAM McCUTCHEN
            150 Federal Street
19          Boston, Massachusetts 02110-1726
            (617) 951-8457
20       BY: MARK W. BATTEN, ESQUIRE
21    Also Present:  Wendell Houston
22                        Wendy J. Leard
                   Registered Merit Reporter
23                     CSR # 00039
24       NIZIANKIEWICZ & MILLER REPORTING SERVICES
                    972 Tolland Street
25          East Hartford, Connecticut 06108-1533
                    (860) 291-9191
```

### 1/16/2004 Salhany, Steven

1      A    So I would say that, you know, under each

2    scenario, they're different.

3      Q    Okay.  Well, the "Cume 00" gives you an

4    idea of the number of listeners you actually have,

5    right?

6      A    Correct.

7      Q    Would that not be the most important of

8    the items there?

9      A    Not always.

10     Q    Why?

11     A    It just tells you how many people are

12   listening but not how long they listen.  And

13   usually there's a calculation between the number

14   of people listening and how long they listen that

15   would get you a share.

16     Q    Okay.  So that cume factored by the TSL

17   hours would give you an idea of how many listener

18   hours per week you got.

19     A    Something like that.  It's really gives

20   you the average quarter hour share.

21     Q    Okay.  Looking down at winter of 1999, at

22   WZMX?

23     A    Mm-hmm.

24     Q    I notice that its cume is less than half

25   that of WRCH-FM; is that correct?

```
1        A    Mm-hmm.   Yes.

2        Q    And its TSL hours is also less than half

3    of that.

4        A    Correct.

5        Q    And its ranking -- well, WRCH-FM is

6    ranking first to third in all categories, it's

7    ranking 10 to 15 in all categories?

8        A    Correct.

9        Q    Then if we go to the winter of 2001 for

10   WZMX, the numbers are still in about the same

11   ballpark as they were for winter of 1999; is that

12   correct?

13       A    Approximately.

14       Q    Okay.  And the change occurs in the spring

15   of 2001 and heads on up for summer 2001 and fall

16   2001?

17       A    Correct.

18       Q    Okay.  Now, just looking at how fall 2001

19   compares to fall 2001 between WRCH-FM and WZMX,

20   the cume 00 for WRCH is now 2402, right?

21       A    Yes.

22       Q    And the cume for WZMX is now 1899.

23       A    Correct.

24       Q    So it's now a little over three-quarters

25   what WRCH was.
```

**1/16/2004 Salhany, Steven**

1       A       Approximately.

2       Q       Okay.  And looking at the TSL hours,

3    WRCH's is 10.45, which is about where it was in

4    the winter of 1999?

5       A       Mm-hmm.

6       Q       But WZMX has almost doubled to about 945;

7    is that right?

8       A       Not quite doubled, but yes, 945 is

9    correct.

10      Q       Okay.  And if we then compare these

11   figures, going down fall of 2001 to WTIC-AM, we

12   find that the cume there is 2169?

13      A       Mm-hmm.

14      Q       Which is maybe 14, 15 percent above that

15   figure for WZMX?

16      A       Well, the numbers are correct.

17      Q       Okay.  And the -- but the TSL hours is

18   only eight hours, which is less than what WZMX is

19   showing, right?

20      A       Correct.

21      Q       Okay.  And if we look further down at

22   WTIC-FM, for that period of time, the cume is

23   1876; is that correct?

24      A       Yes, it is.

25      Q       That's a little less than the cume for

1    format?

2        A    The consensus of the group was that there

3    was a market not being served.

4        Q    And that market was?

5        A    R&B and hip hop.

6        Q    Okay.  That's a service.  What's the

7    market that was not being served?

8        A    People who would like to listen to that

9    particular music.

10       Q    Okay.  And what were the demographics of

11   the people who were not being served?

12       A    There were two sets of demographics:

13   younger persons and a little bit older than, you

14   know, a younger person.

15       Q    How about by gender?  Was the market ever

16   divided by gender?

17       A    Not really.  A little bit.

18       Q    Are you sure?

19       A    Well, I'm not quite sure I understand your

20   question, so maybe you could rephrase it for me so

21   that I could . . .

22       Q    Did you ever tell people in your station

23   that the market they were serving were females 18

24   to 34?

25       A    That's part of the market that we're

**1/16/2004  Salhany, Steven**

1    serving.  Yes, I did.

2        Q    So it wasn't just by age; there was a

3    gender factor.

4        A    Correct.

5        Q    Okay.  What about racial factor?

6        A    Meaning?

7        Q    Well, was the market that was not being

8    served, was it a heavily black market? Hispanic

9    market?

10       A    All of that.

11       Q    Mm-hmm.

12       A    Black, Hispanic, and white.

13       Q    Well, tell me, you said there was a market

14   not being served.  Was this an urban market?

15       A    What I said was that hip hop and R&B

16   wasn't being played.  I mean, that's what I was

17   saying.

18       Q    But if you play it and no one listens,

19   that's not a good thing either, right?

20       A    Obvious.  Not good.

21       Q    So before you make a decision that you're

22   shifting to R&B, someone has to say, "There are

23   listeners out there."  Who are the listeners that

24   they said were out there?

25       A    The listeners are -- and I told you, there