UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 APR 27  A 11: 15

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| WENDELL "JD" HOUSTON,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>INFINITY RADIO LICENSE, INC.,<br>d/b/a WZMX/FM HOT 93.7, VIACOM, INC.,<br>INFINITY BROADCASTING CORPORATION,<br>INFINITY RADIO, INC., INFINITY MEDIA<br>CORPORATION and CBS RADIO, INC.,<br><br>　　　　　　　　　　Defendants. | CIVIL ACTION<br>NO. 303-CV-0130 (AWT) |

### DECLARATION OF SUZANNE MCDONALD

I, Suzanne McDonald, hereby depose and state:

1.　I am the Senior Vice President and Marketing Manager for Infinity Broadcasting Corporation ("Infinity") in Hartford, Connecticut. I make this declaration on personal knowledge.

2.　I have overall responsibility for the four radio stations that Infinity owns in Hartford: WRCH, WTIC-FM, WTIC-AM, and WZMX. Steven Salhany is the Operations Manager for the four stations, and reports to me. Mr. Salhany and I work from Infinity's offices in Farmington, Connecticut, and all four stations broadcast from that location.

3.　Mr. Salhany made the decision to hire Wendell "J.D." Houston in 2000, in consultation with me. The decision to enter into a new contract with Mr. Houston in the spring of 2001, and to raise his salary, was also Mr. Salhany's, in consultation with me. Attached hereto as Exhibits A and B are true and correct copies of Mr. Houston's 2000 and 2001 employment contracts, respectively.

4.　According to Infinity's records, Mr. Houston's birth date is September

LITDOCS/547560.1

24, 1950, and Nancy Barrow's birth date is July 4, 1963. Mr. Houston was employed by Infinity between April 2000 and March 2003; Ms. Barrow has been employed by Infinity in Hartford since October 1998, and had previously worked for American Radio Systems, an Infinity predecessor, in Buffalo, New York.

5. WZMX employs Carl Daniel, who identifies himself on the air as "Kid Fresh." Mr. Daniel is on the air on weekday evenings from 7 to 10 p.m. Mr. Daniel is African-American. WZMX also employs Linda Reynolds as on-air talent, broadcasting between 10 p.m. and 2 a.m. on weeknights. Ms. Reynolds is African-American.

6. After Mr. Houston's contract was not renewed and WZMX's former program director, Victor Starr, left the station, WZMX hired Tim Collins, who identifies himself on the air as "DJ Buck," as assistant program director. Mr. Collins also is on the air on weekday afternoons, and often broadcasts with Nancy Barrow during the morning show that Mr. Houston formerly hosted.

7. During his tenure at WZMX, Mr. Houston was the highest-paid of all on-air talent at the station. He was also the highest-paid of any Infinity employee whose duties related solely to WZMX (some employees have responsibilities that cross station lines). Mr. Houston also was paid more than Allan Camp, the program director and morning show host at WRCH.

8. During the time that Mr. Houston was employed at WZMX, the morning show on WTIC-FM was hosted by Gary Craig. Mr. Craig was paid a salary of approximately $360,000 per year in 2002.

9. Mr. Houston was paid less than Mr. Craig for a number of reasons. First, Mr. Houston's salary was negotiated with him, and he agreed to it. I am informed and believe that he earned substantially more at WZMX than he had in his prior employment.

10. Second, Mr. Houston had only been employed by Infinity for one year

at the time of his second contract, and ratings at WZMX during his first year had not risen significantly. While Mr. Salhany and I were sufficiently satisfied with his on-air performance to enter into a second contract with him, he had not had time to establish a strong track record of ratings performance. By contrast, Mr. Craig had been employed by Infinity, and its predecessor companies, since 1983, and I had had ample opportunity to observe his performance and knew both that he had a strong track record of delivering good ratings and had a reputation in the industry that was beneficial to Infinity in selling advertising time. Indeed, in 1992 Mr. Craig left WTIC-FM for a competitor, and the station's ratings dropped; when he returned to the station in 1996, ratings improved.

11. Third, I did not believe that the identity of the morning show host at WZMX was nearly as important as at WTIC-FM, and so did not warrant the same salary. That was particularly true after WZMX changed its format from "dancin' oldies" to hip hop and rhythm and blues in the spring of 2001. At that time, and for much of the two-year term of Mr. Houston's second contract, there was no other station playing hip hop music in the Hartford market, and I believe that the format had a unique appeal to the demographic WZMX targeted. Listeners interested in hip hop music had no alternative station to listen to, and I believe that the station's ratings success was driven largely by the music it was playing. That belief is bolstered by the fact that WZMX's ratings increased dramatically over the course of a single three-month ratings period, despite having the same announcers -- Mr. Houston and Ms. Barrow -- both before and after the format switch. By contrast, the format of WTIC-FM is not unique in the Hartford market, and targets a demographic, older than WZMX's, that a number of stations also target. I therefore deemed the identity of the morning show host to be a more important competitive factor for WTIC-FM than for WZMX.

12. Attached hereto as Exhibit C is a copy of a memorandum authored by

Mr. Houston that he delivered to the office of a female employee after he was informed that she had alleged sexual harassment by him. The attached copy is true and correct except for redaction of the female employee's name.

13. Attached hereto as Exhibit D is a true and correct copy of a memorandum that I wrote and gave to Mr. Houston after the investigation of the complaint referenced in the prior paragraph (again with the name of the female employee redacted).

14. Attached hereto as Exhibit E is a true and correct copy of the Fat Joe poster that was hanging in the control room and about which Mr. Houston complains in this action.

15. Attached hereto as Exhibit F is a true and correct copy of a memorandum given to Mr. Houston in June 2001 after the altercation between him and Nancy Barrow concerning Ms. Barrow's announcement concerning a Janet Jackson concert date.

16. Attached hereto as Exhibit G is a true and correct copy of a notice of dismissal that Infinity received from the Connecticut Commission on Human Rights and Opportunities.

I declare under penalty of perjury that the foregoing is true and correct.

4/23/04
Date

Suzanne McDonald

LITDOCS/547560.1