C

To: ███ ███
Cc: Suzanne McDonald
From: JD Houston
RE: RECENT ACCUSATIONS OF SEXUAL HARASSMENT
Tuesday, December 18th,

DEFENDANT'S EXHIBIT 11 Id. LD 6-6-03

Dear ███

I just wanted to let you know that I am both DISAPPOINTED and "DUMBFOUNDED" by the Sexual Harassment "claim" you recently presented to station management, against me.

It probably doesn't mean much to you ███ but I must tell you that my mind is heavy and my heart is truly "WOUNDED" by your actions. I don't know WHO or WHAT motivated you to do such a thing or WHY you feel "justified" in your accusations but I can't wait to find out.

For the past couple of days, I have thought long and hard about everything Suzanne says you accused me of; and it's extremely difficult for me to comprehend your TRUE intentions.

I also wonder if you realize the depths of the deceit it represents when you claim to have somehow been "harassed" by me; but then you can't remember, you fail to, or you choose not disclose the details of the so called "trauma" I supposedly inflicted on you, that caused you to initiate your claim.

Now, please don't think ███ that this is some vain attempt on my part to apologize or "suck up" to you, because it definitely isn't.

It's just that I KNOW that I've neither "done" or "said" anything to you (or any other female in this building for that matter) that can even be "remotely" misconstrued as Sexual Harassment...Sexual Aggression...or "Unwanted" Sexual Advances".

I can't read your mind ███ but I DO know this -- that you profess to be a devout Christian (or so you say). So I'm gonna to step to the "Christian" side of the fence and share a scripture with you that expresses exactly how I feel about this situation and what you've done.

It's from the 109th chapter of Psalms in the Old Testament.

If you haven't read your Bible lately, I have photocopied and highlighted the passage for you so you'll know that my thoughts have not been embellished.

JD Houston

[fragments from previous page left column:]

heed

· the
Jeho-

give

ed, O

sing
glory.
) :
right
thee,
the

unto

is is
ns ;
unto

above

l the

y be

, and

holi-

, and

---

### Vengeance invoked upon Adversaries.

For the Chief Musician.  A Psalm of David.

**109** *a* Hold not thy peace, O *b* God of my praise ;

2 For the mouth of the wicked and the *c* mouth of deceit have they opened against me :
 They have spoken [1] unto me with a *d* lying tongue.

3 They have compassed me about also with words of hatred,
 And fought against me *e* without a cause.

4 *f* For my love they are my adversaries :
 But *g* I *give myself unto* prayer.

5 And they have [2] *h* rewarded me evil for good,
 And *i* hatred for my love.

6 Set thou a wicked man over him ;
 And let [3] an *k* adversary stand at his right hand.

7 When he is judged, let him *l* come forth guilty ;
 And let his *m* prayer [4] be turned into sin.

8 Let *n* his days be few ;
 *And* let *o* another take his office.

9 Let his *p* children be fatherless,
 And his *q* wife a widow.

10 Let his *r* children be vagabonds, and beg ;

---

[1] Or, *against*
[2] Heb. *laid upon me.*
[3] Or, *Satan* Or, *an accuser*
[4] Or, *become*
[2] Another reading is *me.*

[1] Or, *awake the dawn*

---

Cross-references:
*a* Ps. 28. 1; 83. 1
*b* Deut. 10. 21
*c* Ps. 10. 7; 52. 4
*d* Ps. 120. 2
*e* Ps. 69. 4
*f* Ps. 38. 20
*g* Ps. 69. 13 141. 5
*h* Ps. 35. 12 38. 20
*i* Jn. 7. 7; 10. 32
*k* Zech. 3.
*l* Ps. 1. 5
*m* Prov. 28.
*n* Ps. 55. 23
*o* Acts 1. 2
*p* Ex. 22. 24
*q* Jer. 18. 2
*r* Ps. 69. 15 Gen. 4. 12 Job 30. 6
*s* Ps. 37. 26
*t* Job 20. 1 Neh. 5. 7
*u* Is. 1. 7; Lam. 5. Ezek. 7.
*v* Ezra 7. 2 9. 9
*x* Job 5. 4; Is. 9. 17
*y* Ps. 21. 10 37. 28
*z* Ps. 9. 5; Prov. 10.
*a* Ex. 20. 5 Num. 14. 18; Is. 65 6, 7; Jer. 32. 18
*b* Neh. 4. 5 Jer. 18. 2
*c* Ps. 90. 8 Jer. 16. 1
*d* Ps. 34. 16
*e* Ps. 37. 14
*f* Ps. 37. 32 94. 6
*g* Prov. 14. 14; Ezek 35. 9; M 7. 2

