UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WENDELL "JD" HOUSTON : | CIVIL ACTION NO: 3:03CV0130(AWT) |
| V. : | |
| INFINITY RADIO LICENSE INC. : | |
| d/b/a WZMX HOT 93.7, VIACOM, INC. : | |
| INFINITY BROADCASTING CORP., : | |
| INFINITY RADION, INC., INFINITY : | |
| MEDIA CORPORATION AND CBS : | |
| RADIO, INC. : | MAY 10, 2004 |

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME

The Plaintiff moves this Court for an extension of time to object to the Defendant's Motion for Summary Judgment.. Plaintiff's counsel has multiple briefs all due at approximately the same time, and despite the diligence of counsel, there is no way to complete the brief in the time allotted, given the extensive nature of the Defendant's motion. In order to properly represent the Plaintiff's interests, the Plaintiff requests and extension to June 21, 2004.

This is the first request for an extension of time to object to the Motion for Summary Judgment. Defense counsel has been contacted and consents to the granting of the extension.

THE PLAINTIFF

BY _____
Francis A. Miniter, his attorney
Miniter & Associates
100 Wells Street Unit 1D
Hartford, CT 06103
860-560-2590 ct09566

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed to the following counsel of record this 11th day of May, 2004:

Mark W. Batten
Bingham McCutchen, LLP
150 Federal Street
Boston, MA 02110

Kimberly M. White
Bingham McCutchen
One State Street
Hartford, CT 06103

　　　　　　　　　　　　　　　　　　　　　Francis A. Miniter