UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WENDELL "JD" HOUSTON,  )<br> )<br>Plaintiff,  )<br>v.  )<br> )<br>INFINITY RADIO LICENSE, INC.,  )<br>d/b/a WZMX/FM HOT 93.7, VIACOM, INC.,  )<br>INFINITY BROADCASTING CORPORATION,  )<br>INFINITY RADIO, INC., INFINITY MEDIA  )<br>CORPORATION and CBS RADIO, INC.,  )<br> )<br>Defendants.  )<br> ) | CIVIL ACTION<br>NO. 303-CV-0130 (AWT)<br><br><br><br><br><br><br><br>May 13, 2004 |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE JOINT PRETRIAL MEMORANDUM**

Pursuant to the Local Rule of Civil Procedure 9(b), Defendants, Infinity Radio License, Inc., d/b/a WZMX/FM Hot 93.7, Viacom, Inc., Infinity Broadcasting Corporation, Infinity Radio, Inc., Infinity Media Corporation, and CBS Radio, Inc. ("Infinity"), hereby respectfully move for an extension of time to file the joint pretrial memorandum until sixty (60) days after the entry of a decision on Infinity's

CTDOCS:1589139.1

Motion for Summary Judgment. In support of this Motion, Infinity hereby asserts as follows:

1. The deadline for filing a joint pretrial memorandum is currently May 26, 2004.

2. Infinity filed a Motion for Summary Judgment on April 26, 2004.

3. Plaintiff has requested, and Infinity has consented to, an extension of time until June 21, 2004 within which to reply to Infinity's Motion for Summary Judgment.

4. The case will not be ready for trial until after the Motion for Summary Judgment is either granted or denied because, until then, the parties will not know whether the case will even need to proceed to trial.

5. Infinity, therefore, respectfully requests an extension of time to file the joint pretrial memorandum until sixty (60) days after the Court renders a decision on Infinity's Motion for Summary Judgment.

6. This is Infinity's first request for an extension of time to file a joint pretrial memorandum.

7. Counsel for Infinity has contacted counsel for the Plaintiff who does not object to this request for an extension of time.

        DEFENDANTS, INFINITY RADIO LICENSE, INC., D/B/A WZMX/FM HOT 93.7, VIACOM, INC., INFINITY BROADCASTING CORPORATION, INFINITY RADIO, INC., INFINITY MEDIA CORPORATION, AND CBS RADIO, INC.

By: /s/_____
    Mark W. Batten [ct 24751]
    Kimberly M. White [ct 24375]
    BINGHAM McCUTCHEN LLP
    One State Street
    Hartford, Connecticut 06103
    Tel:  (860) 240-2700
    Fax:  (860) 240-2818
    Kimberly.white@bingham.com
    Its Attorneys

## **ORDER**

The foregoing Motion, having been heard by the Court, it is hereby ORDERED:

    GRANTED/DENIED

                                                  BY THE COURT

                                                  _____
                                                  Judge/Clerk
                                                  Date:

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent on this 13th day of May, 2004 to all counsel and pro se parties of record, as follows:

Francis A. Miniter
Miniter & Associates
147 Charter Oak Avenue
Hartford, Connecticut 06106

/s/
Kimberly M. White