UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **WENDELL "JD" HOUSTON,** | : | CIVIL ACTION NO. |
| | : | |
| Plaintiff, | : | 3:03 CV 0130 (DFM) |
| | : | |
| v. | : | |
| | : | |
| **INFINITY RADIO LICENSE, INC.** | : | |
| **d/b/a WZMX/FM HOT 93.7, VIACOM, INC** | : | |
| **INFINITY BROADCASTING** | : | |
| **CORPORATION INFINITY RADIO, INC.** | : | |
| **INFINITY MEDIA CORPORATION and** | : | |
| **CBS RADIO, INC.** | : | |
| | : | |
| Defendants. | : | May 21, 2004 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 15 of the Local Civil Rules of the United States District Court for the District of Connecticut, the undersigned respectfully moves to withdraw her appearance on behalf of the Defendants, Infinity Radio License, Inc. d/b/a WZMX/FM Hot 93.7, Viacom, Inc. Infinity Broadcasting Corporation, Infinity Radio, Inc., Infinity Media Corporation and CBS Radio, Inc. There is good cause for the Court to grant this Motion because the undersigned has resigned from her position with Bingham McCutchen LLP. Defendants will continue to be represented in this action by Mark Batten, Esq. of Bingham McCutchen LLP who previously entered his appearance and in this who is admitted to practice in this Court.

CTDOCS:1588777.1

-2-

WHEREFORE, the undersigned respectfully requests that the Court grant this Motion.

                      DEFENDANTS, INFINITY RADIO LICENSE, INC., D/B/A WZMX/FM HOT 93.7, VIACOM, INC., INFINITY BROADCASTING CORPORATION, INFINITY RADIO, INC., INFINITY MEDIA CORPORATION, AND CBS RADIO, INC.

                      /s/ Kimberly M. White
                      Kimberly M. White (CT24375)
                      BINGHAM McCUTCHEN LLP
                      One State Street
                      Hartford, CT  06103-3178
                      Tel.:  (860) 240-2700
                      Fax:  (860) 240-2818
                      kimberly.white@bingham.com
                      Their Attorneys

## **CERTIFICATION**

This is to certify that a copy of the foregoing Motion has been served this 21st day of May 2004, via first-class mail, postage prepaid, upon the following counsel of record:

Francis A. Miniter
Miniter & Associates
147 Charter Oak Avenue
Hartford, Connecticut 06106

                 /s/ Kimberly M. White
                Kimberly M. White