UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAY 24 A 11: 01

| | | |
|---|---|---|
| WENDELL "JD" HOUSTON, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:03 CV 0130 (DJM) AWT |
| v. | : | |
| INFINITY RADIO LICENSE, INC. d/b/a WZMX/FM HOT 93.7, VIACOM, INC INFINITY BROADCASTING CORPORATION INFINITY RADIO, INC. INFINITY MEDIA CORPORATION and CBS RADIO, INC. | : | |
| Defendants. | : | May 21, 2004 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 15 of the Local Civil Rules of the United States District Court for the District of Connecticut, the undersigned respectfully moves to withdraw her appearance on behalf of the Defendants, Infinity Radio License, Inc. d/b/a WZMX/FM Hot 93.7, Viacom, Inc. Infinity Broadcasting Corporation, Infinity Radio, Inc., Infinity Media Corporation and CBS Radio, Inc. There is good cause for the Court to grant this Motion because the undersigned has resigned from her position with Bingham McCutchen LLP. Defendants will continue to be represented in this action by Mark Batten, Esq. of Bingham McCutchen LLP who previously entered his appearance and in this who is admitted to practice in this Court.

FILED
2004 MAY 28 P 4: 57
U.S. DISTRICT COURT
HARTFORD, CT.

**GRANTED. It is so ordered.**

Alvin W. Thompson, U.S.D.J.
Hartford, CT   5/28/04

CTDOCS:1588777.1