UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 JUN 21  P 4: 21

DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| WENDELL "JD" HOUSTON | CIVIL ACTION NO: 3:03CV0130(AWT) |
| V. | |
| INFINITY RADIO LICENSE INC. d/b/a WZMX HOT 93.7, VIACOM, INC. INFINITY BROADCASTING CORP., INFINITY RADION, INC., INFINITY MEDIA CORPORATION AND CBS RADIO, INC. | JUNE 21, 2004 |

MOTION TO SEAL CONFIDENTIAL INFORMATION

Plaintiff hereby moves this court, in accordance with the provisions of that certain Stipulation and Confidentiality Order dated December 15, 2003, and in particular, paragraph 8 thereof, a copy of which document is attached hereto, to seal certain portions of the Plaintiff's filing in response to Defendants' Motion for Summary Judgment, to wit, those items listed on Appendix A to this motion. Summary Judgment.

THE PLAINTIFF

BY _____
Francis A. Miniter, his attorney
Miniter & Associates
100 Wells Street Unit 1D
Hartford, CT 06103
860-560-2590 ct09566

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed to the following counsel of record this 21st day of June, 2004:

Mark W. Batten
Bingham McCutchen, LLP
150 Federal Street
Boston, MA 02110

Kimberly M. White
Bingham McCutchen
One State Street
Hartford, CT 06103

Francis A. Miniter

## APPENDIX A

The following are believed to contain confidential information within the scope of the Stipulation and Confidentiality Order dated December 15, 2003:

1. Deposition of Steven Salhany and Exhibits 4, 5, 7, 13, 14 and 15 thereto;

2. Pages 14, 15, 22, 23, 26 of the Plaintiff's Brief.