UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WENDELL "JD" HOUSTON : | CIVIL ACTION NO: 3:03CV0130(AWT) |
| V. : | |
| INFINITY RADIO LICENSE INC. : | |
| d/b/a WZMX HOT 93.7, VIACOM, INC. : | |
| INFINITY BROADCASTING CORP., : | |
| INFINITY RADION, INC., INFINITY : | |
| MEDIA CORPORATION AND CBS : | |
| RADIO, INC. : | JUNE 21, 2004 |

## MOTION TO SEAL CONFIDENTIAL INFORMATION

Plaintiff hereby moves this court, in accordance with the provisions of that certain Stipulation and Confidentiality Order dated December 15, 2003, and in particular, paragraph 8 thereof, a copy of which document is attached hereto, to seal certain portions of the Plaintiff's filing in response to Defendants' Motion for Summary Judgment, to wit, those items listed on Appendix A to this motion. Summary Judgment.

THE PLAINTIFF

BY _____
Francis A. Miniter, his attorney
Miniter & Associates
100 Wells Street Unit 1D
Hartford, CT 06103
860-560-2590 ct09566

DENIED because the court can not seal only certain pages of a document. The submitted materials are being returned so that the plaintiff can segregate the information to be placed under seal. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT      6/26/04