UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WENDELL "JD" HOUSTON | CIVIL ACTION NO: 3:03CV0130(AWT) |
| V. | |
| INFINITY RADIO LICENSE INC. d/b/a WZMX HOT 93.7, VIACOM, INC. INFINITY BROADCASTING CORP., INFINITY RADION, INC., INFINITY MEDIA CORPORATION AND CBS RADIO, INC. | JUNE 21, 2004 |

## PLAINTIFF'S OBJECTION TO SUMMARY JUDGMENT

The Plaintiff in the above entitled matter hereby objects to the Defendants' Motion for Summary Judgment for the reasons contained in the Memorandum of Law filed herewith.

In addition to the Memorandum of Law, the Plaintiff files the additional supporting documents:

1. 56(a)(2) Statement

2. Affidavit of Wendall "JD" Houston

3. Affidavit of Raymond E. Lumpkin, II

4. Affidavit of Michael Forbes

5. Affidavit of Yvon Alexandre

6. Affidavit of Dr. Rev. Wayne A. Carter

7. Affidavit of James Green

8. Affidavit of Christine E. Corriveau, with the following attachments:

    a. Relevant portions of the Deposition of Steven Salhany, with Exhibits 4, 5, 7, 13, 14 and 15.

b.  Relevant portions of the Deposition of Suzanne McDonald, with Exhibits 1-7.

c.  Relevant portions of Depositions of Wendall "JD" Houston, Vol. I and II.

THE PLAINTIFF

BY _____
Francis A. Miniter, his attorney
Miniter & Associates
100 Wells Street Unit 1D
Hartford, CT 06103
860-560-2590 ct09566

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed to the following counsel of record this 21st day of June, 2004:

Mark W. Batten
Bingham McCutchen, LLP
150 Federal Street
Boston, MA 02110

Kimberly M. White
Bingham McCutchen
One State Street
Hartford, CT 06103

Francis A. Miniter