UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WENDELL "JD" HOUSTON | : | CIVIL ACTION NO: 3:03CV0130(AWT) |
| | : | |
| V. | : | |
| | : | |
| INFINITY RADIO LICENSE INC. | : | |
| d/b/a WZMX HOT 93.7, VIACOM, INC. | : | |
| INFINITY BROADCASTING CORP., | : | |
| INFINITY RADION, INC., INFINITY | : | |
| MEDIA CORPORATION AND CBS | : | |
| RADIO, INC. | : | JUNE 9, 2004 |

### AFFIDAVIT OF RAYMOND E. LUMPKIN II

STATE OF CONNECTICUT
                       Ss: Hartford                    June ___, 2004
COUNTY OF HARTFORD

      The undersigned, being over the age of eighteen years, and believing in the obligations of an oath, and being duly deposed, hereby make affidavit and state:

      1.      That name is Raymond E. Lumpkin II and I reside in Middletown, Connecticut.

      2.      I have known JD since meeting him in or about year 2000 when he made an appearance at the Radisson Cromwell in connection with his work for WZMX.

      3.      I act as an agent for the booking of talent for various events. All this I do in addition for other full time employment.

      4.      JD was the first black male morning on air personality in the State of Connecticut, and the first at Infinity Radio in Connecticut. He was not hired until the Urban League applied pressure to Infinity Radio.

      5.      I learned from JD that the position of promotions director was available on two different occasions. Both times I applied, but was told I was not qualified. In the end, the person hired, a white woman, had only worked as an intern before taking the job.

6.   I had studied at Temple University for 3 years in communications. I worked for Metromedia from 1980 to 1984 as a news producer and as a promotions assistant. I later worked for Comcast selling cable television advertising to small businesses. I also worked as research director of Channel 20, WTXX, in Connecticut. I then established my own business as the Info Depot in 1994. I was well qualified for the position of Promotions Director and far more qualified than the person hired.

7.   The morning show is the most important segment of radio broadcasting. The largest market can be reached at that time of day. JD did much to reach out to the audience with his Daily Power for Living portion of the show. It emphasized community interaction and set good goals for young people, and young people were a significant audience for the hip-hop and rhythm and blues music of the station.

8.   Schools often wanted JD to appear there, in particular, Manchester Hospital School, New Britain Schools, and Hartford schools, particularly the HALO adult Learning Program. He did and it made an impact on the young men and women. He also was in demand at colleges and halfway houses. No one from the station ever came to see the work he was doing. The station interfered with many of those appearances, claiming that JD was not available, when he in fact was.

Dated at Hartford, Connecticut this ____ day of June, 2004.

_____
Raymond E. Lumpkin II

Subscribed and sworn to before me this ___ day of June, 2004.

_____
Christine E. Corriveau
Commissioner of the Superior Court