UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WENDELL "JD" HOUSTON | : CIVIL ACTION NO: 3:03CV0130(AWT) |
| V. | : |
| INFINITY RADIO LICENSE INC.<br>d/b/a WZMX HOT 93.7, VIACOM, INC.<br>INFINITY BROADCASTING CORP.,<br>INFINITY RADION, INC., INFINITY<br>MEDIA CORPORATION AND CBS<br>RADIO, INC. | :<br>:<br>:<br>:<br>:<br>: JUNE 17, 2004 |

### AFFIDAVIT OF MICHAEL FORBES

STATE OF CONNECTICUT
                         Ss: Hartford                        June ___, 2004
COUNTY OF HARTFORD

       The undersigned, being over the age of eighteen years, and believing in the obligations of an oath, and being duly deposed, hereby make affidavit and state:

       1.      That since 2000, I was the Manager of the Pyramid Club, a nightclub in Hartford, Connecticut,

       2.      Starting in Fall, 2000, the Pyramid Club hired JD Houston through Infinity Radio to host many events and Houston's personality and identity helped build the business and add to its success.

       3.      When the format of the radio station changed to Hip Hop, the station no longer would send JD Houston to events at the Pyramid Club, despite the fact that I continually requested his presence. After that time, the station would usually send Jenny "Boom Boom" or Kid Fresh to the events sponsored by the Infinity Radio. The business suffered after the format changed and JD stopped hosting appearances.

4. When the station changed to Hip Hop, the advertisement rates shot up. When I complained, a meeting was held at the station between myself, Kevin Brown (my Account Executive) Kathy Brown and Steve Salhany. I was told that "if you think rates are high now, once we get rid of JD, you're really going to see a rate change."

5. I later learned that the rates were going to change because the station had already engaged Starring Buck Wild to replace Houston to host events at the Pyramid Club.

6. Kevin Brown told me that I should not use JD Houston to host at the Pyramid Club and that I should use a younger host, such as Jenny "Boom Boom" or Kid Fresh.

7. Brown told me that I could no longer use JD Houston, which I did not understand since he was still a radio host for the morning show.

8. I prepared numerous radio advertisements and requested that JD be the personality to voice them. Instead, the station used Jenny "Boom Boom" and Kid Fresh, along with several other radio personalities, none of them JD Houston.

9. WZMX marketed itself to be a black radio station but it did not serve the Hartford Community or its largely African American audience.

Dated at Hartford, Connecticut, this ____ day of June, 2004.

_____
Michael Forbes

Subscribed and sworn to before me this ___ day of June, 2004.

_____
Christine E. Corriveau
Comm. of the Superior Court