UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WENDELL "JD" HOUSTON | : | CIVIL ACTION NO: 3:03CV0130(AWT) |
| | : | |
| V. | : | |
| | : | |
| INFINITY RADIO LICENSE INC. | : | |
| d/b/a WZMX HOT 93.7, VIACOM, INC. | : | |
| INFINITY BROADCASTING CORP., | : | |
| INFINITY RADION, INC., INFINITY | : | |
| MEDIA CORPORATION AND CBS | : | |
| RADIO, INC. | : | JUNE 14, 2004 |

### AFFIDAVIT OF YVON ALEXANDRE

STATE OF CONNECTICUT
                    Ss: Hartford                    June ___, 2004
COUNTY OF HARTFORD

The undersigned, being over the age of eighteen years, and believing in the obligations of an oath, and being duly deposed, hereby make affidavit and state:

1.      That since December, 1999, I have been the owner of the Pyramid Club, a nightclub in Hartford, Connecticut,

2.      From September 2000 to approximately March 2001, the Pyramid Club hired JD Houston through Infinity Radio to host events on Saturday nights. The station aired from the Club on Saturday nights in a show called "Club Z." Houston's personality and identity helped build the business of the Pyramid Club and add to its success.

3.      When the format of the radio station changed to Hip Hop, the station no longer would send JD Houston to events at the Pyramid Club. After that time, the station would usually send Jenny "Boom Boom" or Kid Fresh to the events sponsored by the Infinity Radio. I personally requested that JD continue to host "Club Z" but I was told by Kathy Brown that JD

Houston was not doing any types of appearances. After the format change, the station did not send JD to host "Club Z" again.

Dated at Hartford, Connecticut, this ____ day of June, 2004.

_____
Yvon Alexandre

Subscribed and sworn to before me this ___ day of June, 2004.

_____
Christine E. Corriveau
Comm. of the Superior Court