UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WENDELL "JD" HOUSTON | : | CIVIL ACTION NO: 3:03CV0130(AWT) |
| | : | |
| V. | : | |
| | : | |
| INFINITY RADIO LICENSE INC. | : | |
| d/b/a WZMX HOT 93.7, VIACOM, INC. | : | |
| INFINITY BROADCASTING CORP., | : | |
| INFINITY RADION, INC., INFINITY | : | |
| MEDIA CORPORATION AND CBS | : | |
| RADIO, INC. | : | JUNE 21, 2004 |

## AFFIDAVIT OF REV. DR. WAYNE A. CARTER

STATE OF CONNECTICUT
                         Ss: Hartford                  June ___, 2004
COUNTY OF HARTFORD

       The undersigned, being over the age of eighteen years, and believing in the obligations of an oath, and being duly deposed, hereby make affidavit and state:

       1.       That I am a former Chairman of the Hartford School Board and a former President the Interdenominational Ministerial Alliance of Hartford.

       2.       During the time that JD Houston was employed with WZMX, I was a frequent guest of his morning show.

       3.       I was also a music rep/promoter formerly employed by Infinity Radio.

       4.       I am very familiar with WZMX and was very often present at the radio station during Mr. Houston's employment.

       5.       I was shocked at the sight of a poster hanging on the walls of WZMX's radio booth containing the word "nigger" in plain view for all employees and guests of the studio to see.

6.  I found JD's program to contain a positive message to the youth in the community. JD is articulate and a good role model for the children. The Hartford community looks up to JD and he has their backing and support. JD's show was motivational and the "Power of Living" segment of his show was uplifting and provided a service to the community.

7.  Management of WZMX was not sensitive to needs of the community. More particularly, management was more concerned with "playing down" the black audience, allowing other DJ's to graphically discus sex and using thuggish talk on the air instead of being good role models. To really meet the needs of the community would be for the station to provide management training, provide scholarships, and offer more positive programming.

8.  Management treated JD's guests differently than it treated other radio guests. For example, when I was a guest of JD's show in my role as President of the Hartford School Board, Victor Star completely failed to acknowledge my presence whenever I was at the station. He refused to shake my hand and would not say anything to me until JD forced him to acknowledge me.

Dated at Hartford, Connecticut this ____ day of June, 2004.

_____
Rev. Dr. Wayne A. Carter

Subscribed and sworn to before me this ___ day of June, 2004.

_____
Christine E. Corriveau
Commissioner of the Superior Court