UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WENDELL "JD" HOUSTON | : | CIVIL ACTION NO: 3:03CV0130(AWT) |
| | : | |
| V. | : | |
| | : | |
| INFINITY RADIO LICENSE INC. | : | |
| d/b/a WZMX HOT 93.7, VIACOM, INC. | : | |
| INFINITY BROADCASTING CORP., | : | |
| INFINITY RADION, INC., INFINITY | : | |
| MEDIA CORPORATION AND CBS | : | |
| RADIO, INC. | : | JUNE 11, 2004 |

## **AFFIDAVIT OF JAMES GREEN**

STATE OF CONNECTICUT
                    Ss: Hartford                June ___, 2004
COUNTY OF HARTFORD

     The undersigned, being over the age of eighteen years, and believing in the obligations of an oath, and being duly deposed, hereby make affidavit and state:

     1.     That name is James Green and I reside in Rocky Hill CT

     2.     I worked for 93.7, WZMX, from February 2001 to October 2002 as account executive in the sales department.

     3.     I previously graduated from UConn with degree in economics and political science in 1993. I had a management position at JC Penny Distribution Center. I then spent 4 yrs managing inventory control at Bob's Discount Stores.

     4.     JD would make good suggestions for community interaction. All his suggestions were uniformly rejected. When I supported him, I was told by Kathy Browne "James, please, this is the way we do it."

     5.     People in the community responded positively to JD. Many business operators wanted JD for appearances. This upset the station. When I got requests for JD to appear from club

owners and others, the station did not honor them. They sent Jenny Munro or others. This was in violation of the station policy that the customer got the on air personality requested.

6. There was obvious nepotism in the awarding of contracts relating to events. For instance, when Kevin Briwne, son of Kathy Browne and I submitted identical bids for the Jingle Jam concert, her son's client got the contract without either of us being asked to obtain further bids. When I complained about this treatment to the station manager, Suzanne McDonald, I was told I could forget about it or leave the station.

7. An example of racism was the taking of customers (for example Rainbow Rentals and Middletown Nissan) from me and assigning them to white employees, thereby depriving me of commission earnings.

8. There was a New Year's Eve party that JD was supposed to attend at the Basketball Hall of Fame with station on air presence. The customer, Sean Weddeburn, an African-American, had specifically asked for JD to appear, and had paid the station $6K for exclusive station coverage for that evening. The station then eliminated JD from the commercials, adversely affecting turnout for the customer.

9. Mark Fuller, an African-American who organized events called "First Fridays", wanted JD for certain event and to be mentioned in the promoting commercials. I was ordered by Kathy Brown, my supervisor, to remove reference to JD's appearance from the commercials.

10. There was an occasion when the Promotions Staff was told by its supervisor not to talk to JD directly. This was extraordinary and contrary to the treatment of other on air personalities. No other morning show host was included in this restriction.

11. In the summer of 2002, the Jump Start a Life Community Solutions, Inc. wanted JD to help its summer program and contacted me to obtain his presence. However, this was stopped by

the Program Director of Victor Star, who said clients could not request specifically for an on-air personality.  They would have to accept whomever they send.  Victor Star said that JD would not be available.  JD had no conflicting engagements.

      12.      The then Promotions Director, Chrissy Johnson, and Kathy Brown, then the Station Manager, prevented JD's involvement when the Comedy Show, in Wallingford, gave money to the station, as well as tickets, to promote an event at which they wanted JD.  They also prevented JD from giving the tickets away on air as is customary.

      13.      The acts of managers of the station amounted to intentional sabotage of JD.

Dated at Hartford, Connecticut this ____ day of June, 2004.

                                                               _____
                                                               James Green

Subscribed and sworn to before me this ___ day of June, 2004.

                                                             _____
                                                             Christine E. Corriveau
                                                            Commissioner of the Superior Court