UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WENDELL "JD" HOUSTON | : | CIVIL ACTION NO: 3:03CV0130(AWT) |
| | : | |
| V. | : | |
| | : | |
| INFINITY RADIO LICENSE INC. | : | |
| d/b/a WZMX HOT 93.7, VIACOM, INC. | : | |
| INFINITY BROADCASTING CORP., | : | |
| INFINITY RADION, INC., INFINITY | : | |
| MEDIA CORPORATION AND CBS | : | |
| RADIO, INC. | : | July 1, 2004 |

**AFFIDAVIT OF CHRISTINE E. CORRIVEAU**

STATE OF CONNECTICUT

                  Ss: Hartford           July 1, 2004

COUNTY OF HARTFORD

      The undersigned, being over the age of eighteen years, and believing in the obligations of

an oath, and being duly deposed, hereby make affidavit and state:

      1.      That I am an Attorney with Miniter & Associates, Plaintiff's counsel in the above

entitled action.

      2.      That the attached are true copies of the following:

            a.      Relevant portions of the Deposition of Suzanne McDonald, with Exhibits

                1-7.

            b.      Relevant portions of Depositions of Wendall "JD" Houston, Vol. I and II.

      Dated at Hartford, Connecticut this _____ day of July, 2004.

                                _____

                                Christine E. Corriveau

Subscribed and sworn to before me this ____ day of July, 2004.

_____
Francis A. Miniter
Commissioner of the Superior Court