UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WENDELL "JD" HOUSTON | : | CIVIL ACTION NO. |
| | | 3:03CV0130(AWT) |
| V. | : | 2004 JUL -2 A 10: 41 |
| | : | |
| INFINITY RADIO LICENSE INC. | : | U.S. DISTRICT COURT |
| d/b/a WZMX HOT 93.7, VIACOM, INC. | : | HARTFORD, CT. |
| INFINITY BROADCASTING CORP., | : | |
| INFINITY RADION, INC., INFINITY | : | |
| MEDIA CORPORATION AND CBS | : | |
| RADIO, INC. | : | JULY 1, 2004 |

**PLAINTIFF'S RENEWED MOTION TO SEAL**

The Plaintiff in the above entitled matter hereby moves to seal all exhibits to the brief

marked confidential and all relevant pages to the Plaintiff's brief that refers to confidential

material as per the Stipulated Confidentiality Agreement on file with the Court. The Court

(Thompson, J.) ordered on June 26, 2004 that the Memorandum of Law filed on June 21, 2004

be edited to segregate the sealed materials. The Plaintiff believes that the Memorandum and

accompanying documentation filed herewith comports to said order.

WHEREFORE, the Plaintiff moves that the Court seal the documents appropriately

marked as to be sealed.

THE PLAINTIFF

BY _____
Francis A. Miniter, his attorney
Miniter & Associates
100 Wells Street Unit 1D
Hartford, CT 06103
860-560-2590 ct09566

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed to the following counsel of record this 2ⁿᵈ day of July, 2004:

Mark W. Batten
Bingham McCutchen, LLP
150 Federal Street
Boston, MA 02110

Kimberly M. White
Bingham McCutchen
One State Street
Hartford, CT 06103

Francis A. Miniter