UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WENDELL "JD" HOUSTON | : CIVIL ACTION NO. |
| | : 3:03CV0130(AWT) |
| V. | : |
| | : |
| INFINITY RADIO LICENSE INC. | : |
| d/b/a WZMX HOT 93.7, VIACOM, INC. | : |
| INFINITY BROADCASTING CORP., | : |
| INFINITY RADION, INC., INFINITY | : |
| MEDIA CORPORATION AND CBS | : |
| RADIO, INC. | : JULY 1, 2004 |

**PLAINTIFF'S RENEWED MOTION TO SEAL**

The Plaintiff in the above entitled matter hereby moves to seal all exhibits to the brief marked confidential and all relevant pages to the Plaintiff's brief that refers to confidential material as per the Stipulated Confidentiality Agreement on file with the Court. The Court (Thompson, J.) ordered on June 26, 2004 that the Memorandum of Law filed on June 21, 2004 be edited to segregate the sealed materials. The Plaintiff believes that the Memorandum and accompanying documentation filed herewith comports to said order.

WHEREFORE, the Plaintiff moves that the Court seal the documents appropriately marked as to be sealed.

THE PLAINTIFF

BY _____
Francis A. Miniter, his attorney
Miniter & Associates
100 Wells Street Unit 1D
Hartford, CT 06103
860-560-2590 ct09566

GRANTED. The Clerk shall seal Document Numbers 67, 68, and 69. It is so ordered.
Alvin W. Thompson, U.S.D.J.
8/16/04