FILED

2004 MAY 14 P 2: 09

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WENDELL "JD" HOUSTON, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>INFINITY RADIO LICENSE, INC., )<br>d/b/a WZMX/FM HOT 93.7, VIACOM, INC., )<br>INFINITY BROADCASTING CORPORATION, )<br>INFINITY RADIO, INC., INFINITY MEDIA )<br>CORPORATION and CBS RADIO, INC., )<br>)<br>Defendants. )<br>) | CIVIL ACTION<br>NO. 303-CV-0130 (AWT)<br><br><br><br><br><br><br><br>May 13, 2004 |

## JOINT MOTION FOR EXTENSION OF TIME TO FILE JOINT PRETRIAL MEMORANDUM

Pursuant to the Local Rule of Civil Procedure 9(b), Defendants, Infinity Radio License, Inc., d/b/a WZMX/FM Hot 93.7, Viacom, Inc., Infinity Broadcasting Corporation, Infinity Radio, Inc., Infinity Media Corporation, and CBS Radio, Inc. ("Infinity") hereby respectfully move for an extension of time to file the joint pretrial memorandum until sixty (60) days after the entry of a decision on Infinity's

CTDOCS:1589139.1

[Handwritten margin note:] GRANTED. Once the court has ruled on the pending motion for summary judgment, it will issue a joint trial memorandum order if it is appropriate to do so. It is so ordered. /s/ Alvin W. Thompson, U.S.D.J. 2005 FEB -4