**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------x
                              :
WENDELL "JD" HOUSTON,         :
                              :
        Plaintiff,            :
                              :
v.                            :     Civ. No. 3:03CV00130(AWT)
                              :
INFINITY RADIO LICENSE INC.   :
d/b/a WZMX HOT 93.7, VIACOM,  :
INC., INFINITY BROADCASTING   :
CORP., INFINITY RADIO, INC.,  :
INFINITY MEDIA CORPORATION AND:
CBS RADIO, INC.               :
                              :
        Defendants.           :
                              :
------------------------------x
```

### ORDER RE DEFENDANTS' MOTION TO STRIKE

Defendants' Motion to Strike Portions of Affidavits Offered by Plaintiff in Opposition to Summary Judgment (Doc. No. 64) is hereby GRANTED in part and DENIED in part, as set forth below:

**A.    AFFIDAVIT OF WENDELL HOUSTON**

**Paragraph 4, second sentence**:  Granted.

**Paragraph 5**:  Granted.

**Paragraph 6, third sentence; Paragraph 7; Paragraph 8, first and third sentences**:  Granted.

**Paragraph 9**:  Granted.

**Paragraph 10**:  Granted in part.  Denied as to the last clause of the second sentence, which reads, "WZMX made efforts over an eight month period to secure my services as the 'Morning Show Host' of its then 'Dancin' Oldies' Program."

  **Paragraphs 15, 18, 20:** Granted.

  **Paragraph 19:** Denied.

  **Paragraph 21:** Granted in part. Granted as to the phrases "without due process," "similarly situated," and "fostered and tolerated a racially hostile work environment."

  **Paragraphs 23, 24:** Granted.

  **Paragraph 26, fifth sentence:** Denied.

  **Paragraph 28:** Denied.

  **Paragraph 29, final clause; Paragraph 30:** Granted.

  **Paragraph 31:** Denied.

  **Paragraph 32:** Granted.

 B. **AFFIDAVIT OF RAYMOND E. LUMPKIN II**

  **Paragraph 4:** Denied.

  **Paragraphs 5-6:** Granted.

  **Paragraph 7, first two sentences:** Denied.

  **Paragraph 7, third and fourth sentences, and Paragraph 8:** Denied.

  **Paragraph 8, final sentence:** Granted.

 C. **AFFIDAVIT OF MICHAEL FORBES**

  **Paragraph 5:** Granted.

  **Paragraph 9:** Granted.

 D. **AFFIDAVIT OF REV. DR. WAYNE A. CARTER**

  **Paragraph 6:** Denied without prejudice.

      **Paragraph 7**:   Denied without prejudice.

      **Paragraph 8, first sentence**:   Granted.

### E.  AFFIDAVIT OF JAMES GREEN

      **Paragraph 4**:   Denied.

      **Paragraph 5**:   Denied.

      **Paragraph 6**:   Granted.

      **Paragraph 7**:   Granted without prejudice to plaintiff laying a foundation.

      **Paragraph 8**:   Denied.

      **Paragraph 9**:   Denied.

      **Paragraph 10**:   Denied.

      **Paragraph 11**:   Denied.

      **Paragraph 12**:   Denied.

      **Paragraph 13**:   Granted.

It is so ordered.

Dated this 14th day of September 2006, at Hartford, Connecticut.

                                                           /s/AWT  
                                            Alvin W. Thompson  
                                            United States District Judge