**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------x
                               :
WENDELL "JD" HOUSTON,          :
                               :
        Plaintiff,             :
                               :
v.                             :   Civ. No. 3:03CV00130(AWT)
                               :
INFINITY RADIO LICENSE INC.    :
d/b/a WZMX HOT 93.7, VIACOM,   :
INC., INFINITY BROADCASTING    :
CORP., INFINITY RADIO, INC.,   :
INFINITY MEDIA CORPORATION AND :
CBS RADIO, INC.                :
                               :
        Defendants.            :
                               :
-------------------------------x
```

### ORDER RE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

For the reasons set forth by the court during the telephonic status conference held on the record today, Defendants' Motion for Summary Judgment (Doc. No. 41) was DENIED.

It is so ordered.

Dated this 14th day of September 2006, at Hartford, Connecticut.

/s/AWT
Alvin W. Thompson
United States District Judge