UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WENDELL "JD" HOUSTON | : | CIVIL ACTION NO: 3:03CV0130(AWT) |
| | : | |
| V. | : | |
| | : | |
| INFINITY RADIO LICENSE INC. | : | |
| d/b/a WZMX HOT 93.7, VIACOM, INC. | : | |
| INFINITY BROADCASTING CORP., | : | |
| INFINITY RADION, INC., INFINITY | : | |
| MEDIA CORPORATION AND CBS | : | |
| RADIO, INC. | : | DECEMBER 6, 2006 |

**JOINT MOTION FOR EXTENSION OF TIME**

Plaintiff and Defendant, having consulted, do hereby request an extension of time to file the Joint Trial Memorandum to December 12, 2006. The current due date is December 7, 2006. Counsel for both parties have been consulting and have been working on the Memorandum, but the intensity of work levels requires an extensions to complete the Memorandum. This is the first request for extension of time on this issue.

                THE PLAINTIFF

                BY_____
                Francis A. Miniter, his attorney
                Miniter & Associates
                100 Wells Street Suite 1-D
                Hartford, CT 06106
                860-560-2590 ct09566

## CERTIFICATION

       This is to certify that a copy of the foregoing has been mailed to the following counsel of record this 6th day of December, 2006.

Mark W. Batten, Esq.
Bingham McCutchen, LLP
150 Federal Street
Boston, MA 02110

Kevin Krin, Esq.
Bingham McCutchen
One State Street
Hartford, CT 06103

                                                        _____
                                                          Francis A. Miniter