UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WENDELL "J.D." HOUSTON,<br><br>Plaintiff,<br><br>v.<br><br>INFINITY BROADCASTING CORP.;<br>INFINITY RADIO LICENSE, INC., d/b/a<br>WZMX-FM; VIACOM, INC.; INFINITY<br>MEDIA CORP.; and CBS RADIO, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

C.A. No.  3:03-cv-00130-AWT

## JOINT TRIAL MEMORANDUM

Plaintiff and Defendants hereby respectfully submit their joint trial

memorandum in accordance with the Local Rules, the Standing Order

Regarding Trial Memoranda in Civil Cases, and the Court's Trial

Memorandum Order dated November 7, 2006.

**1.    Trial Counsel**

For the Plaintiff:

Francis Miniter
Miniter & Associates
100 Wells St., Suite 1D
Hartford, CT 06103
860-560-2590

For the Defendants:

Mark W. Batten
Eben A. Krim
Proskauer Rose LLP
One International Place
Boston, MA 02110
(617) 526-9850

**2.    Jurisdiction**

Plaintiff invokes the Court's jurisdiction pursuant to 28 U.S.C. §1331, as his claims arise under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e et seq., and the Age Discrimination in Employment Act, 29 U.S.C. §621 et seq.

**3.    Jury/Non-jury**

This is a jury case.

**4.    Nature of Case**

Plaintiff, a former morning show announcer at WZMX-FM, alleges that he was discriminated against on the basis of his race and gender (Counts I and II) and his age (Counts III and IV) when his employment contract with the defendants was not renewed in April 2003.

**5.    Stipulations of Fact and Law**

1.  Defendant Infinity owns four radio stations in the Hartford. Connecticut area: WTIC-FM, WTIC-AM, WRCH, and WZMX.

2.  All four of the above stations are broadcast from Infinity's offices in Farmington, Connecticut.

3.  During all relevant times, Steven Salhany was the Operations Manager for the four stations and reported to Senior Vice President Suzanne McDonald.

4.  The plaintiff, Wendell "J.D." Houston, was hired as the morning show host at one of these stations, WZMX-FM in Hartford, for

approximately three years, from April 2000 through April 9, 2003.

5. Houston was hired in April 2000 by Salhany, in consultation with McDonald.

6. Houston is an African-American male who was five months short of his 50th birthday at the time he was hired.

7. Houston was originally employed at WZMX under a one-year written contract that provided for a salary of $100,000 annually.

8. Houston's co-host on the morning show was Nancy Barrow, a white female in her late 30's.

9. Before he was hired, Houston traveled to Connecticut from Texas, where he was then employed, and spent a week as a guest host on the morning show along with Nancy Barrow, who had been working at WZMX since 1998.

10.   Barrow had previously co-hosted the morning show with another white announcer, whose employment terminated in the spring of 1999.  Barrow had been hosting the morning show on her own since that time.

**6.    Plaintiff's Contentions**

Plaintiff contends that he was treated discriminatorily as to race with respect to other morning show hosts in the Infinity Hartford Region,

as to program content control, compensation (salary and for use of personality) and as to benefits and as to personal appearances.  He further contends that he was discriminated as to race and gender against with respect to the female co-host Nancy Barrows in all matters that involved the two of them and has been excluded from personal appearances as against her on the basis of gender and age in addition to race.  The Infinity Hartford Region exhibited and exhibits substantial obvious racial pattern discrimination, not only in the hiring of employees by race for the various stations, but also in the day to day operation of the stations.  Plaintiff, the first black morning show host in Connecticut, was reluctantly hired due to pressure from the Urban League and was resented from the outset.

Furthermore, when Plaintiff complained about disturbing racial epithets being displayed or about the insubordination of the younger white female co-host, he suffered continuing retaliation and harassment designed to drive him from the employer.

