UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WENDELL "JD" HOUSTON | : | CIVIL ACTION NO: 3:03CV0130(AWT) |
| | : | |
| V. | : | |
| | : | |
| INFINITY RADIO LICENSE INC. | : | |
| d/b/a WZMX HOT 93.7, VIACOM, INC. | : | |
| INFINITY BROADCASTING CORP., | : | |
| INFINITY RADION, INC., INFINITY | : | |
| MEDIA CORPORATION AND CBS | : | |
| RADIO, INC. | : | DECEMBER 4, 2007 |
| | : | |

**MOTION TO QUASH SUBPOENA**

Plaintiff hereby moves to quash four subpoenas issued by Defendants, dated November 30, 2007, for production of documents by third parties located in Texas. Copies of the Notice of Subpoena and the subpoenas are attached since Defendants wrongfully failed to file the Notice of Subpoena with this Court. Plaintiff moves to quash for the following reasons:

1. The discovery period provided in the Rule 26f Report has long since closed.

2. The documents sought by these subpoenas were available during the discovery period but Defendants did not choose to seek them at that time.

3. The documents sought relate to prior employment by Plaintiff and do not relate to any issue in this case. There is no claim by Defendants, either in their Answer or in the Joint Pre-trial Memorandum to which these documents could relate.

4. The request amounts to an unwarranted invasion of privacy and an intentional act of harassment of Plaintiff by Defendants.

5. Defendants failed to file the Notice of Subpoena, and its attachments, with the Court.

6. Defendants issued Subpoenas on documents of the United States District Court for

the Southern District of Texas and used the caption of the instant case, all without permission from this Court or, on information and belief, without informing the Court in Texas that discovery was closed.

7. Defendants failed to apply to this Court to open discovery.

WHEREFORE, Plaintiff requests that this Court quash the said subpoenas and order that any information acquired by Defendants in the process of issuing the subpoenas be forbidden from use during the trial.

                WENDELL "JD" HOUSTON,
                PLAINTIFF

                BY_____
                Francis A. Miniter, his attorney
                Miniter & Associates
                147 Charter Oak Avenue
                Hartford, CT 06106
                860-560-2590 ct09566

## CERTIFICATION

This is to certify that a copy of the foregoing, together with attachment, xx has been delivered electronically through the Pacer system on December 5, 2007, to:

Mark W. Batten, Esq.
Eben A. Krim, Esq.
Proskauer Rose - MA
One International Place
Boston, MA 02110

                _____
                Francis A. Miniter