UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WENDELL "J.D." HOUSTON, | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 3:03-cv-00130-AWT |
| INFINITY BROADCASTING CORP.; INFINITY RADIO LICENSE, INC., d/b/a WZMX-FM; VIACOM, INC.; INFINITY MEDIA CORP.; and CBS RADIO, INC., | ) |
| Defendants. | ) December 12, 2007 |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Defendants' Opposition to Plaintiff's Motion to Quash Third-Party Subpoenas was served on the following counsel of record through the Electronic Filing System on December 11, 2007, and/or by First Class Mail, postage paid, on December 12, 2007.

Francis A. Miniter, Esq.
Miniter & Associates
100 Wells Street, Suite 1D
Hartford, CT 06103

/s/ Mark W. Batten
Mark W. Batten