UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

APPEARANCE

Wendell "J.D." Houston

v.

Infinity Radio License, Inc.
d/b/a WZMX-FM; Viacom, Inc.;
Infinity Broadcasting Corp.;
Infinity Radio, Inc.; Infinity
Media Corp.; and CBS Radio, Inc.

CASE NUMBER: 3:03-cv-00130 (AWT)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: all Defendants:
Infinity Radio License, Inc. d/b/a WZMX-FM;
Viacom, Inc.; Infinity Broadcasting Corp.;
Infinity Radio, Inc.; Infinity Media Corp.;
and CBS Radio, Inc.

| | |
|---|---|
| January 3, 2008 | _/s/_ |
| Date | Signature |
| ct06153 | Ben M. Krowicki |
| Connecticut Federal Bar Number | Print Clearly or Type Name |
| (860) 240-2700 | Bingham McCutchen LLP |
| Telephone Number | Address |
| (860) 240-2800 | One State Street, Hartford, CT 06103 |
| Fax Number | |
| ben.krowicki@bingham.com | |
| E-mail address | |

CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was sent via the Court's electronic notification system to the following:

Francis A. Miniter, Esq.
Miniter & Associates
100 Wells Street, Suite 1D
Hartford, Connecticut 06103

_/s/_
Signature  Ben M. Krowicki

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001