UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WENDELL "J.D." HOUSTON,<br><br>     Plaintiff,<br><br>v.<br><br>INFINITY BROADCASTING CORP.; INFINITY RADIO LICENSE, INC., d/b/a WZMX-FM; VIACOM, INC.; INFINITY MEDIA CORP.; and CBS RADIO, INC.,<br><br>     Defendants. | C.A. No. 3:03-cv-00130-AWT<br><br>January 4, 2008 |

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of Defendants' Motion in Limine *to exclude certain inadmissible testimony from plaintiff's witnesses* and Defendants' Motion in Limine *to exclude plaintiff's statistical evidence regarding racial demographics of employees* were served on the following counsel of record through the Electronic Filing System on January 3, 2008, and by First Class Mail, postage paid, on January 4, 2008.

  Francis A. Miniter, Esq.
  Miniter & Associates
  100 Wells Street, Suite 1D
  Hartford, CT 06103

               /s/Mark W. Batten
               Mark W. Batten [ct24751]
               Proskauer Rose LLP
               One International Place
               Boston, Massachusetts 02110