UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| WENDELL "J.D." HOUSTON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>INFINITY RADIO LICENSE, INC. d/b/a )<br>WZMX-FM; VIACOM, INC.; )<br>INFINITY BROADCASTING CORP.; )<br>INFINITY RADIO, INC.; INFINITY )<br>MEDIA CORP.; and CBS RADIO, INC., )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br>3:03-cv-00130-AWT |

---

## MOTION FOR ADMISSION OF ATTORNEY

Pursuant Rule 83.1(d) of the Local Rules of the United States District Court for the District of Connecticut, defendants Infinity Radio License, Inc. d/b/a WZMX-FM; Viacom, Inc., Infinity Broadcasting Corp., Infinity Radio, Inc., Infinity Media Corp., and CBS Radio, Inc. (collectively "Defendants") by its undersigned counsel, hereby moves move for permission to have Attorney Eben A. Krim admitted to this Court to represent them in the above-captioned civil matter. In support of this motion, the undersigned represents as follows:

1. The undersigned is a member of the Bar of this Court and an attorney of record in this action for the Defendants.

2. Eben A. Krim is a member of the firm Proskauer Rose, LLP, of One International Place, Boston, Massachusetts, 02110.

3. Attorney Krim is admitted to the bar in the Commonwealth of Massachusetts as well as the State of New York and is in good standing in the bars of the aforementioned courts.

4. It is further submitted that Attorney Krim is not under suspension or disbarment by any court nor has he been denied admission to any bar or disciplined by the instant court or any other court in which he has been a member.

5. Attorney Krim has also indicated that he has reviewed and is familiar with the Local Rules of the United States District Court for the District of Connecticut and seeks to represent the above-mentioned Defendants in this matter.

6. The undersigned will serve as the member of the Bar of this Court having an office in the District of Connecticut upon whom service of all papers on Mr. Krim shall also be made.

7. The appearance and active participation of Mr. Krim on behalf of the Defendants will facilitate the proper presentation of its position to this Court because of his knowledge of the circumstances giving rise to this action and his experience in maters such as this.

8. Lastly, the granting of this motion will not require the rescheduling of any orders entered or which may be entered in this matter.

9. Pursuant to Local Federal Rule 83.1(d)(2), a fee of twenty-five ($25.00) dollars has been paid to the Clerk of the Court upon the filing of this Motion.

10. As required by Local Rule 83.1(d)(1), an affidavit, duly sworn and executed by Mr. Krim in support of this Motion is attached hereto as Exhibit A.

- 3 -

WHEREFORE, the undersigned respectfully requests that the Court admit Eben A. Krim, Esq. As a visiting attorney for the purpose of appearing and participating in this action.

Dated at Harford, Connecticut this 3rd day of January, 2007.

                                Respectfully Submitted,

                                INFINITY RADIO LICENSE, INC. d/b/a
                                WZMX-FM; VIACOM, INC.;
                                INFINITY BROADCASTING CORP.;
                                INFINITY RADIO, INC.; INFINITY
                                MEDIA CORP.; and CBS RADIO, INC.,

By: _____
    Ben M. Krowicki [ct06153]
    BINGHAM McCUTCHEN LLP
    One State Street
    Hartford, Connecticut 06103
    Tel.: (860) 240-2700
    Fax: (860) 240-2800
    ben.krowick@bingham.com

- 4 -

## CERTIFICATION

This is to certify that on January 3, 2008, a copy of the foregoing Motion and attached Affidavit was sent via first class U.S. Mail, postage pre-paid to :

Francis A. Miniter, Esq.
Miniter & Associates
100 Wells Street, Suite 1D
Hartford, Connecticut 06103

_____
Ben M. Krowicki