EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| WENDELL "J.D." HOUSTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 3:03-cv-00130-AWT |
| INFINITY RADIO LICENSE, INC., d/b/a ) | |
| WZMX-FM; VIACOM, INC.; ) | |
| INFINITY BROADCASTING CORP.; ) | |
| INFINITY RADIO, INC.; INFINITY ) | |
| MEDIA CORP.; and CBS RADIO, INC., ) | |
| ) | |
| Defendants. ) | |

---

## AFFIDAVIT OF EBEN A. KRIM IN
## SUPPORT OF MOTION FOR ADMISSION OF ATTORNEY

COMMONWEALTH OF MASSACHUSETTS :
                                    SS.:
COUNTY OF SUFFOLK                   :

EBEN A. KRIM, being duly sworn, deposes and says:

1.  I am an attorney at the firm of Proskauer Rose, LLP, One International Place, Boston, Massachusetts, 02110 (Telephone Number: 617-526-9624, Fax Number: 617-526-9899). Proskauer Rose is representing the defendants Infinity Radio License, Inc., D/B/A WZMX-FM; Viacom, Inc., Infinity Broadcasting Corp., Infinity Radio, Inc., Infinity Media Corp., and CBS Radio, Inc. (collectively "Defendants") in this matter. I submit this affidavit in support of my application, pursuant to Rule 83.1(d) of the Local Rules of Civil Procedure of the United States District Court for the District of Connecticut, to appear in this action *pro hac vice* for Defendants in all proceedings, including all pretrial matters and the trial hereof.

2.  I was admitted to the Bar of the Commonwealth of Massachusetts on February 1, 2002 and to the Bar of the State of New York on May 21, 2002.

3.  I am a member in good standing of the Bars of the aforementioned courts. I am not under suspension or disbarment by any court, nor have I been denied admission to any bar, or been disciplined by this or any other court.

4.  I have fully reviewed and am familiar with the Local Rules of the United States District Court, District of Connecticut.

5.  In light of the foregoing, it is respectfully requested that the Court grant the application for my admission *pro hac vice* before this Court.

6.  Local counsel in this matter is Bingham McCutchen LLP. Ben M. Krowicki is a member of that firm and has primary responsibility for this matter at that firm.

7.  Should the Court in its discretion grant this application, I agree that I shall abide by the rules of this Court, including all applicable disciplinary rules, and that I will notify the Court immediately of any matter affecting my standing at the Bar of any other court. I agree to comply with any and all requirements to my admission *pro hac vice* which may be imposed by this Court.

_____
Eben A. Krim

Subscribed to and sworn before me this ___28th___ day of December, 2007.

_____
Notary Public
Commission
expires 5-6-09

- 2 -