UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WENDELL "J.D." HOUSTON,  )  )   Plaintiff,  )  )  v.  )  )  INFINITY RADIO LICENSE, INC., d/b/a  )  WZMX-FM; VIACOM, INC.; INFINITY  )  BROADCASTING CORP.; INFINITY RADIO,  )  INC.; INFINITY MEDIA CORP.; and CBS  )  RADIO, INC.,  )  )   Defendants.  ) | C.A. No.  3:03-cv-00130-AWT<br><br>January 4, 2008 |

**Defendants' Objections to Plaintiff's Proposed Exhibit List**

**Abbreviation Key:**

A = Authenticity and Foundation        H = Hearsay        P = Partial Document

NP = Not Produced During Discovery        R = Relevance

| Ex. No. | Document/Description | Objection |
|---|---|---|
| 1 | Letter to Steve Salhaney from JD Houston October 5, 2000 | |
| 2 | Letter to Steve Salhaney from JD Houston October 8, 2000 | P |
| 3 | Letter to Steve Salhaney from JD Houston October 31, 2000 | |
| 4 | Letter to Steve Salhaney from JD Houston March 8th, 2001 | A, H |

| 5 | Letter to Steve Salhaney from JD Houston<br>June 5th, 2001 | |
| 6 | Letter to Steve Salhaney from JD Houston<br>October 8th, 2001 | |
| 7 | Letter to Steve Salhaney from JD Houston<br>December 14th, 2001 | |
| 8 | Letter to Steve Salhaney from JD Houston<br>December 17th, 2001 | |
| 9 | Letter to Steve Salhaney from JD Houston<br>February 18, 2003 | P |
| 10 | Letter to Nancy Barrows from JD Houston<br>May 4, 2000 | A, H |
| 11 | Letter to Nancy Barrows from JD Houston<br>June 5, 2000 | |
| 12 | Letter to Nancy Barrow from JD Houston<br>October 9, 2001 | |
| 13 | Letter to Nancy Barrow from JD Houston<br>October 13, 2001 | |
| 14 | Letter to JD Houston from Suzanne McDonald<br>December 20, 2001 | |
| 15 | Letter to Jeanine Jersey from JD Houston<br>December 18 | |
| 16 | Letter to Victor Starr from JD Houston<br>August 6, 2001 | |
| 17 | Letter to Victor Star from Nancy Barrows<br>October 21, 2002 | NP |
| 18 | Letter to Steve Salhaney from Intern Sryelee | NP, A, H |

| 19 | Letter to George Springer from Nancy Wolf April 7, 2003 | NP, FRE 408 (Settlement correspondence) |
|----|----|----|
| 20 | Letter to Suzanne McDonald and Steve Salhaney from Gene Faltus October 29, 2001 | |
| 21 | Letter to Martin Gold from Mark Engstrom April 4, 2003 | NP, FRE 408 (Settlement correspondence) |
| 22 | Letter to JD Houston and Nancy Barrows from Victor Star, February 4, 2003 | NP |
| 23 | Letter to JD Houston and Nancy Barrows from Victor Star | NP |
| 24 | Letter to Whomever from JD Houston July 20, 2001 | |
| 25 | Letter to Whom It May Concern from JD Houston, September 16, 2003 | NP |
| 26 | Letter to All On-Air Staff from Victor Starr, July 24, 2002 | |
| 27 | Letter to Steve Salhaney from Alicia Meredith | |
| 28 | Letter to Nancy Barrow from Deb Simon June 8, 2003 | |
| 29 | Letter to Nancy Barrow from Tristano August 27, 2002 | |
| 30 | Letter to Infinity General Managers from Farid Suleman and Dan Mason, January 25, 2002 | |
| 31 | Letter to JD Houston from Epifanio Carrasquillo (CHRO) July 2, 2002 | |
| 32 | Notes to Self (JD Houston) October 8 | |

| 33 | Letter of Recommendation for JD Houston from John Stevens of Surrey Broadcasting Company July 8, 1991 | A, H |
|---|---|---|
| 34 | Letter of Recommendation for JD Houston from Steve Salhaney February 18, 2003 | A, H |
| 35 | Letter of Recommendation for JD Houston from Mayor of Hartford, Eddie A. Perez October 16, 2003 | NP, A, H |
| 36 | Letter of Recommendation for JD Houston from Rev. Wayne A. Carter of the Mount Moriah Baptist Church, October 20, 2003 | NP, A, H |
| 37 | Memo to All CBS Employees from Mel Karmazin June 1, 1999 | R |
| 38 | Memo to JD Houston from Steve Salhaney June 4, 2001 | |
| 39 | Memo to JD Houston and Nancy Barrows from Victor Starr June 27, 2001 | |
| 40 | Memo to JD Houston from Victor Starr July 18, 2001 | |
| 41 | Memo to JD Houston and Nancy Barrows from Victor Starr, July 30, 2001 | |
| 42 | Memo to Jeannine Jersey from Suzanne McDonald, January 2, 2002 | |
| 43 | Memo to Nancy Barrow from Victor Starr January 21, 2002 | NP |
| 44 | Memo to JD Houston from Victor Starr, January 21, 2004 | |

