UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WENDELL "JD" HOUSTON | : | CIVIL ACTION NO: 3:03CV0130(AWT) |
| | : | |
| V. | : | |
| | : | |
| INFINITY RADIO LICENSE INC. | : | |
| d/b/a WZMX HOT 93.7, VIACOM, INC. | : | |
| INFINITY BROADCASTING CORP., | : | |
| INFINITY RADION, INC., INFINITY | : | |
| MEDIA CORPORATION AND CBS | : | |
| RADIO, INC. | : | JANUARY 6, 2008 |
| | : | |

**PLAINTIFF'S OBJECTION TO DEFENDANTS' PROPOSED EXHIBIT LIST**

1. Mr. Houston's Resume

2. Mr. Houston's first one-year contract for employment at WZMX, covering the period from 2000 to 2001.

3. Memorandum from Mr. Houston to Mr. Salhany dated March 8, 2001, "re: preliminary contract notes."

4. Mr. Houston's second contract for employment at WZMX, covering the two-year period from 2001 to 2003.

5. Memorandum from Mr. Houston to Ms. Barrow dated May 4, 2000 "re: our meeting yesterday"

6. Notes of meeting involving Mr. Houston, Mr. Salhany and Ms. Barrow, titled "re-meeting with JD and Steve-recap"

   **Objection: Authenticity and Foundation, failure to adequately identify**

7. Memorandum from Mr. Houston to Ms. Barrow dated June 5, 2000 "re: formatic adjustments."

8. Memorandum from Mr. Houston to Ms. McDonald dated May 1, 2001, "re: there's a 'mole' in the house."

9. Memorandum from Mr. Starr to Mr. Houston and Ms. Barrow dated June 27, 2001, entitled "A.M. Show Memo 1."

10. Memorandum from Mr. Starr to Mr. Houston dated July 18, 2001, "re: appearances."

11. Memorandum from Mr. Starr to Mr. Houston and Ms. Barrow dated July 30, 2001, entitled "A.M. Show Memo 2."

12. Memorandum from Mr. Houston to Mr. Salhany dated December 14, 2001, "re: your request for a meeting today."

13. Memorandum from Mr. Houston dated "Tuesday, December 18th" "re: recent accusations of sexual harassment".

14. Memorandum from Ms. McDonald to Mr. Houston re: Sexual Harassment Claim dated December 20, 2001.

15. Infinity Broadcasting Corporation's Sexual Harassment Policy.

16. "Fat Joe" Poster about which Mr. Houston complains in this action.

17. Written warning from Mr. Salhany to Mr. Houston dated June 4, 2001.

18. Memorandum from Mr. Houston to Mr. Salhany dated June 5, 2001 "re: yesterday's meeting."

19. Notice of dismissal and finding of lack of probable cause issued by the Connecticut Commission on Human Rights and Opportunities ("CHRO") and dated June 10, 2002.

    **Objection: Not Relevant or Probative; Highly Prejudicial**

20, Letter from Alicia D. Meredith to Mr. Salhany re: Mr. Houston's failure to appear at March 22, 2003 event.

    **Objection: Hearsay, Authentication**

21. Infinity Broadcasting Corporation's Employee Policy Manual.

22. Contractor agreement between J.D. Houston and Cutting Edge Broadcasting

23. 2003 Form 1099-MISC from Cutting Edge Broadcasting to Wendell Houston

24. 2004 earnings records of J.D. Houston from Cutting Edge Broadcasting Company

25. Excerpt from Farmington Valley Post dated October 31, 2002

    **Objection: Authentication, Hearsay**

26. Memorandum from J.D. Houston to Nancy Barrow dated October 9, 2001

27. Handwritten notes of J.D. Houston dated December 17, 2001

28. June 1, 2001 letter from Nancy Barrow

29. Employment agreement with Nancy Barrow and amendment thereto.

30. Memorandum from WZMX IT department re: Mr. Houston's violations of company computer and internet usage policies.

    **Objection: Authentication, Relevance, Hearsay**

31. Excerpts from Arbitrend Reports for 200 1-2006.

32. WZMX's EEO Reports for 1999-2003

33. Appearance log for WZMX personalities from 200 1-2003.

                          WENDELL "JD" HOUSTON,
                          PLAINTIFF

                          BY_____
                          Francis A. Miniter, his attorney
                          Miniter & Associates
                          147 Charter Oak Avenue
                          Hartford, CT 06106
                          860-560-2590 ct09566

## CERTIFICATION

      This is to certify that a copy of the foregoing, together with attachment, xx has been delivered electronically through the Pacer system on January 6, 2008, to:

Mark W. Batten, Esq.
Eben A. Krim, Esq.
Proskauer Rose - MA
One International Place
Boston, MA 02110

                          _____
                          Francis A. Miniter