UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WENDELL "JD" HOUSTON | : | CIVIL ACTION NO: 3:03CV0130(AWT) |
| | : | |
| V. | : | |
| | : | |
| INFINITY RADIO LICENSE INC. | : | |
| d/b/a WZMX HOT 93.7, VIACOM, INC. | : | |
| INFINITY BROADCASTING CORP., | : | |
| INFINITY RADION, INC., INFINITY | : | |
| MEDIA CORPORATION AND CBS | : | |
| RADIO, INC. | : | JANUARY 14, 2008 |
| | : | |

**MOTION FOR CONTINUANCE**

Plaintiff's counsel hereby moves for a continuance of trial due to illness.

1. Counsel has been ill for at least four days and has been unable to retain food due to vomiting and diarrhea which began at 4:00 am Thursday, January 10, 2008, and the latest instance of which occurred at 6:00 am Monday, January 14, 2008.

2. Counsel can be reached by cell phone at 860-543-5708.

WHEREFORE, it is requested that trial be delayed due to illness of counsel.

BY_____
Francis A. Miniter, his attorney
Miniter & Associates
147 Charter Oak Avenue
Hartford, CT 06106
860-560-2590 ct09566

## CERTIFICATION

      This is to certify that a copy of the foregoing has been delivered electronically through the Pacer system on January 14, 2008, to:

| | |
|---|---|
| Mark W. Batten, Esq. | Ben M. Krowicki |
| Eben A. Krim, Esq. | Bingham McCutchen LLP |
| Proskauer Rose - MA | One State Street |
| One International Place | Hartford, CT 06103 |
| Boston, MA 02110 | |

                                                _____

                                                Francis A. Miniter