UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WENDELL "J.D." HOUSTON,<br><br>Plaintiff,<br><br>v.<br><br>INFINITY RADIO LICENSE, INC., d/b/a WZMX-FM; INFINITY BROADCASTING CORP.; INFINITY RADIO, INC.; and CBS RADIO, INC.,<br><br>Defendants. | C.A. No. 3:03-cv-00130-AWT<br><br>January 14, 2008 |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION IN LIMINE TO EXCLUDE PLAINTIFF'S STATISTICAL EVIDENCE was served on the following counsel of record through the Electronic Filing System on January 14, 2008, and/or by First Class Mail, postage paid, on January 14, 2008.

Francis A. Miniter, Esq.
Miniter & Associates
100 Wells Street, Suite 1D
Hartford, CT 06103

/s/Mark W. Batten
Mark W. Batten [ct24751]
Proskauer Rose LLP
One International Place
Boston, Massachusetts 02110