UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WENDELL "J.D." HOUSTON,<br><br>               Plaintiff,<br><br>    v.<br><br>INFINITY RADIO LICENSE, INC., d/b/a<br>WZMX-FM; VIACOM, INC.; INFINITY<br>BROADCASTING CORP.; INFINITY RADIO,<br>INC.; INFINITY MEDIA CORP.; and CBS<br>RADIO, INC.,<br><br>               Defendants. | C.A. No. 3:03-cv-00130-AWT<br><br><br>January 14, 2008 |

## DEFENDANTS' LIMITED OPPOSITION TO PLAINTIFF'S MOTION FOR CONTINUANCE

Defendants respectfully oppose plaintiff's motion for a continuance of the trial, currently set for jury selection tomorrow morning, if the requested continuance would prevent the case from being tried this month. Defendants do not oppose a limited continuance of a few days if necessary for plaintiff's counsel's recovery.

This case has been pending for five years, and the trial memorandum was filed more than a year ago. Defendants have made substantial expenditures to be ready for trial this week, including hotel accommodations, car rental, travel for those involved in the trial from New York and Massachusetts, shipping of exhibits and other trial materials, and related expenses. Defense counsel have cleared their schedule for the rest of the month for trial, and have made commitments to other matters for the March dates that were originally discussed with the Court.

Further, defense counsel spoke at length with plaintiff's counsel on Thursday afternoon, working through objections to exhibits, and counsel gave no suggestion that there would be a

motion to continue. Defense counsel spoke again to plaintiff's counsel on Friday, again without any indication that a motion would be coming. At minimum, if plaintiff is requesting a substantial continuance, it would seem appropriate to have some indication from a physician that plaintiff's counsel is too ill to begin trial, in light of the substantial expense and inconvenience that a continuance would cause the defendants.

## CONCLUSION

For all of the foregoing reasons, defendants respectfully request that plaintiff's motion for a continuance be denied, or granted only to a limited extent so that trial can commence this month.

Respectfully submitted,

INFINITY RADIO LICENSE, INC., d/b/a
WZMX-FM; VIACOM, INC.; INFINITY
BROADCASTING CORP.; INFINITY
RADIO, INC.; INFINITY MEDIA CORP.;
and CBS RADIO, INC.,

By their attorneys,

/s/Mark W. Batten
Mark W. Batten [ct24751]
Eben A. Krim
Proskauer Rose LLP
One International Place
Boston, Massachusetts 02110
617.526.9600

3

                                                Ben M. Krowicki
                                                Bingham McCutchen LLP
                                                One State Street
                                                Hartford, CT 06103
                                                860.240.2926
                                                ben.krowicki@bingham.com

Dated: January 14, 2008

3