UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WENDELL "J.D." HOUSTON,<br><br>                Plaintiff,<br><br>      v.<br><br>INFINITY RADIO LICENSE, INC., d/b/a<br>WZMX-FM; INFINITY BROADCASTING<br>CORP.; INFINITY RADIO, INC.; and CBS<br>RADIO, INC.,<br><br>                Defendants. | C.A. No. 3:03-cv-00130-AWT<br><br>January 14, 2008 |

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of DEFENDANTS' LIMITED OPPOSITION TO PLAINTIFF'S MOTION FOR CONTINUANCE was served on the following counsel of record through the Electronic Filing System on January 14, 2008, and/or by First Class Mail, postage paid, on January 14, 2008.

      Francis A. Miniter, Esq.
      Miniter & Associates
      100 Wells Street, Suite 1D
      Hartford, CT 06103

                                              /s/Mark W. Batten
                                              Mark W. Batten [ct24751]
                                              Proskauer Rose LLP
                                              One International Place
                                              Boston, Massachusetts 02110