UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
------------------------------x
                              :
WENDELL "J.D." HOUSTON,       :
                              :
        Plaintiff,            :
                              :
v.                            :     Civ. No. 3:03CV00130(AWT)
                              :
INFINITY RADIO LICENSE INC.   :
d/b/a WZMX HOT 93.7,          :
INFINITY BROADCASTING         :
CORP., INFINITY RADIO, INC.,  :
AND CBS RADIO, INC.           :
                              :
        Defendants.           :
                              :
------------------------------x
```

**ORDER RE DEFENDANTS' MOTION IN LIMINE TO EXCLUDE
CERTAIN INADMISSIBLE TESTIMONY FROM PLAINTIFF'S WITNESSES**

Defendants' Motion in Limine to Exclude Certain Inadmissible Testimony from Plaintiff's Witnesses (Doc. No. 87) is hereby GRANTED in part and DENIED in part.

The motion is being granted as to testimony by Raymond E. Lumpkin II concerning efforts by him to obtain a position with the defendants. A mini-trial on the issue of whether Lumpkin was discriminated against when he applied for employment with the defendants is excluded under Fed. R. Evid. 403 because the probative value of such evidence is substantially outweighed by the danger of unfair prejudice and waste of time.

The motion is being denied as to the other evidence addressed in the motion. The court's ruling on the defendants'

-1-

motion to strike portions of the affidavits offered by the plaintiff in opposition to the defendants' motion for summary judgment is not controlling at this point.  That ruling was in the context of the motion for summary judgment, and the plaintiff did not have an opportunity at that time to lay a foundation for admissibility of information that was stricken from the affidavits.  The court agrees with the plaintiff's argument that context matters, and statements inadmissible in one context may prove to be admissible in another.

    It is so ordered.

    Dated this 18th day of January 2008, at Hartford, Connecticut.

/s/AWT
Alvin W. Thompson
United States District Judge
