UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WENDELL "J.D." HOUSTON,<br><br>Plaintiff,<br><br>v.<br><br>INFINITY RADIO LICENSE, INC., d/b/a<br>WZMX-FM; INFINITY BROADCASTING<br>CORP.; INFINITY RADIO, INC.; and CBS<br>RADIO, INC.,<br><br>Defendants. | C.A. No. 3:03-cv-00130-AWT<br><br>January 29, 2008 |

## [DEFENDANTS' PROPOSED] SPECIAL VERDICT FORM

**QUESTION 1**.  Did the plaintiff prove by a preponderance of the evidence that the defendants discriminated against him on the basis of his race, age, or gender, or that the defendants retaliated against him for filing a complaint alleging discrimination?

___YES                              ___NO

**IF YOUR ANSWER TO QUESTION 1 IS "NO," STOP.  YOUR DELIBERATIONS ARE COMPLETE; DO NOT ANSWER THE REMAINING QUESTIONS.  THE FOREPERSON SHOULD SIGN THE FORM BELOW AND NOTIFY THE COURT OFFICER.**

**IF YOUR ANSWER TO QUESTION 1 IS "YES," CONTINUE TO QUESTION 2.**

**QUESTION 2**.  In what respect(s) do you find that the plaintiff proved discrimination or retaliation?  (Check all that apply).

___ Race

___ Gender

___ Age

___ Retaliation

**CONTINUE TO QUESTION 3.**

**QUESTION 3**.  What sum of money do you find to be fair compensation to the plaintiff for injuries suffered as a result of unlawful discrimination or retaliation?

_____ (Amount in figures)

_____ (Amount in words)

_____
Signature of Foreperson

Respectfully submitted,

CBS RADIO INC.

By its attorneys,

/s/Mark W. Batten_____
Mark W. Batten [ct24751]
Eben A. Krim [phv0962]
Proskauer Rose LLP
One International Place
Boston, Massachusetts 02110
(617) 526-9600

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendants' [Proposed] Special Verdict Form was served on the following counsel of record through the Electronic Filing System on January 29, 2008, and/or by First Class Mail, postage paid, on January 30, 2008.

Francis A. Miniter, Esq.
Miniter & Associates
100 Wells Street, Suite 1D
Hartford, CT 06103

/s/Mark W. Batten_____
Mark W. Batten [ct24751]