UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WENDELL "JD" HOUSTON | : | CIVIL ACTION NO: 3:03CV0130(AWT) |
| | : | |
| V. | : | |
| | : | |
| INFINITY RADIO LICENSE INC. | : | |
| d/b/a WZMX HOT 93.7, VIACOM, INC. | : | |
| INFINITY BROADCASTING CORP., | : | |
| INFINITY RADION, INC., INFINITY | : | |
| MEDIA CORPORATION AND CBS | : | |
| RADIO, INC. | : | JANUARY 29, 2008 |

PLAINTIFF'S PROPOSED JURY VERDICT FORM

Plaintiff proposes that the following interrogatories be submitted to the Jury;

1. Has the Plaintiff proved by a preponderance of the evidence that Defendant discriminated against him with respect to any one or combination of the following: [Check all that apply]

    A. Race (Count One)    Yes _____ No _____
    B. Gender (Count One)  Yes _____ No _____
    C. Age (Count Three)   Yes _____ No _____

2. If the answer to any one or more parts of Question 1 is yes, did Plaintiff prove by a preponderance of the evidence that Defendant acted with reckless, wanton or wilful disregard for the rights of Plaintiff:

    Yes _____ No _____

3. If the answer to any one or more parts of Question 1 is yes, what damages did Plaintiff suffer:

    $ _____

4. If the answer to Question 2 is yes, what punitive damages do you assess against Defendant:

    $ _____

                    PLAINTIFF

                    BY_____
                    Francis A. Miniter, his attorney
                    Miniter & Associates
                    147 Charter Oak Avenue
                    Hartford, CT 06106
                    860-560-2590 ct09566