UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WENDELL "J.D." HOUSTON,<br><br>    Plaintiff,<br><br>v.<br><br>INFINITY RADIO LICENSE, INC., d/b/a WZMX-FM; INFINITY BROADCASTING CORP.; INFINITY RADIO, INC.; and CBS RADIO, INC.,<br><br>    Defendants. | C.A. No. 3:03-cv-00130-AWT<br><br><br><br>February 4, 2008<br>(initially conveyed to the Court via email January 30, 2008) |

### **DEFENDANTS' MEMORANDUM IN SUPPORT OF THEIR REQUEST FOR A "SAME ACTOR" INSTRUCTION TO THE JURY**

  Defendants understood the Court to have indicated in argument this afternoon (January 30, 2008) that the Court might give additional consideration to defendants' request for a "same actor" instruction if defendants could supply case law referring to the inference as a presumption.

  There are several cases that describe the inference in this way. See, e.g., Kim v. Dial Serv. Int'l, 1997 U.S. Dist. LEXIS 12544 (S.D.N.Y. 1997) ("That inference [the 'same actor' inference'] instructs the factfinder that there is a strong presumption against a finding of discrimination where the same person both hired and fired the employee."); Lanci v. Arthur Andersen, LLP, 2000 U.S. Dist. LEXIS 3954, *18-19 (S.D.N.Y. 2000) ("Lanci [the Plaintiff] must present substantial evidence to overcome the 'strong presumption' against discrimination existing in this case by virtue of the 'same actor inference.' This legal presumption applies, under the ADA, when an individual accused of firing an employee based on his disability is the very same person who had hired the employee knowing of his disability: "When the person who made the decision to fire was the same person who made the decision to hire, it is difficult to impute to [him] an invidious motivation."") (quoting Grady v. Affiliated Cent., Inc. 130 F.3d 553, 560 (2d Cir. 1997), cert. denied, 525 U.S. 936 (1998) (affirming summary judgment).

  In Richardson v. Sugg, 325 F. Supp. 2d 919, 924-925 (D. Ark. 2004), furthermore, the court wrote:

  "Defendants argue that they are entitled to the 'same actor presumption.' This presumption was first recognized by the Fourth Circuit in Proud v. Stone, [945 F.2d 796 (4th Cir. 1991)] an age discrimination case. In Proud, the court explained this concept as follows: In cases where the hirer and the firer are the same individual and the termination of employment occurs

within a relatively short time span following the hiring, a strong inference exists that discrimination was not a determining factor for the adverse action. [Id. at 797-98.]  The Eighth Circuit adopted the 'same actor presumption' in Lowe v. J. B. Hunt Transportation, Incorporated, another age discrimination case.  The Sixth Circuit extended the presumption to race discrimination cases in Buhrmaster v. Overnight Transportation Company. [61 F.3d 461, 464 (6th Cir. 1995)]. This presumption means that, in such cases, the court should view the evidence and draw a strong inference of no discrimination."

Accordingly, there would be no error in instructing the jury on the presumption in this case.  There is no question that the inference is the law; that the principle is a legal matter, rather than simply an ad hoc conclusion drawn on the facts of particular cases; and that the same actors were involved in the plaintiff's hiring, contract renewal, and the decision not to renew the contract for an additional year.

Respectfully submitted,

INFINITY RADIO LICENSE, INC., d/b/a WZMX-FM; INFINITY BROADCASTING CORP.; INFINITY RADIO, INC.; and CBS RADIO, INC.,

By its attorneys,

/s/Mark W. Batten_____
Mark W. Batten [ct24751]
Eben A. Krim [phv0962]
Proskauer Rose LLP
One International Place
Boston, Massachusetts 02110
(617) 526-9600

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of DEFENDANTS' MEMORANDUM IN SUPPORT OF THEIR REQUEST FOR A "SAME ACTOR" INSTRUCTION TO THE JURY was served on the following counsel of record through the Electronic Filing System on February 4, 2008.

Francis A. Miniter, Esq.
Miniter & Associates
100 Wells Street, Suite 1D
Hartford, CT 06103

                                      /s/Mark W. Batten
                                      Mark W. Batten [ct24751]