# ITEMIZATION and DOCUMENTATION
# of INVOICES

5508/76665-001 Current/10846629v1

## ATTACHMENT A

| Fees for Service of Summons and Subpoenas | | |
|---|---|---|
| Summons/Subpoena Date | Description | Amount |
| 12/11/07 | Subpoena to KHTC-FM – Houston, TX | $145.00<br>**Invoice attached |
| 12/11/07 | Subpoena to KKHT-FM – Houston, TX | $165.00<br>**Invoice attached |
| 12/11/07 | Subpoena to KHMX-FM – Houston, TX | $145.00<br>**Invoice attached |
| 01/02/08 | Subpoena to KBXX-FM 97.9 – Houston, TX | $145.00<br>**Invoice attached |
| 01/04/08 | Subpoena to Clear Channel – San Antonio, TX | $100.00<br>**Invoice attached |

# INVOICE

**Beacon Hill Research**
11 Beacon Street
Suite 720
Boston, MA 02108

Invoice Number: 50519
Invoice Date: 12/14/07
Page: 1

Voice: 617-973-4555
Fax: 617-973-4565

**Bill To:**
PROSKAUER ROSE
1 INTERNATIONAL PLACE
BOSTON, MA 02111

PATTI PHILLIPS

Customer ID: 1192

| Client Charge | Payment Terms | Associate | Due Date |
|---|---|---|---|
| HOUSTON V INFINITY | Net 10 Days | KM | 12/24/07 |

| Description | Amount |
|---|---|
| 12/11/07 SUBPOENA TO KHTC-FM | 75.00 |
| NETWORKING FEE-HOUSTON, TX | 70.00 |

| | |
|---|---|
| Subtotal | 145.00 |
| Sales Tax | |
| Total Invoice Amount | 145.00 |
| Payment/Credit Applied | 145.00 |
| **TOTAL** | **0.00** |

Check/Credit Memo No: 103090

Finance Charges apply to invoices over 60 days

# INVOICE

Invoice Number: 50520
Invoice Date: 12/14/07
Page: 1

**Beacon Hill Research**
11 Beacon Street
Suite 720
Boston, MA 02108

Voice: 617-973-4555
Fax: 617-973-4565

**Bill To:**

PROSKAUER ROSE
1 INTERNATIONAL PLACE
BOSTON, MA 02111

PATTI PHILLIPS

Customer ID: 1192

| Client Charge | Payment Terms | Associate | Due Date |
|---|---|---|---|
| HOUSTON V INFINITY | Net 10 Days | KM | 12/24/07 |

| Description | Amount |
|---|---|
| 12/11/07 SUBPOENA TO KKHT-FM 100.7 | 75.00 |
| NETWORKING FEE-HOUSTON, TX | 70.00 |
| FED-EX | 20.00 |

| | |
|---|---|
| Subtotal | 165.00 |
| Sales Tax | |
| Total Invoice Amount | 165.00 |
| Payment/Credit Applied | 165.00 |
| **TOTAL** | **0.00** |

Check/Credit Memo No: 103090

Finance Charges apply to invoices over 60 days

# Beacon Hill Research

11 Beacon Street
Suite 720
Boston, MA 02108

**INVOICE**

Invoice Number: 50521
Invoice Date: 12/14/07
Page: 1

Voice: 617-973-4555
Fax: 617-973-4565

**Bill To:**

PROSKAUER ROSE
1 INTERNATIONAL PLACE
BOSTON, MA 02111

PATTI PHILLIPS

Customer ID: 1192

| Client Charge | Payment Terms | Associate | Due Date |
|---|---|---|---|
| HOUSTON V INFINITY | Net 10 Days | KM | 12/24/07 |

| Description | Amount |
|---|---|
| 12/11/07 SUBPOENA TO KHMX-FM | 75.00 |
| NETWORKING FEE-HOUSTON, TX | 70.00 |

| | |
|---|---|
| Subtotal | 145.00 |
| Sales Tax | |
| Total Invoice Amount | 145.00 |
| Payment/Credit Applied | 145.00 |
| **TOTAL** | **0.00** |

