UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

WENDELL J. D. HOUSTON

    -VS-                                               Civil No. 3:03CV130 (AWT)

INFINITY RADIO LICENSE, INC., ET AL.,

ORDER ON DEFENDANTS' BILL OF COSTS

The taxing of costs in this case follows. If the full amount is not awarded, see explanation for the reduction below:

| ITEM CLAIMED | AMOUNT CLAIMED | AMOUNT ALLOWED |
|---|---|---|
| 1. Service Fees | $ 700.00 | $ 225.00 |
| 2. Fees of Court Reporter | 5,949.85 | 2,863.73 |
| 3. Fees and disbursements for printing | 1,882.52 | 1,882.52 |
| 4. Fees for witnesses | 280.00 | 280.00 |
| Total Fees | $8,812.37 | $5,251.25 |

Item 1:  Reduced to statutory amount of $45.00 if U.S. Marshal had served.
Item 2:  Deposition transcripts of Wendell J.D. Houston - disallowed multipage condensed charges, shipping and handling costs and reduced sales tax. Deposition transcript of Steve Salhany - disallowed condensed and ASCII charges and shipping and handling costs. Deposition transcripts of Jenny Munroe and Suzanne McDonald disallowed. Costs of expedited transcripts - disallowed as costs for an expedited or daily transcript produced for the convenience of counsel are not taxable

Costs awarded in reduced amounts for items contained in item 2 may be renewed within ten (10) days. For costs to be awarded for the transcripts of Jenny Munroe and Suzanne McDonald, counsel must show transcripts were used at trial in lieu of live testimony, for cross-examination or impeachment.

Pursuant to Local Rule 54(d), the parties may appeal this decision to the presiding judge within five days of the entry of this ruling.

Dated at Hartford, Connecticut this 25th day of April, 2008.

ROBIN D. TABORA, CLERK

By:      /s/ LIK
      Linda I. Kunofsky
      Deputy-in-Charge