16 Because he remembered not
   to show kindness,
   But persecuted the ᵉpoor and
   needy man,
   And the broken in heart, to
   ᶠslay *them*.
17 Yea, he loved cursing, and ᵍit
   came unto him;
   And he delighted not in
   blessing, and it was far
   from him.
18 He ʰclothed himself also with
   cursing as with his gar-
   ment,
   And it ⁱcame into his inward
   parts like water,
   And like oil into his bones.
19 Let it be unto him as ʰthe
   raiment wherewith he cover-
   eth himself,
   And for the girdle where-
   with he is ᵏgirded continu-
   ally.
20 This is the ˡreward of mine
   adversaries from Jehovah,
   And of them that ᵐspeak evil
   against my soul.
21 But deal thou with me, O
   Jehovah the Lord, ⁿfor thy
   name's sake:
   Because ᵒthy lovingkindness
   is good, deliver thou me;
22 For ᵖI am poor and needy,
   And my heart is ᵠwounded
   within me.
23 I am gone ʳlike the shadow
   when it ˢdeclineth:  ⁸ Or, *is stretched out*
   I am tossed up and down ᵗas
   the locust.
24 My ᵘknees ⁹are weak through  ⁹ Or, *totter*
   ᵘfasting;
   And my flesh faileth of fat-
   ness.
25 I am become also a ᵛreproach
   unto them:
   When they see me, they ˣshake
   their head.
26 ʸHelp me, O Jehovah my
   God;
   Oh save me according to thy
   lovingkindness:
27 That they may ᶻknow that
   this is thy hand;
   *That* thou, Jehovah, hast done
   it.
28 ᵃLet them curse, but bless
   thou:
   When they arise, they shall   ¹⁰ Or, *Mine adversaries shall be clothed . . . And they shall cover &c.*
   be put to shame,
   But thy servant shall re-
   joice.
29 ¹⁰Let ᶜmine adversaries be
   clothed with dishonor,

D

To:     JD (Wendell) Houston
From :  Suzanne McDonald
Re:     Sexual Harassment Claim
Cc:     Steve Salhany
Date:   December 20, 2001

As we discussed in our meeting on December 17, 2001. I have received a complaint regarding your conduct with ▓▓▓▓▓▓▓▓ on Wednesday, December 12, 2001. We take complaints very seriously and I have questioned ▓▓▓▓▓▓▓▓ again about what transpired that day. She has clearly stated that after you put your arm around her in the hallway, you followed her into her office, hugged her further and put your hand on her buttocks. Your accounts of the events that happened that day and hers are different, and when there are no witnesses to an event, it is often not possible to determine exactly what happened. However, please understand that the action you described of putting your arm around her shoulders and pulling her close to you could in itself be construed as inappropriate behavior in the workplace, as well as sexual harassment.

You have watched the video distributed by the company that demonstrates various scenarios that are not acceptable and you have been given a copy of our anti-harassment policy, which I will also attach to this memo. This memo serves as a warning this behavior is not to be repeated. If there is another incident, more severe disciplinary action will be taken up to and including termination of your employment.

JD in addition to the above, and after I specifically told you that I was in the process of investigating this matter and that you should not talk to ▓▓▓▓, you wrote a memo to her.

You should certainly have been aware that you were not supposed to communicate with her in writing either. Let me be very clear; you are not to communicate with her or any other employee in anyway about this matter. We endeavor to handle complaints such as this as confidentially as possible and expect you to do so as well.

WZMX 000201

Failure to follow my instructions again will result in your termination. To reiterate, retaliation in any form against anyone who brings a complaint is not tolerated. If you have any questions about what is expected of you, please let me know.

E

FAT JOE
JOSE
PARENTAL ADVISORY EXPLICIT CONTENT
EDITED VERSION ALSO AVAILABLE.

F

# Memorandum

To: JD Houston
From: Steve Salhany
CC: File
Date: 6/4/01
Re: Actions



JD,

It has come to my attention. That on Thursday May 31, 2001. There was a verbal alteration between you and Nancy Barrow. In this alteration you used fowl language and spoke to Nancy in a degrading manner. This behavior will not be tolerated here.