**7.    Defendants' Contentions**

Plaintiff Houston alleges that he has been harassed, unfairly disciplined, and subjected to unequal pay at the hands of the Defendants on account of his race, age and gender.  These allegations are wholly without merit and are denied in their entirety by Defendants. Defendants elected not to exercise an option to renew the plaintiff's employment agreement for a third term after the plaintiff demonstrated a

repeated and intractable inability to work cooperatively with his co-host, his supervisors, and other station employees.

**8.    Legal Issues**

The ruling on summary judgment having been given, the parties see no major legal issues at this time.

**9.    Voir Dire Questions**

**<u>Plaintiff's Proposed Voir Dire</u>**

1.    Have you or any members of your family ever been employed by Infinity Radio or any of its affiliates or by CBS Radio, the predecessor of Infinity?

2.    Since year 2000, what radio stations, if any, do you listen to each week?

3 .    Have your or any member of your family or a close friend ever been accused of discriminating against another person, whether on the basis of race, gender, age, or otherwise?

4.    Is there anything about a claim of discrimination, whether based on race, gender or age, that would predispose you to an outcome and thus make you unable to hear the case on the facts and decide it on the law?

5 .    Do you feel that you have any biases on the basis of race, gender or age, whether in the workplace or otherwise, that would interfere with your ability to render an impartial verdict on the facts of the case and the law given by the judge?

**<u>Defendants' Proposed Voir Dire</u>**

1. "Have you or a family member ever been the victim of workplace discrimination?"

2. "Have you or a family member ever been the victim of discrimination outside the workplace?"

3. "Have you read or heard anything about the circumstances of J.D. Houston's hiring or the decision not to renew his contract?"

4. "Did you listen to WZMX, 93.7 more than once a week, on average, at any time between 2001 and 2003?"

**10.    List of Witnesses**

**<u>Plaintiff's Witnesses</u>**

       1 .   Angela Malerba
              WZMX
              Farmington, CT 06032

       2.   Jim Willingham, CEO
              Urban League of Hartford
              Hartford, CT

       3.   James Green,
              former account executive, sales department WZMX
              Rocky Hill, CT

       4 .   Raymond E. Lumpkin, II
              Talent Agent
              Middletown, CT

       5 .   Michael Forbes
              Manager, Pyramid Club
              Main Street,
              Hartford, Ct

       6.   Yvon Alexandre

Owner, Pyramid Club
Main Street
Hartford, CT

7 .  Dr. Wayne A. Carter
former Chairman, Hartford School Board
former President, Interdenominational Alliance of
Hartford

Hartford, CT

8 .  Sherrie Griffin Dunne
Talent Agent
Hartford, CT

9 .  Jay Nknoke
Publicist, Vin Baker
Hartford, CT

10.  Claude Arnold
Features Editor, Hartford Courant
Broad Street
Hartford, CT

11.  Lynn Ford
Executive Director
Hartford Neighborhood Services
Hartford, CT

Plaintiff may also call witnesses listed by Defendants.

## Defendants' Witnesses

1. Steven Salhany
Operations Manager
WRCH, WTIC-FM, WTIC-AM, and WZMX
Farmington, CT 06032
(860) 677-6700

2. Suzanne McDonald
Senior Vice President and Market Manager
Infinity Broadcasting Corporation
Farmington, CT 06032
(860) 677-6700

3. Nancy Barrow
On Air Talent, WZMX

Farmington, CT 06032
(860) 677-6700

4.  Kathy Brown
Infinity Broadcasting Corporation
Farmington, CT 06032
(860) 677-6700

5.  Linda Reynolds
On Air Talent, WZMX
Farmington, CT 06032
(860) 677-6700

6.  Carl Daniel, Jr. (aka Kid Fresh)
On Air Talent, WZMX
Farmington, CT 06032
(860) 677-6700

7.  Tim Collins (aka DJ Buck)
On Air Talent and Assistant Program Director, WZMX
Farmington, CT 06032
(860) 677-6700

8.  Victor "Starr" Kouchich
Former Program Director, WZMX
Farmington, CT 06032
(860) 677-6700

9.  Jenny "Boom Boom" Munroe
On Air Talent, WZMX
Farmington, CT 06032
(860) 677-6700

10.     Gene Faltus
Information Technology, WZMX
Farmington, CT 06032
(860) 677-6700

11.     Jeanine Jersey
WZMX
Farmington, CT 06032
(860) 677-6700

Defendants may also call witnesses listed by Plaintiff.