| 45 | Memo to New Employees from Elise DeRoy and Rick Malette<br>January 30, 2002 | |
| 46 | Memo to Department Heads from Suzanne McDonald and Elise DeRoy<br>February 13, 2002 | |
| 47 | Memo to Department Heads from Suzanne McDonald and Elise DeRoy<br>March 15, 2002 | |
| 48 | Memo to All On-Air Staff from Victor Starr<br>July 7, 2002 | NP |
| 49 | Memo to Nancy Barrow from Victor Starr<br>October 21, 2002 | |
| 50 | Memo to All On-Air Staff from Victor Starr<br>February 10, 2003 | |
| 51 | Memo to Nancy Barrow from Victor Starr<br>January 21, 2004 | |
| 52 | Email to Nancy Barrow from JD Houston<br>May 7, 2000 | |
| 53 | Email to Steve Salhaney from Debbie Marcus<br>July 31, 2000 | R, H |
| 54 | Email to Nancy Barrow from Nancy Barrow<br>June 8, 2001 @ 10:47:22 p.m. | |
| 55 | Email to Nancy Barrow from Nancy Barrow<br>June 8, 2001 @ 10:50:05 p.m. | |
| 56 | Email to Nancy Barrow from Nancy Barrow<br>June 8, 2001 @ 10:50:43 p.m. | |
| 57 | Email to Nancy Barrow from Nancy Barrow<br>June 8, 2001 @ 10:51:15 p.m. | |

| | | |
|---|---|---|
| 58 | Email to Nancy Barrow from Nancy Barrow<br>June 10, 2001 @ 11:49:05 a.m. | |
| 59 | Email to Steve Salhaney from Tom Colangelo,<br>September 25, 2001 | |
| 60 | Email to Suzanne McDonald from Victor Starr<br>October 18, 2001 | |
| 61 | Email to Steve Salhaney from Mandi Garfield<br>April 16, 2002 | |
| 62 | Email to Victor Starr from Nakiya Davis<br>May 9, 2002 | |
| 63 | Email to Nancy Barrow from Kenya Williams<br>July 1, 2002 | R, H, A |
| 64 | Email to Nancy Barrow from Victor Star<br>July 29, 2002 | R, H, A |
| 65 | Email to Nancy Barrow from Four Horseman<br>Records<br>August 14, 2002 | R, H, A |
| 66 | Email to Steve Salhaney from Victor Star<br>October 14, 2002 | |
| 67 | Email to Nancy Barrow from Muffin<br>October 17, 2002 | R, H, A |
| 68 | Email to Nancy Barrow from Muffin<br>November 8, 2002 | R, H, A |
| 69 | Email to Steve Salhaney from Victor Star<br>February 12, 2003 | P |
| 70 | Email to Nancy Barrow from Victor Star<br>February 20, 2003 | R, H |
| 71 | Email to Nancy Barrow from Deb Simon<br>July 14, 2003 | R, H |

| 72 | Email to Nancy Barrow from Deb Simon<br>July 15, 2003 | R, H, A |
|---|---|---|
| 73 | Email to Nancy Barrow from Sara Corrow<br>September 11, 2003 | |
| 74 | Email to JD Houston and Nancy Barrow from Victor Star<br>October 23, 2002 | |
| 75 | Email to JD Houston and Nancy Barrow from Victor Star<br>January 15, 2003 | |
| 76 | Email to JD Houston and Nancy Barrow from Victor Star<br>February 19, 2003 | R, H |
| 77 | Email to JD Houston and Nancy Barrow from Victor Star<br>November 7, 2003 | NP |
| 78 | Email to Steve Salhaney from Suzanne McDonald<br>January 21, 2004 | H, A |
| 79 | Email to Elise DeRoy from Administrator<br>March 12, 2003 | R, H, A |
| 80 | Newspaper Article from the Journal Inquire<br>April 12, 2000 | H |
| 81 | Newspaper Article from the Hartford Courant<br>August 12, 2001 | H |
| 82 | Newspaper Article from the Farmington Valley Post<br>October 31, 2002 | P |
| 83 | Newspaper Article from the Blue Hills News<br>May 2002 | H, P |

| 84 | Article from the Seeds of Greatness<br>May 8 | NP |
|---|---|---|
| 85 | Article from Meet your Speaker | NP |
| 86 | Infinity Employment Agreement (Diane Smith)<br>January 20, 2000 | R |
| 87 | Infinity Employment Agreement (JD Houston)<br>April 22, 2001 | |
| 88 | Infinity Employment Agreement (Ray Goldsich<br>a/k/a Ray Dunaway)<br>February 19, 2002 | R |
| 89 | Infinity Employment Agreement (Allan Camp)<br>January 1, 2003 | R |
| 90 | Amendment to Infinity Employment Agreement<br>January 20, 2000 | R |
| 91 | Amendment to CBS Radio Inc.<br>July 1, 2001 | R |
| 92 | CBS Radio Employment Agreement<br>November 25, 1998 | |
| 93 | CBS Radio Employment Agreement<br>January 20, 2000 | R |
| 94 | Conversation between JD Houston and Steve<br>Salhaney | NP |
| 95 | Infinity Employee Policy Manual | |
| 96 | Infinity New Hire Packet | |
| 97 | Infinity Affirmative Action Plan for Women and<br>Minorities<br>June 1, 2001 to May 31, 2002 | Subject of Defendants'<br>Motion in Limine |