Check/Credit Memo No: 103090

Finance Charges apply to invoices over 60 days

# INVOICE

**Beacon Hill Research**
11 Beacon Street
Suite 720
Boston, MA 02108

Invoice Number: 50605
Invoice Date: 1/4/08
Page: 1

Voice: 617-973-4555
Fax: 617-973-4565

**Bill To:**

PROSKAUER ROSE
1 INTERNATIONAL PLACE
BOSTON, MA 02111

PATTI PHILLIPS

Customer ID: 1192

| Client Charge | Payment Terms | Associate | Due Date |
|---|---|---|---|
| HOUSTON V. INFINITY | Net 10 Days | KM | 1/14/08 |

| Description | Amount |
|---|---|
| 1/2/08 SUBPOENA TO KBXX-FM 97.9 | 75.00 |
| NETWORKING FEE-HOUSTON, TX | 70.00 |

| | |
|---|---|
| Subtotal | 145.00 |
| Sales Tax | |
| Total Invoice Amount | 145.00 |
| Payment/Credit Applied | 145.00 |
| **TOTAL** | **0.00** |

Check/Credit Memo No: 103090

Finance Charges apply to invoices over 60 days

Case 3:03-cv-00130-AWT  Document 129-2  Filed 08/20/2008  Page 7 of 20

*Sent to Mike Dixon 1-9-08*

# INVOICE

**Veritext New York Reporting Co.,**
**A Veritext Company**

1350 Broadway, Suite 1407
New York, NY 10018
Tel. (212) 267-6868
Fax (212) 608-1616

200 Old Country Road, Suite 580
Mineola, NY 11501
Tel. (516) 608-2400
Fax (516) 608-2450

**RECEIVED JAN 0 9 2008**

**Bill To:** Patricia Phillips
Proskauer Rose LLP
One International Pl Flr 14
Boston, MA 02110-2600

| | |
|---|---|
| Invoice #: | NY199396 |
| Invoice Date: | 01/04/2008 |
| Balance Due: | $100.00 |

**Case:** Wendell JD Houston v. Infintiy Radio License Inc
**Job #:** 168044  |  Job Date: 1/4/2008  |  Delivery: Normal
**Billing Atty:** Patricia Phillips
**Location:** Subpoena Service
**Sched Atty:**
**Deposing Atty:**

**File#**

*#760665-001*
*Re: Texas Subp.*

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Clear Channel | Subpoena service | | 1.00 | $100.00 | $100.00 |

**Notes:**

| | |
|---|---|
| Invoice Total: | $100.00 |
| Payment: | |
| Credits: | |
| Interest: | $0.00 |
| Balance Due: | $100.00 |

Fed. Tax ID: 20-3132569     Term: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

*Pd 1-9-08*

*Inv. 6880*

**Please tear off stub and return with payment.**

Make check payable to: Veritext New York Reporting Co.
☐ Visa  ☐ MC  ☐ Amex  ☐ Discover

Credit Card #                        Exp. Date

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

| | |
|---|---|
| Invoice #: | NY199396 |
| Job #: | 168044 |
| Invoice Date: | 01/04/2008 |
| Balance: | $100.00 |

Please remit payment to:
Veritext New York Reporting Co.,
200 Old Country Road, Suite 580
Mineola, NY 11501

## ATTACHMENT A

| Deposition Costs Pursuant to 28 U.S.C. § 1924 | | |
|---|---|---|
| **Deposition/Date** | **Description** | **Amount** |
| Wendell "JD" Houston<br>06/06/03 | Original and copy of transcript<br>Appearance<br>Multipage Condensed<br>Exhibits<br>6% sales tax | $1,241.47<br>*Invoice attached |
| Wendell "JD" Houston<br>07/09/03 | Original and copy of transcript<br>Multipage Condensed<br>Appearance<br>Exhibits<br>Shipping and Handling<br>6% sales tax | $835.92<br>*Invoice attached |
| Nancy Barrow<br>01/15/04<br><br>and<br><br>Jenny Munroe<br>01/15/04 | Transcript copy<br><br><br><br>Transcript copy<br>Condensed transcript | $564.60<br>*Combined Invoice attached |
| Steve Salhany<br>01/16/04 | Transcript Copy<br>Shipping & Handling<br>Condensed and ASCII | $531.30<br>*Invoice attached |
| Suzanne McDonald<br>02/11/04 | USDC Opposing Counsel<br>Shipping & Handling | $391.14<br>*Invoice attached |