This is an official warning. In no way, should you speak in this manner to Nancy or anyone else. If this type of behavior happens again more severe disciplinary action will be taken up to and including termination of your employment.

Sincerely,

Steve Salhany

Operations Manager

G

# STATE OF CONNECTICUT
*COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES*
CAPITOL REGION OFFICE
1229 ALBANY AVENUE  HARTFORD, CT 06112
TEL. (860) 566-7710   FAX (860) 566-1997

Certified No. 70993400001830236782

June 10, 2002

RECEIVED

JUN 1 2 2002

Wendell Houston
48 Avonwood Road, #102
Avon, CT 06001

MARK W. ENGSTROM

RE: **NOTICE OF FINAL AGENCY ACTION**
    Case Name: Houston v CBS/Infinity Radio License, Inc. & WZMX?FM
    CHRO No.: 0210282
    EEOC No.: 16AA200470

Dear Mr. Houston:

Notice is hereby given that pursuant to Section 46a-83(b) of C.G.S, the Commission has processed your complaint through its Merit Assessment processes.

Further, you are hereby notified that as a result of these activities, your complaint has been dismissed for the reason that there is no reasonable possibility that further investigation will result in a finding of reasonable cause inasmuch as it was determined that the factual information in the file is likely to show that:

> Many of your alleged incidents of harassment as well as the incidents of warning and poor evaluation did not occur within 180 days from the filing of this complaint. Therefore, this Commission lacks jurisdiction over these alleged incidents. However, assuming that the Commission have jurisdiction, a review of the entire file (including: affidavit, Respondent's response, and Complainant's rebuttal) shows that Respondent did not subject you to a disciplinary action (i.e., warning) because of your membership in the protected classes. Instead, the review shows that you were warned for non discriminatory and legitimate reasons. The review also shows that you failed to establish how you were poorly evaluated. In fact, your affidavit and rebuttal did not provide any details with regard to this matter. Moreover, the review (including the incidents no-timely and timely filed) shows that there is no substantive evidence in the file that could serve to show that you were subjected to harassing conduct because of your membership in the protected classes.

WZMX 000170

Further, the review shows that your allegation of unequal pay was not substantiated. Specifically, your affidavit failed to provide any details with respect to this issue. However, Respondent stated that you are one of the highest pay employees. And, your rebuttal failed to introduce information that could dispute this.

Finally, the review shows that there is no substantive information that could serve to show that Respondent retaliated against you.

Also, even though you submitted a rebuttal, it failed to state any facts that could dispute Respondent's answer.

The aforementioned reasons do not support a finding that this complaint should be retain for further investigation.

The complainant may apply for reconsideration, requesting that the Commission reconsider its decision dismissing the complaint, as provided in subsection (b) of Section 46a-83 of the C.G.S. (formerly Public ACT 94-238). The reconsideration request must be in writing and **filed** at the Commission's administrative office stated on the letterhead **within fifteen (15) calendar days from the date of this letter**. It is the complainant's responsibility to file a timely request. No additional information after this fifteen (15) day period will be considered. Untimely requests will not be considered. The request should state specifically the grounds upon which the application is based. Generally, no new documentation or evidence can be considered as only documentation in the case file at the time of dismissal will be reviewed. Any request for reconsideration must be submitted to the regional office listed on the letterhead.

A copy of your request for reconsideration must be mailed to the respondent and respondent's attorney, if any, at the address listed at the bottom of this letter. You should certify that you have done so in your request for reconsideration filed with the Commission. **If you do not request reconsideration of the dismissal of your complaint, you will be issued a release of jurisdiction which grants you the right to file a civil action in Superior Court.**

The complainant may appeal this disposition to the Superior Court of the State of Connecticut if reconsideration of the dismissal is requested and denied. Any appeal must strictly comply with all of the applicable statutory procedures, requirements, and time frames. You may wish to consult an attorney regarding the proper filing of an administrative appeal.

Sincerely,

Epifanio Carrasquillo
Regional Manager

WZMX 000171

cc: Mark W. Engstrom, Vice-President and Associate General Counsel
    CBS
    1515 Broadway
    New York, NY 10036-5794
    **Certified No. 70993400001830236775**

Joseph A. Moniz
Moniz, Cooper & McCann, LLP
100 Allyn Street
Hartford, CT 06103

WZMX 000172