**11.   List of Exhibits**

## **<u>Plaintiff's Proposed Exhibits</u>**

1.  Letter to Steve Salhaney from JD Houston
     1.   October 5, 2000

2. Letter to Steve Salhaney from JD Houston
     October 8, 2000

3. Letter to Steve Salhaney from JD Houston
     October 31, 2000

4.  Letter to Steve Salhaney from JD Houston
     March 8th, 2001

5.  Letter to Steve Salhaney from JD Houston
     June 5th, 2001

6.  Letter to Steve Salhaney from JD Houston
     October 8th, 2001

7.  Letter to Steve Salhaney from JD Houston
     December 14th, 2001

8.  Letter to Steve Salhaney from JD Houston
     December 17th, 2001

9.  Letter to Steve Salhaney from JD Houston
     February 18, 2003

10. Letter to Nancy Barrows from JD Houston
     May 4, 2000

11. Letter to Nancy Barrows from JD Houston
     June 5, 2000

12. Letter to Nancy Barrow from JD Houston
     October 9, 2001

13. Letter to Nancy Barrow from JD Houston
     October 13, 2001

14. Letter to JD Houston from Suzanne McDonald
     December 20, 2001

15. Letter to Jeanine Jersey from JD Houston
     December 18

16. Letter to Victor Star from JD Houston
    August 6, 2001

17. Letter to Victor Star from Nancy Barrows
    October 21, 2002

18. Letter to Steve Salhaney from Intern Sryelee

19. Letter to George Springer from Nancy Wolf
    April 7, 2003

20. Letter to Suzanne McDonald and Steve Salhaney from Gene Faltus
    October 29, 2001

21. Letter to Martin Gold from Mark Engstrom
    April 4, 2003

22. Letter to JD Houston and Nancy Barrows from Victor Star
    February 4, 2003

23. Letter to JD Houston and Nancy Barrows from Victor Star

24. Letter to Whomever from JD Houston
    July 20, 2001

25. Letter to Whom It May Concern from JD Houston
    September 16, 2003

26. Letter to All On-Air Staff from Victor Star
    July 24, 2002

27. Letter to Steve Salhaney from Alicia Meredith

28. Letter to Nancy Barrow from Deb Simon
    June 8, 2003

29. Letter to Nancy Barrow from Tristano
    August 27, 2002

30. Letter to Infinity General Managers from Farid Suleman and Dan Mason
    January 25, 2002

31. Letter to JD Houston from Epifanio Carrasquillo (CHRO)
    July 2, 2002

32. Notes to Self (JD Houston)
   October 8

33. Letter of Recommendation for JD Houston from John Stevens of Surrey Broadcasting
   Company
   July 8, 1991

34. Letter of Recommendation for JD Houston from Steve Salhaney
   February 18, 2003

35. Letter of Recommendation for JD Houston from Mayor of Hartford, Eddie A. Perez
   October 16, 2003

36. Letter of Recommendation for JD Houston from Rev. Wayne A. Carter of the Mount
   Moriah Baptist Church
   October 20, 2003