| | | |
|---|---|---|
| 98 | Infinity Affirmative Action Plan for Women and Minorities<br>June 1, 2002 to May 31, 2003 | Subject of Defendants' Motion in Limine |
| 99 | Infinity Affirmative Action Plan for Person with a Disability, Special Disabled Veterans, and Veterans of the Vietnam Era<br>June l, 2001 to May 31, 2002 | Subject of Defendants' Motion in Limine |
| 100 | Outsolve AAP Report 2002 | Subject of Defendants' Motion in Limine |
| 101 | Outsolve AAP Report 2003 | Subject of Defendants' Motion in Limine |
| 102 | Ethnic Composition Fall 2001 | |
| 103 | Ethnic Composition Fall 2003 | |
| 104 | Ethnic Composition (1999-2003) | |
| 105 | EEO Report for Hot 93.7 (Part 1) | Subject of Defendants' Motion in Limine |
| 106 | EEO Report for Hot 93.7 (Part 2) | Subject of Defendants' Motion in Limine |
| 107 | Infinity Broadcasting EEO Report<br>July 31, 2003 | Subject of Defendants' Motion in Limine |
| 108 | EEO Public File Report<br>March 10, 2003 through November 21, 2003 | Subject of Defendants' Motion in Limine |
| 109 | Appearances for The Hot 93.7 in 2001 | |
| 110 | Appearances for The Hot 93.7 in 2002 | |
| 111 | Appearances for The Hot 93.7 in 2003 | |
| 112 | Infinity Affirmative Action Plan Data for 1999 | NP,<br>Subject of Defendants' Motion in Limine |

| 113 | Infinity Affirmative Action Plan Data for 2000 | NP,<br>Subject of Defendants'<br>Motion in Limine |
|---|---|---|
| 114 | Arbitrends Trends Report 1999-2001<br>Mon-Fri (6am-Mid), Ages 12+ | |
| 115 | Arbitrends Trends Report 2000-2003<br>Mon-Fri (6am-10am)<br>Ages 12+ | |
| 116 | Arbitrends Trends Report 2002<br>Mon-Fri (6am-10am)<br>Ages 25-54 | |
| 117 | Employment Agreement Term Sheet (JD Houston)<br>April 9, 2001 through April 9, 2003 | |
| 118 | Note form Victor Star<br>May 14, 2002 | |
| 119 | Morning Show Promotion<br>Hot Hometown Hero of the Day | H, A |
| 120 | Bill from Avon Old Farms Hotel<br>August 18, 2000 | |
| 121 | Reciprocal Trade Request Approval<br>August 21, 2000 | |
| 122 | On-Air Personality<br>April 17, 2003 | |
| 123 | Retainer and Fee Agreement for JD Houston with Butler, Norris & Gold<br>January 8, 2003 | NP |
| 124 | Applicant Summary Sheet for Job Vacancy<br>March 29, 2001 | |
| 125 | EEO Data Form for Victor Star<br>May 15, 2001 | R |

| 126 | To All Infinity Station Employees from Joel Hollander<br>June 30, 2003 | NP |
|---|---|---|
| 127 | Video --- Tour of Infinity Broadcasting Company Hot 93.7<br>January 16, 2004 | NP |
| 128 | Video of Nancy and JD Houston | NP |
| 129 | Video --- JD Houston Promo Deb | NP |
| 130 | Video --- Cool schools Compilation | NP |

Respectfully submitted,

INFINITY RADIO LICENSE, INC., d/b/a
WZMX-FM; VIACOM, INC.; INFINITY
BROADCASTING CORP.; INFINITY
RADIO, INC.; INFINITY MEDIA CORP.;
and CBS RADIO, INC.,

By their attorneys,


/s/Mark W. Batten_____
Mark W. Batten [ct24751]
Eben A. Krim (pro hac admission pending)
Proskauer Rose LLP
One International Place
Boston, Massachusetts 02110
617.526.9600


Ben M. Krowicki
Bingham McCutchen LLP
One State Street
Hartford, CT 06103
860.240.2926
ben.krowicki@bingham.com

Dated: January 4, 2008

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of Defendants' Objections to Plaintiff's Proposed Exhibit List was served on the following counsel of record through the Electronic Filing System and by First Class Mail, postage paid, on January 4, 2008.

Francis A. Miniter, Esq.
Miniter & Associates
100 Wells Street, Suite 1D
Hartford, CT 06103

/s/Mark W. Batten_____
Mark W. Batten [ct24751]
Proskauer Rose LLP
One International Place
Boston, Massachusetts 02110