-3-

# Brandon Smith Reporting Service, LLC

**Invoice**

44 Capitol Avenue
Suite 203
Hartford, CT 06106
Phone: (860) 549-1850     Fax: (860) 549-1537

Thursday, June 19, 2003

4847rr

Mark Batten
Bingham McCutchen LLP
One State Street
Hartford, CT 06103

Phone:                    Fax: (617) 526-9899
**Witness:** Houston, Jay
**Case:** Wendell "JD" Houston vs Infinity Radio
**Venue:**
**Case #:**
**Date:** 6/6/2003
**Start Time:** 10:00 AM
**End Time:** 0
**Reporter:** Larry Dorfman
**Claim #:**
**File #:**

6828ss

| Description | Quan | Total |
|---|---|---|
| Original and One | 266 | $1,050.70 |
| Appearance | 1 | $60.00 |
| Multipage Condensed | 1 | $30.00 |
| Exhibits | 42 | $10.50 |
| 6% sales tax | 1 | $70.27 |

Sub Total    $1,241.47
Payments     $1,241.47
Balance Due  $0.00

Fed. I.D. # 06-1448649
*We accept Visa, Mastercard and American Express!*

# Brandon Smith Reporting Service, LLC

**Invoice**

44 Capitol Avenue
Suite 203
Hartford, CT 06106
Phone: (860) 549-1850    Fax: (860) 549-1537

| Invoice Date | Invoice # |
|---|---|
| Friday, July 25, 2003 | 5386BL |

Mark Batten
Bingham McCutchen LLP
One State Street
Hartford, CT 06103

Phone:    Fax: (617) 526-9899

**Witness:** Houston, Wendall
**Case:** Wendell "JD" Houston vs Infinity Radio
**Venue:**
**Case #:**
**Date:** 7/9/2003
**Start Time:** 10:00 AM
**End Time:** 5:00 PM
**Reporter:** Kathleen Norton
**Claim #:**
**File #:** 6879ss

| Description | Quan | Total |
|---|---|---|
| Original and One | 163 | $643.85 |
| Multipage Condensed | 1 | $30.00 |
| Appearance | 1 | $80.00 |
| Exhibits | 107 | $26.75 |
| Shipping and Handling | 1 | $8.00 |
| 6% sales tax | 1 | $47.32 |

Sub Total    $835.92
Payments    $835.92
Balance Due    $0.00

Fed. I.D. # 06-1448649
*We accept Visa, Mastercard and American Express!*



**NIZIANKIEWICZ**
**MILLER**
**&**

972 TOLLAND STREET
EAST HARTFORD, CT 06108-1533
(860) 291-9191
FAX (860) 528-1972

*Daniel S. Niziankiewicz*
*Robert Miller*

```
MARK W. BATTEN, ESQUIRE
BINGHAM MCCUTCHEN
150 FEDERAL STREET                          DATE       01/21/2004
BOSTON, MA  02110-1726                      INVOICE       31896
                                            CLIENT         5109
                                            REFERENCE LEA


Re: WENDELL "JD" HOUSTON    INFINITY RADIO LICENSE INC.
Assignment Date: January 15, 2004


  Deposition Of - NANCY BARROW

  TRANSCRIPT COPY                                        345.80

  Deposition Of - JENNY MUNRO

  TRANSCRIPT COPY                                        197.60
  CONDENSED TRANSCRIPT                                    20.00
                                                      ==========
                              Total Amount $            563.40
                           Less Paid To Date $          564.60
                                        Tax $             1.20
                                  Total due $             0.00


YOUR ACCOUNT IS NOW PAST DUE!
PROMPT PAYMENT WOULD BE APPRECIATED!
```

NIZIANKIEWICZ & MILLER Reporting
Federal Tax Id#: 06-1113444



**NIZIANKIEWICZ MILLER & M**

972 TOLLAND STREET
EAST HARTFORD, CT 06108-1533
(860) 291-9191
FAX (860) 528-1972

3 pgs

*Daniel S. Niziankiewicz*
*Robert Miller*

Attn: Patty Phillips

MARK W. BATTEN, ESQUIRE
BINGHAM MCCUTCHEN
150 FEDERAL STREET
BOSTON, MA  02110-1726

617 526 9899

DATE          01/21/2004
INVOICE          31894
CLIENT            5109
REFERENCE   LEA

Re: WENDELL "JD" HOUSTON     INFINITY RADIO LICENSE INC.
Assignment Date: January 16, 2004

Deposition Of - STEVEN SALHANY

```
TRANSCRIPT COPY                                      483.60
SHIPPING & HANDLING                                   15.00
CONDENSED AND ASCII                                   30.00
                                                  ==========
                            Total Amount  $          528.60
                         Less Paid To Date $         531.30
                                      Tax $            2.70
                                Total due $            0.00
```

YOUR ACCOUNT IS NOW PAST DUE!
PROMPT PAYMENT WOULD BE APPRECIATED!