37. Memo to All CBS Employees from Mel Karmazin
   June 1, 1999

38. Memo to JD Houston from Steve Salhaney
   June 4, 2001

39. Memo to JD Houston and Nancy Barrows from Victor Star
   June 27, 2001

40. Memo to JD Houston from Victor Star
   July 18, 2001

41. Memo to JD Houston and Nancy Barrows from Victor Star
   July 30, 2001

42. Memo to Jeannine Jersey from Suzanne McDonald
   January 2, 2002

43. Memo to Nancy Barrow from Victor Star
   January 21, 2002

44. Memo to JD Houston from Victor Star
   January 21, 2004

45. Memo to New Employees from Elise DeRoy and Rick Malette
   January 30, 2002

46. Memo to Department Heads from Suzanne McDonald and Elise DeRoy

February 13, 2002

47. Memo to Department Heads from Suzanne McDonald and Elise DeRoy
    March 15, 2002

48. Memo to All On-Air Staff from Victor Star
    July 7, 2002

Memo to Nancy Barrow from Victor Star
    October 21, 2002

50. Memo to All On-Air Staff from Victor Star
    February 10, 2003

51. Memo to Nancy Barrow from Victor Star
    January 21, 2004

52. Email to Nancy Barrow from JD Houston
    May 7, 2000

53. Email to Steve Salhaney from Debbie Marcus
    July 31, 2000

54. Email to Nancy Barrow from Nancy Barrow
    June 8, 2001 @ 10:47:22 p.m.

55. Email to Nancy Barrow from Nancy Barrow
    June 8, 2001 @ 10:50:05 p.m.

56. Email to Nancy Barrow from Nancy Barrow
    June 8, 2001 @ 10:50:43 p.m.

57. Email to Nancy Barrow from Nancy Barrow
    June 8, 2001 @ 10:51:15 p.m.

58. Email to Nancy Barrow from Nancy Barrow
    June 10, 2001 @ 11:49:05 a.m.

59. Email to Steve Salhaney from Tom Colangelo
    September 25, 2001

60. Email to Suzanne McDonald from Victor Star
    October 18, 2001

61. Email to Steve Salhaney from Mandi Garfield
    April 16, 2002

62. Email to Victor Star from Nakiya Davis
    May 9, 2002

63. Email to Nancy Barrow from Kenya Williams
    July 1, 2002

64. Email to Nancy Barrow from Victor Star
    July 29, 2002

65. Email to Nancy Barrow from Four Horseman Records
    August 14, 2002

66. Email to Steve Salhaney from Victor Star

October 14, 2002

67. Email to Nancy Barrow from Muffin
October 17, 2002

68. Email to Nancy Barrow from Muffin
November 8, 2002

69. Email to Steve Salhaney from Victor Star
February 12, 2003

70. Email to Nancy Barrow from Victor Star
February 20, 2003

71. Email to Nancy Barrow from Deb Simon
July 14, 2003

72. Email to Nancy Barrow from Deb Simon
July 15, 2003

73. Email to Nancy Barrow from Sara Corrow
September 11, 2003

74. Email to JD Houston and Nancy Barrow from Victor Star
October 23, 2002

75. Email to JD Houston and Nancy Barrow from Victor Star
January 15, 2003

76. Email to JD Houston and Nancy Barrow from Victor Star
February 19, 2003

77. Email to JD Houston and Nancy Barrow from Victor Star
November 7, 2003

78. Email to Steve Salhaney from Suzanne McDonald
January 21, 2004

79. Email to Elise DeRoy from Administrator
March 12, 2003

80. Newspaper Article from the Journal Inquire
April 12, 2000

81. Newspaper Article from the Hartford Courant

August 12, 2001

82. Newspaper Article from the Farmington Valley Post
October 31, 2002

83. Newspaper Article from the Blue Hills News
May 2002

84. Article from the Seeds of Greatness
May 8

85. Article from Meet your Speaker

86. Infinity Employment Agreement (Diane Smith)
January 20, 2000

87. Infinity Employment Agreement (JD Houston)
April 22, 2001

88. Infinity Employment Agreement (Ray Goldsich a/k/a Ray Dunaway)
February 19, 2002

89. Infinity Employment Agreement (Allan Camp)
January 1, 2003

90. Amendment to Infinity Employment Agreement
January 20, 2000

91. Amendment to CBS Radio Inc.
July 1, 2001

92. CBS Radio Employment Agreement
November 25, 1998

93. CBS Radio Employment Agreement
January 20, 2000

94. Conversation between JD Houston and Steve Salhaney

95. Infinity Employee Policy Manual

96. Infinity New Hire Packet

97. Infinity Affirmative Action Plan for Women and Minorities
June 1, 2001 to May 31, 2002

98. Infinity Affirmative Action Plan for Women and Minorities
    June 1, 2002 to May 31, 2003

99. Infinity Affirmative Action Plan for Person with a Disability, Special Disabled Veterans, and
    Veterans of the Vietnam Era
    June1, 2001 to May 31, 2002