NIZIANKIEWICZ & MILLER Reporting
Federal Tax Id#: 06-1113444

# NIZIANKIEWICZ MILLER & M

972 TOLLAND STREET
EAST HARTFORD, CT 06108-1533
(860) 291-9191
FAX (860) 528-1972

*Daniel S. Niziankiewicz*
*Robert Miller*

```
MARK W. BATTEN, ESQUIRE
BINGHAM MCCUTCHEN
150 FEDERAL STREET                              DATE      03/31/2004
BOSTON, MA  02110-1726                          INVOICE      33389
                                                CLIENT        5109
                                                REFERENCE WIL


Re: WENDELL "JD" HOUSTON    INFINITY RADIO LICENSE INC.
Assignment Date: February 11, 2004


 Deposition Of - SUZANNE MCDONALD

  USDC OPPOSING COUNSEL                                       365.00
  SHIPPING & HANDLING                                           4.00
                                                         ==========
                                    Total Amount $           369.00
                                 Less Paid To Date $         391.14
                                               Tax $          22.14
                                         Total due $           0.00

  YOUR ACCOUNT IS NOW PAST DUE!
  PROMPT PAYMENT WOULD BE APPRECIATED!
```

NIZIANKIEWICZ & MILLER Reporting
Federal Tax Id#: 06-1113444

## ATTACHMENT A

| | Document Preparation Costs Pursuant to 28, U.S.C. § 1924<br>Costs of copies of exhibits and documents necessarily filed and served | |
|---|---|---|
| **Vender/Date** | **Description** | **Amount** |
| IKON<br>07/15/07 | 1348 Copies @ 0.08<br>948 Tabs @ 0.20<br>198 Color Copies @ 1.00 | $520.21<br>**Invoice attached |
| Document Technologies<br>12/14/07 | 1832 Copies @ 0.14<br>322 Tabs @0.25<br>4 Custom Tabs @ 0.50<br>2-3" Binders @ 15.00<br>2-5"Binders @ 25.00 | $439.93<br>**Invoice attached |
| IKON<br>01/09/08 | 4 Tabs @ 1.70<br>6 Color Copies @ 1.99<br>1 CD Master @ 25.00<br>2-3" Binders @ 18.00<br>165 File Rename @ 0.25<br>1036 Images @ 0.50<br>326 Tabs @ 0.20<br>2-5" Binders @46.00<br>2072 Copies @ 0.14 | $646.87<br>**Invoice attached |
| IKON<br>01/10/08 | 1 CD Master @ 25.00<br>153 Color Imaging @ 0.75<br>876 Image Capture @ 0.14 | $275.51<br>**Invoice attached |

**IKON**
**Document Efficiency At Work.**

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300   Fax: (617) 371-1310
Federal ID: 230334400

# INVOICE

| | |
|---|---|
| Invoice # | BOS07070209 |
| Invoice Date: | 07/16/2007 |
| Due Date: | 07/26/2007 |
| Terms: | Net 10 Days |
| Customer Code: | BOS-PRO1 |
| Natl ID: | 30170 |

**BILL TO:**
PROSKAUER ROSE LLP
ONE INTERNATIONAL PLACE
BOSTON, MA 02110

**SHIP TO:**
PROSKAUER ROSE LLP
ONE INTERNATIONAL PLACE
BOSTON, MA 02110

Price using: STANDARD Price

Attn: Ann Boutin

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 11725-001 | | | Brendan Hall |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-0707-0202 | 07/15/2007 | Ann Boutin - PROSKAUER ROSE LLP | | | | |
| | Bond B&W - 8.5x11 | | 1,348.00 | 0.0800 | | 107.84 |
| | Tabs (Alpha/Numeric) | | 948.00 | 0.2000 | | 189.60 |
| | Color 70lb Text - 8.5x11 | | 198.00 | 1.0000 | | 198.00 |

**Please Pay From This Invoice**

Customer's duly authorized signature below is an agreement that the above-described work has been received and accepted by Customer. Customer assures payment of this invoice within 10 days. Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts.

| | |
|---|---|
| Taxable Sales: | 495.44 |
| Sales Tax: | 24.77 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT** | **$ 520.21** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____   Date: _____

Please pay from this copy. The party named on this bill is held responsible for payment.