100. Outsolve AAP Report 2002

101. Outsolve AAP Report 2003

102. Ethnic Composition Fall 2001

103. Ethnic Composition Fall 2003

104. Ethnic Composition (1999-2003)

105. EEO Report for   Hot 93.7   (Part 1)

106. EEO Report for   Hot 93.7   (Part 2)

107. Infinity Broadcasting EEO Report
    July 31, 2003

108. EEO Public File Report
    March 10, 2003 through November 21, 2003

109. Appearances for   The Hot 93.7   in 2001

110. Appearances for   The Hot 93.7   in 2002

111. Appearances for   The Hot 93.7   in 2003

112. Infinity Affirmative Action Plan Data for 1999

113. Infinity Affirmative Action Plan Data for 2000

114. Arbitrends Trends Report 1999-2001
    Mon-Fri (6am-Mid)
    Ages 12+

115. Arbitrends Trends Report 2000-2003
    Mon-Fri (6am-10am)
    Ages 12+

116. Arbitrends Trends Report 2002

Mon-Fri (6am-10am)
Ages 25-54

117.  Employment Agreement Term Sheet (JD Houston)
April 9, 2001 through April 9, 2003

118. Note form Victor Star
May 14, 2002

119. Morning Show Promotion
Hot Hometown Hero of the Day

120. Bill from Avon Old Farms Hotel
August 18, 2000

121. Reciprocal Trade Request Approval
August 21, 2000

122. On-Air Personality
April 17, 2003

123. Retainer and Fee Agreement for JD Houston with Butler, Norris & Gold
January 8, 2003

124. Applicant Summary Sheet for Job Vacancy
March 29, 2001

125. EEO Data Form for Victor Star
May 15, 2001

126. To All Infinity Station Employees from Joel Hollander
June 30, 2003

127. Video --- Tour of Infinity Broadcasting Company Hot 93.7
January 16, 2004

128. Video of Nancy and JD Houston

129. Video --- JD Houston Promo Deb

130. Video --- Cool schools Compilation

## **Defendants' Proposed Exhibits**

1.  Mr. Houston's Resume

2.  Mr. Houston's first one-year contract for employment at WZMX, covering the period from 2000 to 2001.

3.  Memorandum from Mr. Houston to Mr. Salhany dated March 8, 2001, "re: preliminary contract notes."

4.  Mr. Houston's second contract for employment at WZMX, covering the two-year period from 2001 to 2003.

5.  Memorandum from Mr. Houston to Ms. Barrow dated May 4, 2000 "re: our meeting yesterday"

6.  Notes of meeting involving Mr. Houston, Mr. Salhany and Ms. Barrow, titled "re-meeting with JD and Steve-recap"

7.  Memorandum from Mr. Houston to Ms. Barrow dated June 5, 2000 "re: formatic adjustments."

8.  Memorandum from Mr. Houston to Ms. McDonald dated May 1, 2001, "re: there's a 'mole' in the house."

9.  Memorandum from Mr. Starr to Mr. Houston and Ms. Barrow dated June 27, 2001, entitled "A.M. Show Memo 1."

10.   Memorandum from Mr. Starr to Mr. Houston dated July 18, 2001, "re: appearances."

11.   Memorandum from Mr. Starr to Mr. Houston and Ms. Barrow dated July 30, 2001, entitled "A.M. Show Memo 2."

12.   Memorandum from Mr. Houston to Mr. Salhany dated December 14, 2001, "re: your request for a meeting today."

13.    Memorandum from Mr. Houston dated "Tuesday, December 18th" "re: recent accusations of sexual harassment".