**Payment From:**
PROSKAUER ROSE LLP
ONE INTERNATIONAL PLACE
BOSTON, MA 02110

**Amount Enclosed**
$

Invoice: BOS07070209
Invoice Date: 07/16/2007
Due Date: 07/26/2007
Customer Code: BOS-PRO1
Natl ID: 30170

Please Remit To:
IKON Office Solutions
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT   $ 520.21**

*Sent to Mike Dixon 1-4-08*

# Document Technologies, Inc.

101 Federal Street
Suite 701
Boston, MA 02110
Phone : 617-737-5300
Fax : 617-737-5301
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 368893

Invoice Date: 12/14/07

COPY

Bill To:
Proskauer Rose LLP
One International Place
Boston, MA 02110-2600
Anne Boutin

Ship To:
Proskauer Rose LLP
One International Place
Boston, MA 02110-2600

| Customer ID | 23297 |
|---|---|
| Terms | Net 15 Days |
| SalesPerson | BOS MFF |
| SalesPerson 2 | |
| Cust. P.O. | |

Client / Matter No.  76665.001
Job No.  L12054
Nat'l Acct Name
Nat'l Acct Ref. No.

| Quantity | Description | Unit Price | Total Price |
|---:|---|---:|---:|
| 1,832 | C Work - Medium Litigation | 0.14 | 256.48 |
| 322 | Tabs | 0.25 | 80.50 |
| 4 | Tabs - Custom | 0.50 | 2.00 |
| 2 | 3" Binders | 15.00 | 30.00 |
| 2 | 5" Binders | 25.00 | 50.00 |

*Exhibit Binders*

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---:|
| Subtotal: | 418.98 |
| Total Sales Tax: | 20.95 |
| Total: | 439.93 |

Accepted By: _____

**Remit To:** Document Technologies - Boston
PO Box 934583
Atlanta, GA 31193-4583

Sarah Bain 2.29.08



**Document Efficiency At Work**

# INVOICE

Page 1 of 1

| | |
|---|---|
| Invoice # | BOS08010148 |
| Invoice Date: | 01/10/2008 |
| Due Date: | 01/20/2008 |
| Terms: | Net 10 Days |
| Customer Code: | BOS-PRO1 |
| Natl ID: | 30170 |

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300   Fax: (617) 371-1310
Federal ID: 230334400

**BILL TO:**
PROSKAUER ROSE LLP
ONE INTERNATIONAL PLACE
BOSTON, MA 02110

**SHIP TO:**
PROSKAUER ROSE LLP
ONE INTERNATIONAL PLACE
BOSTON, MA 02110

Attn: ANNE BOUTIN

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 76665-1 | | | Kieran Lane |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-0801-0152 | 01/09/2008 | ANNE BOUTIN - PROSKAUER ROSE LLP | | | | |
| | | Tabs (Custom) | 4.00 | 0.7000 | | 2.80 |
| | | Color 11x17 Copies | 6.00 | 1.9900 | | 11.94 |
| | | CD - Master(s) | 1.00 | 25.0000 | | 25.00 |
| | | Binder - D Ring 3" | 2.00 | 18.0000 | | 36.00 |
| | | File Rename | 165.00 | 0.2500 | | 41.25 |
| | | Images | 1,036.00 | 0.0500 | | 51.80 |
| | | Tabs (Alpha/Numeric) | 326.00 | 0.2000 | | 65.20 |
| | | Binder - D Ring 5" | 2.00 | 46.0000 | | 92.00 |
| | | B&W Copies D - Heavy Litigation | 2,072.00 | 0.1400 | | 290.08 |

**Please Pay From This Invoice**

Customer's duly authorized signature below is an agreement that the above-described work has been received and accepted by Customer. Customer assures payment of this invoice within 10 days. Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts.

| | |
|---|---|
| Taxable Sales: | 616.07 |
| Sales Tax: | 30.80 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT** | **$ 646.87** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____   Date: _____

Please pay from this copy. The party named on this bill is held responsible for payment.