14.    Memorandum from Ms. McDonald to Mr. Houston re: Sexual Harassment Claim dated December 20, 2001.

15.    Infinity Broadcasting Corporation's Sexual Harassment Policy.

16.    "Fat Joe" Poster about which Mr. Houston complains in this action.

17.    Written warning from Mr. Salhany to Mr. Houston dated June 4, 2001.

18.    Memorandum from Mr. Houston to Mr. Salhany dated June 5, 2001 "re: yesterday's meeting."

19.    Notice of dismissal and finding of lack of probable cause issued by the Connecticut Commission on Human Rights and Opportunities ("CHRO") and dated June 10, 2002.

20.    Letter from Alicia D. Meredith to Mr. Salhany re: Mr. Houston's failure to appear at March 22, 2003 event.

21.    Infinity Broadcasting Corporation's Employee Policy Manual.

22.    Contractor agreement between J.D. Houston and Cutting Edge Broadcasting

23.    2003 Form 1099-MISC from Cutting Edge Broadcasting to Wendell Houston

24.    2004 earnings records of J.D. Houston from Cutting Edge Broadcasting Company

25.    Excerpt from Farmington Valley Post dated October 31, 2002

26.    Memorandum from J.D. Houston to Nancy Barrow dated October 9, 2001

27.    Handwritten notes of J.D. Houston dated December 17, 2001

28.    June 1, 2001 letter from Nancy Barrow

29.    Employment agreement with Nancy Barrow and amendment thereto.

30.    Memorandum from WZMX IT department re: Mr. Houston's violations of company computer and internet usage policies.

31.    Excerpts from Arbitrend Reports for 2001-2006.

32.    WZMX's EEO Reports for 1999-2003

33.    Appearance log for WZMX personalities from 2001-2003.

## 12.    Deposition Testimony

N/A

## 13.    Requests for Jury Instructions

The parties have not yet reached agreement on jury instructions.  The Defendants' proposed instructions are attached hereto.

## 14.    Anticipated Evidentiary Problems

1. The admissibility of various affidavits (and sections thereof) submitted in support of Plaintiff's Opposition to Summary

Judgment have been the subject of prior motion practice in this matter. Depending on the testimony intended to be offered by the Plaintiff's witnesses at trial, similar and related evidentiary issues may arise again.

**15.   Proposed Findings and Conclusions**

Not applicable, as this is a jury case.

**16.   Trial Time**

Six to eight days.

**17.   Further Proceedings Prior to Trial**

The parties do not anticipate that further proceedings will be necessary before trial.

**18.   Election for Trial by Magistrate**

The parties do not elect to have the case tried by the Magistrate Judge.

Respectfully submitted,

WENDELL "J.D." HOUSTON

INFINITY BROADCASTING CORP.
INFINITY RADIO LICENSE, INC.,
d/b/a
    WZMX-FM
VIACOM, INC.
INFINITY MEDIA CORP.
CBS RADIO, INC.,

By his attorneys,

By their attorneys,

_/s/ Francis Miniter_____
Francis Miniter
Miniter & Associates
100 Wells St., Suite 1D
Hartford, CT 06103
860-560-2590

_/s/ Mark W. Batten_____
Mark W. Batten
Proskauer Rose LLP
One International Place
Boston, MA 02110
(617) 526-9850