**Payment From:**
PROSKAUER ROSE LLP
ONE INTERNATIONAL PLACE
BOSTON, MA 02110

**Amount Enclosed**
$

Invoice: BOS08010148
Invoice Date: 01/10/2008
Due Date: 01/20/2008
Customer Code: BOS-PRO1
Natl ID: 30170

**Please Remit To:**
IKON Office Solutions
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT** $ 646.87

Pap 2.29.08

2 Sent to Heather Seidel 2/14/08

**IKON** **Document Efficiency At Work.**

# INVOICE

Page 1 of 1

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300   Fax: (617) 371-1310
Federal ID: 230334400

| | |
|---|---|
| Invoice # | BOS08010191 |
| Invoice Date: | 01/14/2008 |
| Due Date: | 01/24/2008 |
| Terms: | Net 10 Days |
| Customer Code: | BOS-PRO1 |
| Natl ID: | 30170 |

**BILL TO:**
**PROSKAUER ROSE LLP**
ONE INTERNATIONAL PLACE
BOSTON, MA 02110

**SHIP TO:**
**PROSKAUER ROSE LLP**
ONE INTERNATIONAL PLACE
BOSTON, MA 02110

Price using: STANDARD Price

Attn: ANNE BOUTIN

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 76665-001 | | | Kieran Lane |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-0801-0200 | 01/10/2008 | ANNE BOUTIN - PROSKAUER ROSE LLP | | | | |
| | | CD - Master(s) | 1.00 | 25.0000 | | 25.00 |
| | | Color Imaging (per page) | 153.00 | 0.7500 | | 114.75 |
| | | Image Capture D - Heavy | 876.00 | 0.1400 | | 122.64 |

#76665-001

scanning of trial exhibits

RECEIVED fr AB
FEB 1 3 2008

| | Please Pay From This Invoice | Taxable Sales: | 262.39 |
|---|---|---|---|
| | Customer's duly authorized signature below is an agreement that the above-described work has been received and accepted by Customer. Customer assures payment of this invoice within 10 days. Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts. | Sales Tax: | 13.12 |
| | | Non-Taxable: | 0.00 |
| | | Postage: | 0.00 |
| | | Delivery: | 0.00 |
| | | **PAY THIS AMOUNT** $ | **275.51** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____   Date: _____

Please pay from this copy. The party named on this bill is held responsible for payment.

**Payment From:**
PROSKAUER ROSE LLP
ONE INTERNATIONAL PLACE
BOSTON, MA 02110

**Amount Enclosed**
$

**Please Remit To:**
IKON Office Solutions
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

Invoice: BOS08010191
Invoice Date: 01/14/2008
Due Date: 01/24/2008
Customer Code: BOS-PRO1
Natl ID: 30170

**PAY THIS AMOUNT** $ 275.51

Pay 2/14/08

## ATTACHMENT A

| | Fees of the Court Reporter for Transcripts | |
|---|---|---|
| **Vender/Date** | **Description** | **Amount** |
| Corina F. Thompson, RPR<br>CT – Official Court Reporter | Trial Transcripts:<br>Volume 2 – January 23, 2008<br>Volume 3 – January 24, 2008 | $2385.42<br>**Invoice attached |

- 4 -

| AO44 (Rev. 11/07) | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT |
|---|---|

INVOICE NO: 20080697

| | MAKE CHECKS PAYABLE TO: |
|---|---|
| Mark W. Batten, Esq.<br>Proskauer Rose LLP<br>One International Place<br>Boston, MA 02110<br><br>Phone: (617) 526-9850 | CORINNA F. THOMPSON, RPR<br>Official Court Reporter<br>450 Main Street<br>Rm. 225<br>Hartford, CT 06103<br><br>Phone: (860) 547-0580<br>FAX: (860) 745-1818<br>Tax ID: 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<br>CorMikey@cox.net |

| | | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|---|
| ☐ CRIMINAL | ☒ CIVIL | 01-24-2008 | 01-29-2008 |

**Case Style:** 3;03CV00130(AWT), Wendell J.D. Houston v Infinity Broadcasting, et al

```
Trial Transcripts
Volume 2  -- January 23, 2008
Volume 3  -- January 24, 2008
```

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 464 | 4.85 | 2,250.40 | | | | | | | 2,250.40 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 2,250.40 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | 135.02 |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| **Check No:** 103278   **Date Paid:** 02-18-2008   **Amt:** $2,385.42 | TOTAL DUE: | $0.00 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE |
|---|---|
| | |

*(All previous editions of this form are cancelled and should be destroyed)*